















GEP    8/19/04    15:06

3:04-CV-01676   GATEWAY INC V. HEWLETT PACKARD

*1*

*CMP.*

Jonathan D. Baker (SBN: 196062 (CA))
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Bryan Farney (SBN: 06826600 (TX))
Darryl J. Adams (SBN: 00796101 (TX))
DEWEY BALLANTINE LLP
401 Congress Ave Suite 3200
Austin, Texas 78701-2478
Telephone: 512 226-0300
Facsimile: 512 226-0333

Attorneys for Plaintiff
GATEWAY, INC.

FILED

AUG 18 2004

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'04 CV 1676 L (NLS)

| | |
|---|---|
| GATEWAY, INC. | Case No. _____ |
| Plaintiff, | |
| v. | **COMPLAINT** |
| | VIA FAX |
| HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., | **JURY TRIAL DEMANDED** |
| Defendant. | |

COMPLAINT

Plaintiff, GATEWAY, INC., hereby demands a jury trial and alleges as follows:

### PARTIES

1.  Plaintiff GATEWAY, INC. ("Gateway") is a Delaware corporation, having its principal place of business at 14303 Gateway Place, Poway, California 92064.

2.  Upon information and belief, Defendant HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. ("HPDC") is a limited partnership formed under the laws of Texas, having its principal place of business at 20555 State Highway 249, Houston, Texas 77070. Upon information and belief, HPDC is a holding company for Hewlett-Packard Company ("HP") intellectual property rights and is the intellectual property entity for HP worldwide.

### JURISDICTION AND VENUE

3.  This Court has subject matter jurisdiction over this action as provided for in 28 U.S.C. §§ 1331 and 1338(a), and pursuant to the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*

4.  This Court has personal jurisdiction over HPDC because HPDC has sufficient minimum contacts with this State. In particular, HPDC recently acceded to the jurisdiction of this Court by filing a patent infringement suit against Gateway in this district. This case is pending before the Honorable Rudi Brewster, and the docket number is 04CV00613-B (WMC).

5.  Venue in this judicial district is proper under the provisions of 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

### THE PATENTS

6.  On July 2, 2004, Amiga Development LLC ("Amiga") sued Hewlett-Packard Company ("HP") in the Eastern District of Texas for infringement of three Amiga patents. This case is pending before the Honorable John Ward, and the docket number is 2-04cv-242.

7.  On August 9, 2004, HP filed an answer claiming that it had not infringed the three Amiga patents and asserted counterclaims seeking declarations of noninfringement and invalidity of the three Amiga patents.

COMPLAINT

1      8.    Additionally, HP's answer attempted to join patent infringement counterclaims by

2 HPDC against Gateway, even though neither entity was a party in the original action. HPDC

3 asserted four counts of infringement against Gateway based on the patents discussed below in

4 paragraphs 9 through 12.

5      9.    Upon information and belief, on September 1, 1998, U.S. Patent No. 5,802,318

6 ("the '318 patent") was issued for an invention entitled "Universal Serial Bus Keyboard

7 System." A copy of the '318 patent is attached hereto as Exhibit A and incorporated herein by

8 reference.

9      10.    Upon information and belief, on April 29, 1997, U.S. Patent No. 5,625,532 ("the

10 '532 patent") was issued for an invention entitled "Reduced Height Keyboard Structure for a

11 Notebook Computer." A copy of the '532 patent is attached hereto as Exhibit B and

12 incorporated herein by reference

13      11.    Upon information and belief, on December 17, 1996, U.S. Patent No. 5,586,304

14 ("the '304 patent") was issued for an invention entitled "Automatic Computer Upgrading." A

15 copy of the '304 patent is attached hereto as Exhibit C and incorporated herein by reference.

16      12.    Upon information and belief, on January 10, 1995, U.S. Patent No. 5,381,530

17 ("the '530 patent") was issued for an invention entitled "Programmable Logic System for

18 Filtering Commands to a Microprocessor." A copy of the '530 patent is attached hereto as

19 Exhibit D and incorporated herein by reference.

20      13.    The '318 patent, the '532 patent, the '304 patent, and the '530 patent are

21 collectively referred to herein as the "Patents-in-suit."

22      14.    HPDC purports to be the assignee and the owner of all right, title, and interest in

23 and to the Patents-in-suit.

### COUNT I
(Declaratory Judgment - Non-Infringement of the '318 Patent)

26      15.    Gateway incorporates by reference the allegations set forth in paragraphs 1

27 through 14.

28

---

2

Case 3:04-cv-01676-B LSP Document 1 Filed 08/18/04 Page 5 of 105

16.   This is an action for declaratory judgment of noninfringement of any valid claim of the '318 patent.

17.   Gateway has an objectively reasonable apprehension that HPDC will pursue allegations of infringement against Gateway because HPDC has already attempted to sue Gateway in the Eastern District of Texas for allegedly infringing the '318 patent by making, using, offering for sale, selling and/or importing into the United States devices that embody the alleged inventions disclosed and claimed by the '318 patent.

18.   Accordingly, there exists an actual and justiciable controversy between Gateway and HPDC concerning whether the claims of the '318 patent are infringed by Gateway.

19.   HPDC has alleged, and continues to allege, that Gateway has been and is making, using, offering for sale, selling and/or importing into the United States devices that embody the alleged inventions disclosed and claimed in the '318 patent.

20.   HPDC alleges that Gateway has induced and contributed to infringement by others of the '318 patent.

21.   HPDC alleges that Gateway's alleged infringement is willful and deliberate.

22.   HPDC alleges that it has been and will continue to be irreparably harmed by Gateway's alleged infringement. HPDC alleges that it has no adequate remedy at law.

23.   Gateway denies HPDC's allegations. Gateway has not infringed, is not now infringing, and has not threatened to infringe any valid claim of the '318 patent, either literally or under the doctrine of equivalents.

24.   Gateway has not contributed to the infringement, and is not now contributing to the infringement, of the '318 patent, either literally or under the doctrine of equivalents.

25.   Gateway has not induced others to infringe, and is not now inducing others to infringe, the '318 patent, either literally or under the doctrine of equivalents.

26.   Gateway desires and requests a judicial determination and declaration of the respective rights and duties of the parties based on the disputes recited above. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties regarding the noninfringement of the '318 patent.

3

**COUNT II**
(Declaratory Judgment - Invalidity of the '318 Patent)

27.     Gateway incorporates by reference the allegations set forth in paragraphs 1 through 14.

28.     This is an action for declaratory judgment of the invalidity of any and all claims of the '318 patent.

29.     Gateway has an objectively reasonable apprehension that HPDC will pursue allegations of infringement against Gateway because HPDC has already attempted to sue Gateway in the Eastern District of Texas for allegedly infringing the '318 patent by making, using, offering for sale, selling and/or importing into the United States devices that embody the alleged inventions disclosed and claimed by the '318 patent.

30.     Accordingly, there exists an actual and justiciable controversy between Gateway and HPDC concerning whether the claims of the '318 patent are valid.

31.     The '318 patent and its claims are invalid because they fail to comply with the conditions and requirements for patentability set forth in Title 35, United States Code, including but not limited to the provisions of 35 U.S.C. §§ 101, 102, 103, and/or 112.

32.     Gateway desires and requests a judicial determination and declaration of the respective rights and duties of the parties based on the disputes recited above. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties regarding the invalidity of the '318 patent.

**COUNT III**
(Declaratory Judgment - Non-Infringement of the '532 Patent)

33.     Gateway incorporates by reference the allegations set forth in paragraphs 1 through 14.

34.     This is an action for declaratory judgment of noninfringement of any valid claim of the '532 patent.

35.     Gateway has an objectively reasonable apprehension that HPDC will pursue allegations of infringement against Gateway because HPDC has already attempted to sue

COMPLAINT

1 Gateway in the Eastern District of Texas for allegedly infringing the '532 patent by making,

2 using, offering for sale, selling and/or importing into the United States devices that embody the

3 alleged inventions disclosed and claimed by the '532 patent.

4      36.    Accordingly, there exists an actual and justiciable controversy between Gateway

5 and HPDC concerning whether the claims of the '532 patent are infringed by Gateway.

6      37.    HPDC has alleged, and continues to allege, that Gateway has been and is making,

7 using, offering for sale, selling and/or importing into the United States devices that embody the

8 alleged inventions disclosed and claimed in the '532 patent.

9      38.    HPDC alleges that Gateway has induced and contributed to infringement by

10 others of the '532 patent.

11      39.    HPDC alleges that Gateway's alleged infringement is willful and deliberate.

12      40.    HPDC alleges that it has been and will continue to be irreparably harmed by

13 Gateway's alleged infringement. HPDC alleges that it has no adequate remedy at law.

14      41.    Gateway denies HPDC's allegations. Gateway has not infringed, is not now

15 infringing, and has not threatened to infringe any valid claim of the '532 patent, either literally or

16 under the doctrine of equivalents.

17      42.    Gateway has not contributed to the infringement, and is not now contributing to

18 the infringement, of the '532 patent, either literally or under the doctrine of equivalents.

19      43.    Gateway has not induced others to infringe, and is not now inducing others to

20 infringe, the '532 patent, either literally or under the doctrine of equivalents.

21      44.    Gateway desires and requests a judicial determination and declaration of the

22 respective rights and duties of the parties based on the disputes recited above. Such a

23 determination and declaration is necessary and appropriate at this time so that the parties may

24 ascertain their respective rights and duties regarding the noninfringement of the '532 patent.

25 **COUNT IV**<br>(Declaratory Judgment - Invalidity of the '532 Patent)

26

27      45.    Gateway incorporates by reference the allegations set forth in paragraphs 1

28 through 14.

5

1    46.    This is an action for declaratory judgment of the invalidity of any and all claims

2    of the '532 patent.

3    47.    Gateway has an objectively reasonable apprehension that HPDC will pursue

4    allegations of infringement against Gateway because HPDC has already attempted to sue

5    Gateway in the Eastern District of Texas for allegedly infringing the '532 patent by making,

6    using, offering for sale, selling and/or importing into the United States devices that embody the

7    alleged inventions disclosed and claimed by the '532 patent.

8    48.    Accordingly, there exists an actual and justiciable controversy between Gateway

9    and HPDC concerning whether the claims of the '532 patent are valid.

10    49.    The '532 patent and its claims are invalid because they fail to comply with the

11    conditions and requirements for patentability set forth in Title 35, United States Code, including

12    but not limited to the provisions of 35 U.S.C. §§ 101, 102, 103, and/or 112.

13    50.    Gateway desires and requests a judicial determination and declaration of the

14    respective rights and duties of the parties based on the disputes recited above.  Such a

15    determination and declaration is necessary and appropriate at this time so that the parties may

16    ascertain their respective rights and duties regarding the invalidity of the '532 patent.

17                                   **COUNT V**

18                   (Declaratory Judgment - Non-Infringement of the '304 Patent)

19    51.    Gateway incorporates by reference the allegations set forth in paragraphs 1

20    through 14.

21    52.    This is an action for declaratory judgment of noninfringement of any valid claim

22    of the '304 patent.

23    53.    Gateway has an objectively reasonable apprehension that HPDC will pursue

24    allegations of infringement against Gateway because HPDC has already attempted to sue

25    Gateway in the Eastern District of Texas for allegedly infringing the '304 patent by making,

26    using, offering for sale, selling and/or importing into the United States devices that embody the

27    alleged inventions disclosed and claimed by the '304 patent.

28

COMPLAINT

54. Accordingly, there exists an actual and justiciable controversy between Gateway and HPDC concerning whether the claims of the '304 patent are infringed by Gateway.

55. HPDC has alleged, and continues to allege, that Gateway has been and is making, using, offering for sale, selling and/or importing into the United States devices that embody the alleged inventions disclosed and claimed in the '304 patent.

56. HPDC alleges that Gateway has induced and contributed to infringement by others of the '304 patent.

57. HPDC alleges that Gateway's alleged infringement is willful and deliberate.

58. HPDC alleges that it has been and will continue to be irreparably harmed by Gateway's alleged infringement. HPDC alleges that it has no adequate remedy at law.

59. Gateway denies HPDC's allegations. Gateway has not infringed, is not now infringing, and has not threatened to infringe any valid claim of the '304 patent, either literally or under the doctrine of equivalents.

60. Gateway has not contributed to the infringement, and is not now contributing to the infringement, of the '304 patent, either literally or under the doctrine of equivalents.

61. Gateway has not induced others to infringe, and is not now inducing others to infringe, the '304 patent, either literally or under the doctrine of equivalents.

62. Gateway desires and requests a judicial determination and declaration of the respective rights and duties of the parties based on the disputes recited above. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties regarding the noninfringement of the '304 patent.

**COUNT VI**
(Declaratory Judgment - Invalidity of the '304 Patent)

63. Gateway incorporates by reference the allegations set forth in paragraphs 1 through 14.

64. This is an action for declaratory judgment of the invalidity of any and all claims of the '304 patent.

7

COMPLAINT

65.     Gateway has an objectively reasonable apprehension that HPDC will pursue allegations of infringement against Gateway because HPDC has already attempted to sue Gateway in the Eastern District of Texas for allegedly infringing the '304 patent by making, using, offering for sale, selling and/or importing into the United States devices that embody the alleged inventions disclosed and claimed by the '304 patent.

66.     Accordingly, there exists an actual and justiciable controversy between Gateway and HPDC concerning whether the claims of the '304 patent are valid.

67.     The '304 patent and its claims are invalid because they fail to comply with the conditions and requirements for patentability set forth in Title 35, United States Code, including but not limited to the provisions of 35 U.S.C. §§ 101, 102, 103, and/or 112.

68.     Gateway desires and requests a judicial determination and declaration of the respective rights and duties of the parties based on the disputes recited above. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties regarding the invalidity of the '304 patent.

### COUNT VII
(Declaratory Judgment - Non-Infringement of the '530 Patent)

69.     Gateway incorporates by reference the allegations set forth in paragraphs 1 through 14.

70.     This is an action for declaratory judgment of noninfringement of any valid claim of the '530 patent.

71.     Gateway has an objectively reasonable apprehension that HPDC will pursue allegations of infringement against Gateway because HPDC has already attempted to sue Gateway in the Eastern District of Texas for allegedly infringing the '530 patent by making, using, offering for sale, selling and/or importing into the United States devices that embody the alleged inventions disclosed and claimed by the '530 patent.

72.     Accordingly, there exists an actual and justiciable controversy between Gateway and HPDC concerning whether the claims of the '530 patent are infringed by Gateway.

COMPLAINT

73. HPDC has alleged, and continues to allege, that Gateway has been and is making, using, offering for sale, selling and/or importing into the United States devices that embody the alleged inventions disclosed and claimed in the '530 patent.

74. HPDC alleges that Gateway has induced and contributed to infringement by others of the '530 patent.

75. HPDC alleges that Gateway's alleged infringement is willful and deliberate.

76. HPDC alleges that it has been and will continue to be irreparably harmed by Gateway's alleged infringement. HPDC alleges that it has no adequate remedy at law.

77. Gateway denies HPDC's allegations. Gateway has not infringed, is not now infringing, and has not threatened to infringe any valid claim of the '530 patent, either literally or under the doctrine of equivalents.

78. Gateway has not contributed to the infringement, and is not now contributing to the infringement, of the '530 patent, either literally or under the doctrine of equivalents.

79. Gateway has not induced others to infringe, and is not now inducing others to infringe, the '530 patent, either literally or under the doctrine of equivalents.

80. Gateway desires and requests a judicial determination and declaration of the respective rights and duties of the parties based on the disputes recited above. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties regarding the noninfringement of the '530 patent.

## COUNT VIII
### (Declaratory Judgment - Invalidity of the '530 Patent)

81. Gateway incorporates by reference the allegations set forth in paragraphs 1 through 14.

82. This is an action for declaratory judgment of the invalidity of any and all claims of the '530 patent.

83. Gateway has an objectively reasonable apprehension that HPDC will pursue allegations of infringement against Gateway because HPDC has already attempted to sue Gateway in the Eastern District of Texas for allegedly infringing the '530 patent by making,

9

1  using, offering for sale, selling and/or importing into the United States devices that embody the

2  alleged inventions disclosed and claimed by the '530 patent.

3    84. Accordingly, there exists an actual and justiciable controversy between Gateway

4  and HPDC concerning whether the claims of the '530 patent are valid.

5    85. The '530 patent and its claims are invalid because they fail to comply with the

6  conditions and requirements for patentability set forth in Title 35, United States Code, including

7  but not limited to the provisions of 35 U.S.C. §§ 101, 102, 103, and/or 112.

8    86. Gateway desires and requests a judicial determination and declaration of the

9  respective rights and duties of the parties based on the disputes recited above. Such a

10 determination and declaration is necessary and appropriate at this time so that the parties may

11 ascertain their respective rights and duties regarding the invalidity of the '530 patent.

12                          **PRAYER FOR RELIEF**

13 WHEREFORE, Gateway prays for the following relief:

14    A.  A judgment declaring that Gateway has not infringed and does not

15 infringe, in any manner or in any way, any valid claim of the '318 patent;

16    B.  A judgment declaring that the '318 patent is invalid;

17    C.  A judgment declaring that Gateway has not infringed and does not

18 infringe, in any manner or in any way, any valid claim of the '532 patent;

19    D.  A judgment declaring that the '532 patent is invalid;

20    E.  A judgment declaring that Gateway has not infringed and does not

21 infringe, in any manner or in any way, any valid claim of the '304 patent;

22    F.  A judgment declaring that the '304 patent is invalid;

23    G.  A judgment declaring that Gateway has not infringed and does not

24 infringe, in any manner or in any way, any valid claim of the '530 patent;

25    H.  A judgment declaring that the '530 patent is invalid; and

26    I.  Such other and further equitable and legal relief as this Court or a jury

27 deems just and proper.

28

---

10

1

## DEMAND FOR JURY TRIAL

2     Gateway hereby demands a jury trial on all issues.

3

4

DATE: August 19, 2004        Respectfully Submitted,

5

          DEWEY BALLANTINE LLP

6

7

By: _____

8           Jonathan D. Baker

          Attorney for Plaintiff Gateway, Inc.

9

10

AU1 17058v2

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

** TOTAL PAGE.14 **

**A**

EXHIBIT A

US005802318A

# United States Patent [19]

## Murray et al.

[11] Patent Number: **5,802,318**

[45] Date of Patent: **Sep. 1, 1998**

[54] **UNIVERSAL SERIAL BUS KEYBOARD SYSTEM**

[75] Inventors: **David E. Murray**, Houston; **David R. Wooten**, Spring; **Randall L. Hess**, Cypress; **Christopher C. Wanner**, Tomball; **Jeff W. Wolford**, Spring, all of Tex.

[73] Assignee: **Compaq Computer Corporation**, Houston, Tex.

[21] Appl. No.: **506,884**

[22] Filed: **Jul. 25, 1995**

[51] Int. Cl.$^6$ ............................ G06F 3/00; G06F 9/46

[52] U.S. Cl. ............................ 395/280; 395/868; 395/733; 395/500

[58] Field of Search ............................ 395/280, 828, 395/733, 866, 868, 500, 835, 838

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,578,671 | 3/1986 | Flowers | 340/636 |
| 4,942,606 | 7/1990 | Kaiser et al. | 380/4 |
| 5,590,315 | 12/1996 | Hess et al. | 395/500 |

### OTHER PUBLICATIONS

Pentium™ Processor User's Manual vol. 3: Architecture and Programming Manual by Intel®, 1993 (Chapters 1–4, 9–15, 20 and 22).

Microprocessor and Peripheral Handbook vol. II Peripheral by Intel®, 1988, pp. 5–55 to 5–74.

Universal Serial Bus Specification by Compaq, Digital Equipment Corporation, IBM PC Company, Intel, Microsoft, NEC, Northern Telecom, Revision 0.9, Apr. 13, 1995.

ACCESS.bus ™ microcontroller 83C542/87C542 Phillips Semiconductors Objective Specification, pp. 1–22, Apr. 3, 1995.

*Primary Examiner*—Glenn A. Auve
*Attorney, Agent, or Firm*—Pravel, Hewitt, Kimball & Krieger

[57] **ABSTRACT**

A keyboard system according to the present invention includes a serial bus host controller coupled to a serial bus keyboard. The keyboard includes both keyboard scan logic and scan code conversion logic for passing to the host controller over the serial bus. The host controller includes circuitry for processing the data between the serial bus and a host bus. The host controller further includes 8042 emulation logic for providing a hardware compatible interface to the keyboard controller. The 8042 emulation logic also includes circuitry for communicating over the serial bus during times when the serial bus has not yet been initialized.

**33 Claims, 10 Drawing Sheets**





FIG. 1



**FIG. 2**



FIG. 3A



*FIG. 3B*



FIG. 3C



**FIG. 4**



*FIG. 5*



**FIG. 6A**



**FIG. 6B**



*FIG. 6C*



**FIG. 6D**

5,802,318

| 1 | 2 |

## UNIVERSAL SERIAL BUS KEYBOARD SYSTEM

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates to a keyboard and pointing device system in the serial bus environment, and more specifically to a serial bus host controller having an 8042 compatible interface and special control logic for communicating with a serial bus keyboard and pointing device prior to the initialization of serial bus services.

2. Description of the Related Art

Computer systems are becoming ever more powerful with each passing moment. Many new advanced bus structures such as the PCI or Peripheral Component Interchange bus have been developed to allow greater performance of the computer system. Additionally, new devices and uses are being developed for the computer systems. In the past the computer has been essentially a stand-alone device or networked with other computer systems. However, today the modern personal computer is becoming a much more connected and multimedia oriented system. For example, now high speed video and audio functions are becoming commonplace and the integration with the telephone system has already begun.

However, many of these new features and existing devices such as the keyboard, mouse and serial and parallel ports are well below the ultimate bandwidth or capability of the advanced buses such as the PCI bus. Therefore, it is not efficient to connect each one of the functions and devices to the PCI bus directly, as this would impact bus loading and greatly increase overall costs. Additionally, many of these new functions are essentially serial in nature, with the data transferred in a bit stream rather than over a parallel bus structure. This is provided for many reasons, such as reduced wiring costs, and can be done because of the lower data rates which are required.

Therefore, it has been proposed to develop a serial bus architecture to connect all of these various lower bandwidth devices. The serial bus is organized within a host controller having a series of ports, which can then be connected either directly to devices or functions or to further hubs which have below them further devices or functions. A hub or the host controller may in addition incorporate functions if desired. In this manner a tree structure can be developed to allow a reasonable number of functions or devices to be attached to the serial bus system. The host controller connects to a bus in the computer system, for example the PCI bus, through the host controller. By having the host controller act as a concentrator, only a single connection to the PCI bus is necessary. The connection is better able to utilize the performance of the PCI bus without requiring numerous connections.

The host controller, each hub, and each function or port contain particular control registers for doing set up and initialization operations. In addition, three basic types of data transfer are defined in the serial bus system. The first type is isochronous, which is effectively a continuous real time transfer, such as telephony information or audio information. The second type is asynchronous block transfers, such as printer operations and conventional serial port operations, while the third type is asynchronous interactive device transfers, such as keyboard, mouse, pointing device, pen interfaces, and the configuration and status information, generally referred to as the control information, of the various devices.

Information is broadcast over the serial bus system from the host controller in a series of packets, with the host controller acting as the bus master and hubs and devices only responding upon request or polling access of the host controller. The packet types include data packets, token packets for use from host to device, a handshake packet and a special control packet. Data packets are the isochronous, asynchronous block, and asynchronous control types. Token packets allow transfer of data packets. Handshake packets are used to perform a ready handshake after transfer of a data or control packet to acknowledge successful receipt or indicate unsuccessful receipt. Special control packets are used for logical reset and status request transfers. Each function or device has a logical address. Packets are scheduled into queues for transmission over the serial bus in a time division multiplexed fashion.

Each device and port on a hub or the host controller includes the capabilities to handle the low level bus transfer protocol between the particular node of the appropriate hub and the device itself. Thus, a relatively simple transfer protocol, with a limited number of packet types is defined.

The hubs act as wiring concentrators and enable the attachment of multiple serial bus devices to the serial bus. A hub repeats incoming traffic from any enabled port by broadcasting the traffic transparently to all other enabled ports on the hub. As a result, the tree structured interconnect topology appears as a flat "virtual bus" with no store-and-forward type delays. More details on the serial bus architecture are provided in the Universal Serial Bus Specification 0.9, dated Mar. 20, 1995, available from Intel Corp. This specification is hereby incorporated by reference.

Of particular interest for the serial bus architecture is to consolidate the external peripheral devices so as to require only one PCI slot and provide a high level of ease of use. One particular problem arising from consolidation is that the interfacing methodology used before the advent of the serial bus is not compatible with the interfacing methodology of the serial bus. For example, the 8042 keyboard controller provides a well known register and command set for communicating with a pointing device and a keyboard via keyboard controller ports at I/O addresses 60h and 64h. Once the keyboard and pointing device functions are consolidated into the serial bus architecture, the keyboard and pointing device will no longer be found at I/O addresses 60h and 64h and communications to the keyboard and pointing device will be handled through the common serial bus interface. However, since the serial bus requires certain software drivers to be loaded, until the bus is fully operational there is a period of time when the keyboard and pointing device are unavailable. This could create undesirable results if a bootable device, such as SCSI disk or CD-ROM, power on system password, keyboard locking, or system configuration utilities were to require the user to input a keyboard or pointing device command before proceeding with the booting of the device. Thus, it is desirable to eliminate this problem.

One additional problem that is pervasive in the PC world involves the direct accessing of hardware by certain software. For example, game software is notorious for sidestepping the BIOS calls and accessing the keyboard and video registers directly to gain the highest performance possible from the computer. Once the keyboard function is consolidated into the serial bus, the register compatibility will no longer be present. Thus, to maintain compatibility with a relatively large base of software applications accessing the keyboard hardware directly, it is desirable to find a solution to this problem.

5,802,318

3

## SUMMARY OF THE PRESENT INVENTION

A keyboard and pointing device system according to the present invention includes a serial bus host controller coupled to a serial bus keyboard and pointing device. The keyboard includes both keyboard scan logic and scan code conversion logic for passing to the host controller over the serial bus. The host controller includes circuitry for processing the data between the serial bus and a host bus. The host controller further includes 8042 emulation logic for providing a hardware compatible interface to the keyboard controller. In one embodiment the 8042 emulation logic also includes circuitry for communicating over the serial bus during times when the serial bus has not yet been initialized.

When the computer system is first powered on, the serial bus resources are not yet available since the software drivers have not been loaded. During this initialization period, the 8042 emulation logic handles communications to the serial bus keyboard and pointing device. After the serial bus services are initialized, data written to the 8042 emulation logic will be routed through the standard serial bus services.

The 8042 emulation logic also includes a means for locating the address of the keyboard and pointing device on the serial bus. Once located, the address is placed into a keyboard address register or pointing device address register for future reference.

In another embodiment the keyboard and pointing device are located using conventional serial bus operations and the 8042 emulation logic provides direct entries into the serial bus scheduling queue. In a further embodiment, write operations to the 8042 ports trigger interrupts to special software code, which interprets the written information and, based on emulating the 8042 keyboard controller, provides the proper data to the serial bus host controller. Read operations in this embodiment are performed either by having the serial bus host controller directly provide the data to emulated 8042 ports and provide the proper interrupt or by having simplified serial bus driver software receive the keyboard or pointing device packet normally, translate the packet data and then provide this data to simulated 8042 ports and provide the proper interrupt.

## BRIEF DESCRIPTION OF THE DRAWINGS

A better understanding of the present invention can be obtained when the following detailed description of the preferred embodiment is considered in conjunction with the following drawings, in which:

FIG. 1 is a block diagram of a computer system incorporating a serial bus system according to the preferred embodiment;

FIG. 2 is a block diagram illustrating a keyboard and mouse coupled to a serial bus host controller according to one embodiment;

FIG. 3A is a detailed block diagram of 8042 emulation block of the host controller according to the embodiment of FIG. 2;

FIG. 3B is a detailed block diagram of simplified 8042 emulation logic of the host controller according to a variation of the embodiment of FIG. 3A;

FIG. 3C is a detailed block diagram of the queue according to FIG. 3B;

FIG. 4 is a block diagram illustrating a keyboard and mouse coupled to a serial bus host controller according to an alternative embodiment;

FIG. 5 is a detailed block diagram illustrating system management interrupt logic according to the FIG. 4 embodiment;

4

FIG. 6A is a flow diagram illustrating a received keyboard packet sequence according to the FIG. 4 embodiment;

FIGS. 6B and 6C are flow diagrams illustrating processes handled by system mangement mode; and

FIG. 6D is a flow diagram illustrating an alternative method of moving data from packets to the 8042 emulation logic.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring now to FIG. 1, the computer system C according to the preferred embodiment is generally shown. The computer system C includes a processor 100 such as a Pentium® or 486 processor by Intel or their equivalents. It is understood that other processors could of course be utilized. The processor 100 is connected to a second level or L2 cache 102 and to a memory and L2 cache controller and PCI bridge 104 and address and data buffer 106. The main memory 108 of the computer system C is connected between the memory and L2 cache controller 104 and the address and data buffer 106. It is understood that the processor 100, cache 102, memory and cache controller 104, address and data buffer 106 and main memory 108 form the processor system and processor to PCI bus bridge according to a PCI system. It is understood of course that alternate processor systems and high speed bus architectures could be utilized if desired. Further, the address buffering could be included in the PCI bridge 104.

The PCI bridge 104 and address and data buffer 106 are connected to a PCI bus 110 which performs the high speed high performance back bone of the computer system C. A PCI to ISA (Industry Standard Architecture) bridge 110 is connected between the PCI bridge 110 and an ISA bus 114. A floppy disk controller 116 is connected to the ISA bus 114, as is the system ROM (read only memory) 118. The ROM 118 contains BIOS (basic input/output services) code for testing and initializing the computer system C and the serial bus. Additionally, there may be a plurality of ISA slots connected to the ISA bus 114 for receiving interchangeable cards.

The majority of the devices are connected to the PCI bus 110. For example, a SCSI or IDE (Intelligent Drive Electronics) controller 122 is connected to the PCI bus 110 and to the associated disk drives and other devices (not shown). A network interface card (NIC) 124 is also connected to the PCI bus 110 to allow high performance network connections. Further, a video graphics system 126 is connected to the PCI bus 110 and to an associated monitor 128. A fax/modem DSP (digital signal processor) 138 can also be connected to the PCI bus 110 for fax and modem data processing. As noted, this is an exemplary computer system architecture and is provided for explanation, variations being readily apparent to one skilled in the art.

Of interest to the present description, a serial bus host controller 130 is also connected to the PCI bus 110. The serial bus host controller 130 of the illustrated embodiment acts as both a host controller and a hub, with various hubs and functions connected to the host bus controller 130. For example, a printer 132 is connected to one port of the serial bus host controller 130, while an expansion hub 134 is connected to a second port. The expansion hub 134 provides further expansion capabilities, such as connecting to a keyboard 140 according to the present invention. The keyboard 140 further acts as a hub itself and a node, in that it is connected to the monitor hub but further contains ports to connect to the mouse 142 and a pen or stylus pointing device

5,802,318

interface 144. This further physical connection is appropriate as those are the primary input devices and they are in most cases generally relatively near the keyboard 140 to ease use of operation. The keyboard interface will be described in more detail below. A telephony interface 136 containing the necessary CODEC and DAA components is connected to a third port and also receives a telephone line. The telephone line can be any of the available types such as an analog line, an ISDN line, a PBX connection and so on.

In the illustrated embodiment, the monitor 128 further acts as a hub and as a node. The monitor 128 is thus connected to one port of the serial bus host controller 130. The node or device function of the monitor 128 allows configuration of the monitor 128 independent from the high speed data utilized in the video system 126. The monitor 128 preferably acts as a hub because of the conventional physical arrangement of a modern computer system. Preferably, the system unit which contains the other devices is located under the desk or in a relatively remote location, with only the monitor 128, a keyboard 140, a pointing device such as a mouse 142 or pen 144, a telephone handset 146, and microphone and speakers relatively accessible to the user. As the monitor 128 effectively forms the central core of this unit, it is logically a proper location for a hub. It is noted that, although, preferably the keyboard is coupled to the monitor for physical convenience, for simplicity of explanation herein the keyboard is shown coupled directly to the host controller 130. The telephone handset 146 could be connected to one port of the monitor hub to receive digitized analog information either directly from the telephony interface 136 or as otherwise available, such as from an answering machine or voice mail function. The microphone is part of audio input circuitry 148 which is connected to a second port of the monitor hub, while audio output circuitry 150 contains the speakers used for audio output. In all cases, each one of the particular devices connected over the serial bus system includes control ports and configuration registers which need to be accessed by the processor 100 via the serial bus host controller 130 to allow control and setup of the individual devices. Thus it can be seen that in the computer, the relatively lower data rate functions are connected to the serial bus host controller 130 according to the serial bus system.

Now referring to FIG. 2, the host controller 130 is shown connected to the keyboard 140. As described above, the keyboard 140 contains serial bus interface logic 208 for communicating with upstream ports and interface logic 216 for communicating with downstream ports, such as the mouse 142. The serial bus interface logic 208 provides the necessary functionality for encoding and decoding of packets to be transferred between the keyboard 140 and the host controller 130. Also included in the keyboard 140 is the keyboard matrix 214 for interacting with a computer user. Keyboard scan circuitry 212 is connected to the keyboard matrix 214 in typical fashion for generating scan codes when the keys of the matrix 214 are depressed. The scan codes are passed from the keyboard scan circuitry 212 to scan code conversion circuitry 210 also residing on the keyboard 140. Although the functionality of scanning and conversion is illustrated separately, it is contemplated that both functions can be easily handled by a single microcontroller. Because the keyboard scan logic 212 and the scan code conversion logic 210 are consolidated onto the keyboard 140, the host controller 130 is required to do little or no processing of the keystroke data. Thus, most processing of the scan codes and subsequent conversion into system scan codes or ASCII codes can easily be handled singly by the keyboard 140. The

host controller 130 receives the processed scan codes for placement into the keyboard buffer of main memory 108.

The host controller 130 contains serial bus interface logic 206 for transmitting the packets over the serial bus cable. Communication over the serial bus is processed by host controller services 202. In addition, 8042 emulation logic 204 is also included in the host controller 130 and connected to the serial bus interface logic 206 for providing hardware level compatibility to the keyboard 140 and a mouse 142. Host system communications for both the host controller services 202 and the 8042 emulation logic 204 are handled by the PCI interface logic 200 which couples to the PCI bus 110. Additionally, the 8042 emulation logic 204 provides the conventional keyboard and mouse interrupts.

In many protected mode operating systems such as Windows 3.1, Windows 95 and OS/2, device drivers are responsible for communicating with low level hardware. In the case of these operating systems, 8042 register level compatibility is not as important as it is with DOS mode operations, since the device drivers can be adapted to different hardware configurations. When these operating systems are operational, the device drivers handle the keyboard communications via the host controller hardware 402 (FIG. 4). However, DOS application software and the boot operations often communicate directly with hardware. Therefore, the host controller 130 contains register level compatibility for a DOS mode application or boot operations to read from emulated 8042 registers and write to emulated 8042 registers.

In the operation of the keyboard 140 in conjunction with the serial bus and the host controller 130, keystrokes generated at the keyboard 140 are transferred upstream to the host controller 130. Data received from the keyboard 140 and mouse 142 are placed in a data output queue of the host controller services 202 if the 8042 logic emulation 204 is disabled and in a data register of the 8042 emulation logic 204 if the 8042 emulation logic 204 is enabled.

Now referring to FIG. 3A, the host controller 130 is described in more detail. The 8042 emulation logic 204 consists of the logic necessary to emulate an 8042 keyboard controller to the computer system C. References to an 8042 in this specification generally refer to an 8042 used as a keyboard controller in a PC-compatible computer. Further details on the operation of the 8042 itself can be found in datasheets from Intel Corporation and details of operation in a PC-compatible computer can be found in various books on the subject and are well known to those skilled in the art. In the present invention, the 8042 emulation logic 204 consists of interface logic 306 for decoding bus operations, a keyboard input buffer (KIB) 308, keyboard output buffer (KOB) 310 and a keyboard status register (KSR) 312. For compatibility, these registers are generally the same as in the 8042.

The 8042 interface logic 306 presents the same interface to the computer system C as would an actual 8042 keyboard controller. The 8042 interface logic 306 is therefore responsible generating an interrupt signal, responding to reading and writing port data and responding to various other 8042 commands. The ports P0 and P1 are supported for compatibility with the enable address line 20 (A20) and system reset signals and other proprietary 8042 output signals, however, since the A20 and reset signals are customarily mimicked or trapped by other logic on the system board, it is contemplated that those signals may not be provided.

The keyboard status register 312 is a read-only register residing at I/O address 64h. When the processor 100 per-

5,802,318

7

forms a read operation to I/O address 64h and the 8042 emulation logic 204 is enabled, the host controller 130 places the contents of the keyboard status register 312 onto the PCI bus 110. As in the actual 8042, no flag or interrupt changes occur as a result of the read operation. The bit definitions for the keyboard status register 312 are shown in Table 1.

TABLE 1

| Bit | Contents |
| --- | --- |
| 0 | output buffer full flag (OBF) |
| 1 | input buffer full flag (IBF) |
| 2 | |
| 3 | input buffer contents flag (IBC) |
| 4 | |
| 5 | output buffer contents flag (OBC) |
| 6 | |
| 7 | |

The output buffer empty flag is set when the keyboard output buffer 310 is empty and may be loaded with a new byte. The input buffer full flag is set when the keyboard input buffer 308 contains either a command or data byte. The input buffer contents flag is set when the keyboard input buffer 308 contains a command and is reset when the keyboard input buffer 308 contains data. The output buffer content flag is set when the keyboard output buffer 310 contains mouse data and is reset when the keyboard output buffer 310 contains keyboard data.

The keyboard input buffer 308 is a write-only register residing at I/O addresses 60h and 64h. Data is written to I/O address 60h and commands are written to I/O address 64h. A write to I/O address 60h will:

1) set the keyboard input buffer full flag;
2) clear the input buffer contents flag; and
3) generate an input buffer full interrupt to the 8042 keyboard controller.

Subsequently, the data written to the keyboard input buffer 308 will be sent to the keyboard 140. Keyboard commands are written to the keyboard input buffer 308 residing at I/O address 64h. Commands written to this register are compatible with standard 8042 commands. A write to I/O address 64h:

1) sets the keyboard input buffer flag in the keyboard status register;
2) sets the input buffer contents flag in the keyboard status register; and
3) causes the 8042 emulation logic 204 to send the data to the keyboard 140.

The keyboard output buffer 310 is a read-only register residing at I/O address 60h. When a key is pressed at the keyboard 140 or the mouse 142 is moved or a button depressed the data representing the pressed key is received into keyboard output buffer 310 for reading by the processor 100. Also, the output buffer full flag is set and an interrupt is issued. A read to I/O address 60h will:

1) clear the output buffer full flag in the keyboard status register; and
2) clear any interrupt requests to the processor 100.

At the time of initialization of the computer system C, in the host controller 130 an enable register 316 is cleared so that during the initialization period a hardware queue and scheduler 318 is enabled. Also during this time it is noted that the host controller services 202 are not yet available and that the 8042 emulation logic 204 is the only means available for communicating with the keyboard 140. Once the

8

computer system C is initialized and the drivers and software for control of the serial bus have been loaded, the hardware queue and scheduler 318 is disabled in favor of the main host controller services 202.

When the computer system C is first powered on, the host controller services 202 of the host controller 130 are not yet available since the drivers have not been loaded by the processor 100. During this time transmissions over the serial bus to the keyboard 140 are handled by the 8042 emulation logic 204, and more particularly the hardware queue and scheduler 318.

However, before any packet transmissions can take place between the host controller 130 and the keyboard 140, the host controller 130 must know the serial bus address of the keyboard 140. After the host controller 130 receives power, the hardware queue and scheduler 318 polls the serial bus looking for a device having a device type of keyboard. Once the keyboard 140 is located, the serial bus address of the keyboard 140 is placed into a keyboard address register (KAR) 314. Similar operations are performed to locate the mouse 142, with its address being placed in a mouse address register (MAR) 315. These addresses are used by the 8042 emulation logic 204 in all future communications with the keyboard 140 and mouse 142.

During initialization, once data is written into the keyboard input buffer 308 and the command is given, a packet is generated by the hardware queue and scheduler 318. The packet includes the keyboard address, data and the command given. The packet will be sent to the keyboard 140 during the next frame period. By default, during each frame when no commands are sent to the keyboard 140, the hardware queue and scheduler 318 generates packets requesting the keyboard 140 to send data. If data is returned, it is placed in the keyboard output buffer 310 and the proper interrupt is issued. The processor 100 then reads the data from the keyboard output buffer 310 as if it where read from an actual 8042. If no data is ready to be transferred to the host controller 130, the keyboard 140 will not acknowledge (NACK) the packet. However, if the 8042 emulation logic 204 still contains a byte of data from the previous frame, the host controller 130 will not request an additional byte from the keyboard 140 until the previous byte has been read by the processor 100, but instead may query the keyboard status.

Once the serial bus software and drivers are loaded by the processor 100, the enable bit is set to disable the hardware queue and scheduler 318. From this time forward, data is received from the keyboard 140 into a data receive queue of the queue 302. The host controller 130 then issues an interrupt to indicate data availability. The serial bus driver then causes the processor 100 to remove the data from the queue and process it accordingly. Similarly, when the enable bit is set, data is provided to the keyboard 140 and mouse 142 through the host controller services 202 in a normal manner. Thus, the 8042 emulation logic 204 is used when 8042 hardware level emulation is desired and the standard host controller services 202 is used at other times when full driver support is available.

Thus, while the host controller of the preferred embodiment primarily serves as the main interface to the serial bus, it also provides backward compatibility with the keyboard and pointing device for communication during the initialization process when otherwise there would be none.

It is contemplated that a variation on the embodiment illustrated in FIG. 3A could also provide the disclosed benefits. As shown in FIG. 3B, the 8042 emulation logic 204 does not include a separate hardware queue and scheduler,

5,802,318

9

but instead the queue 302 and scheduler 304 of the host controller services 202 are utilized to provide the same functionality.

The enable register 316 enables the 8042 emulation logic for accessing the registers at I/O address 60h and 64h. As shown in FIG. 3C, the queue 302 includes a number of data queues, 338 and 340, and control queues, 342 and 344, for transmitting and receiving packets over the serial bus. Packets generally contain a serial bus address, serial bus command and data if a write command. Commands can include read, write and status or polling commands.

In this embodiment, when the computer system C is first initialized, the 8042 emulation logic 204 is disabled. At this time, the BIOS constructs a packet and provides a series of packets to the control transmit queue 342 for querying the serial bus for a keyboard 140 and pointing device. When the device(s) are located, the addresses are stored in the keyboard address register 314 and mouse address register 315. Since the addresses are now contained within the host controller 130 hardware, the BIOS enables the 8042 emulation logic 204. At this point, communications between the keyboard 140 or pointing device and the processor 100, via the 8042 emulation logic 204, is enabled.

When the 8042 emulation logic 204 is enabled, the queues are stuffed with packets built according to the 8042 registers, as shown in FIG. 3C. If data is present in the keyboard input buffer 308, an output data packet 330 is provided to the data transmit queue 338 for transmission to the device on the next frame. If a command is present in the keyboard input buffer 308, a output command packet 334 is provided to the control transmit queue 342 for transmission to the device on the next frame. If no data or commands are present, then the output control packet 334 polls the keyboard 140 and pointing device 142 for data availability. If a device has data available, it may respond with a data packet, which is received into the data receive queue and subsequently transferred to the keyboard output buffer 310 and the proper interrupt is provided. The keyboard status register 312 is again constructed as described above with reference to FIG. 3A.

When the 8042 emulation logic 204 is disabled, the packets are built and controlled as normal. For more details on queues and packet construction and handling are described in patent application Ser. No. 08/346,097, entitled "Arbiter Organization for Serial Bus Transfers", filed Nov. 29, 1994, which is hereby incorporated by reference. The remaining operations are handled as described in FIG. 3A above.

An alternate embodiment to the foregoing keyboard and pointing device system of FIGS. 3A and 3B is illustrated in FIG. 4. The host controller 130 includes a PCI interface 400 for communicating PCI bus operations to the host controller 130 and the various serial bus devices. The host controller 130 also includes decode logic 322 for accessing a keyboard input buffer (KIB) 308, a keyboard output buffer (KOB) 310 and a keyboard status register (KSR) 312. It is noted that the KIB 308, KOB 310, KSR 312 and decode logic 322 can be conveniently located anywhere in the computer system C and need not be located in the host controller 130. The keyboard 140 and pointing device 142 use the same 8042 registers to communicate with the processor 100. A host controller hardware block 402 is also coupled to the PCI interface 400 for handling the serial bus operations on the serial bus.

Upon initialization of the computer system C, the BIOS or initialization code of the computer system C will cause the host controller 130 to search the serial bus for keyboard or

10

pointing devices. If they are located, the serial bus address of the keyboard 140 is placed into a keyboard address register (KAR) 314 and the serial bus address of the pointing device 142 is placed into a mouse address register (MAR) 320. These registers 314 and 320 are accessible for all serial bus communications to these devices. The BIOS will also initialize the host controller 130 for polling the devices for data availability using the conventional serial bus techniques, queues and schedulers, though operation will be simplified as the operations will be very simple and very few devices will be controlled or monitored. This allows user interaction at the early stages of computer initialization and before the serial bus device drivers have loaded.

When the host controller 130 receives a packet from the serial bus, as illustrated in FIG. 6A, step 630, it first checks the packet to determine whether the packet contains keyboard or mouse data, as shown in step 632. If so, at step 634 the host controller issues a system management interrupt using logic illustrated in FIG. 5. If not so, at step 636 the host controller processes the packets as conventional in serial bus operations.

FIG. 6B illustrates the SMM code in response to the above generated SMI. At step 650, the processor 100 reads the SMI status register to determine if keyboard data caused the interrupt, as shown at step 652. If so, at step 654 the processor 100 obtains the keyboard data and places it into the keyboard output buffer 310, using an alternate address. The keyboard status register 312 is properly set in response to data being placed into the keyboard output buffer 310 and the hardware interrupt to the processor 100 is simulated with an INT instruction so that the keyboard data may be read at I/O address 60h and the status may be read from I/O address 64h. Alternatively, the processor 100 could direct alternate circuits (not shown) to provide the proper interrupt signal. Alternate addresses are used to prevent operation of the write trapping logic described below. Once the interrupt is simulated, or provided, the keyboard interrupt service routine then proceeds as normal to read the keyboard status register 312 using conventional operations to further determine the source of the keyboard interrupt and finally reading the keyboard output buffer 310 if data is present. If at step 652 the processor determines that the SMI interrupt was not caused by the keyboard controller 140, then control proceeds to step 655 where the other interrupts are processed as normal. Data received from the pointing device or mouse 142 is handled in a similar manner.

An alternative to using the system management mode is to use the normal hardware interrupt provided for use by the host controller 130. This alternate does not require a KAR 314 or MAR 320 but may not be compatible with applications which disable interrupts and poll the KSR 312. When the host controller 130 receives a scan code from the keyboard 140 or data from the pointing device 142 it generates a host controller interrupt to the processor 100, as illustrated in FIG. 6D, step 670, as conventional in serial bus operations. Next, at step 672, using a simplified serial bus driver located in the BIOS, the processor 100 reads the host controller interrupt status to determine the source of the serial bus interrupt. As shown at step 674, the processor 100 determines if the host controller interrupt is caused by receipt of a keyboard scan code. If so, then control proceeds to step 676 where alternate addresses are used to place the received data into the keyboard output buffer 310 and the keyboard status register 312 is properly set. Alternate addresses are used to prevent operation of the writing trapping logic described below. After the buffer 310 and register 312 are prepared, an 8042 interrupt, IRQ1, is

5,802,318

11

simulated in software with the INT command. The keyboard interrupt service routine then proceeds as normal to read the keyboard status register 312 using conventional operations to further determine the source of the keyboard interrupt and finally reading the keyboard output buffer 310 if data is present. If at step 674 the processor determines that the host controller interrupt was not caused by the keyboard controller 140, then control proceeds to step 678 where the other operations are processed as normal. Data received from the pointing device or mouse 142 is handled in a similar manner.

In an alternative embodiment, if the KIB 308, KOB 310, and KSR 312 are located in the host controller 130, the host controller 130 could directly place the data in the keyboard output buffer 310, set the status register 312, and provide the keyboard interrupt, but additional circuitry is required for this embodiment to decode the packets and to place the data and generate the interrupt and so is not preferred.

Write operations to I/O addresses 60h and 64h are handled by the host controller 130 in conjunction with software, as described below. FIG. 6C illustrates processing of a write operation to I/O address 60h or 64h. A write to I/O address 60h or 64h of the KIB 308 causes a system management interrupt (SMI) to be generated. This circuitry is shown in more detail in FIG. 5. When the system management interrupt is generated, the processor 100 enters system management mode. Operation of the system management mode code is shown in FIG. 6C. First in step 600 the processor 100 reads a system management interrupt status register to determine the source of the interrupt. In step 602 the processor 100 determines if a write to I/O ports 60h or 64h had caused the interrupt. If not, processing of the other SMI operations proceeds at step 603. If a write to 60h or 64h had occurred, the SMI code decodes the value written to the KIB 308 to determine the requested 8042 operation, as shown at step 604. Registers are actually provided at I/O addresses 60 and 64 to receive the data or command. The SMI code reads those registers using alternate addresses to prevent possible reentry in SMM. To perform the decoding function the SMI code effectively emulates or replicates the majority of the 8042 keyboard controller command logic. At step 605 the processor 100 determines if the decoded operation was a command to the keyboard 140 or mouse 142 or a write to an 8042 output port. If a keyboard 140 or mouse 142 command, at step 606 the processor 100 writes any keyboard or pointing device data to the host controller 130 for forwarding to the respective device over the serial bus. This operation is done using conventional, albeit simplified, serial bus services provided in the BIOS. If the I/O operation was a write operation to one of the other output bits of the 8042 ports, then at step 608 that data is transmitted to hardware compatible ports contained elsewhere to emulate the desired output bit. Other signals formerly generated or sensed by the 8042 port logic are supported in the system at other available addresses or ports as one skilled in the art would appreciate. After steps 606 and 608 the SMI code properly sets the KSR 312 in step 610 and then after steps 603 or 610 operation of the SMI code ends.

It is understood that FIGS. 6A and 6B are combined into a single routine, if the host controller 130 according to FIG. 4 which provides an SMI upon receipt of a keyboard or mouse data packet is utilized. FIG. 6B has been illustrated separately for clarity with the various alternatives.

FIG. 5 illustrates a functional block diagram of system management interrupt logic for the keyboard system. The system management interrupt (SMI) signal is provided to the processor 100 by an OR gate 500. One input to the OR gate 500 is from the other SMI sources of the computer system

12

C, while an other input of the OR gate 500 is received from the output of an AND gate 502. The output of the AND gate 502 is generated when the computer is in DOS emulation mode so that emulation of the 8042 is active and a write operation is attempted to I/O address 60h or 64h, as illustrated by OR-gate 504. If emulation mode is not active, no SMI is generated and the written data is ignored. When emulation is not active, the host controller services 202 must be used to provide commands to the keyboard 140 and mouse 142.

The output from the AND gate 502 also provides a clock signal for a D flip-flop 506. The output from the D flip-flop 506 is provided to one bit of an SMI status register 508 for providing SMI status to the processor 100. When the processor reads the status from the SMI status register 508 the status bit is cleared. From reading the SMI status register 508 the processor 100 can determine the source of the SMI interrupt and process the interrupt accordingly.

The OR gate 500 also receives the output of an AND gate 510, which receives the DOS MODE signal and the indication from the host controller 130 that a keyboard or mouse packet has been received. This provides the SMI needed in that case, unless emulation is not active. The output of AND gate 510 is provided to the clock input of a D flip-flop 512, which has its D input connected high and its output provided to the SMI status register 508. The flip-flop 512 is cleared when the status register is read.

The DOS mode signal is provided from an arbitrary configuration register which is not shown. When emulation mode is inactive, the serial bus interrupt provided by the host controller 130 will activate a loaded, complete serial bus device driver, rather than the simplified serial bus driver provided in the BIOS, which simplified driver is aware when emulation mode is active and can provide the data to the KOB 310 and KSR 312 and interrupt as described above. This complete driver will not provide data to the keyboard output buffer 310 or the keyboard status register 312 or set the 8042 interrupt, but will instead operate according to standard serial bus operations.

In the alternative where the SMI signal is provided on keyboard data packet receipt, the DOS MODE signal blocks the generation of the SMI signal when emulation is inactive and a conventional serial bus interrupt is provided as the packet checking logic is also disabled.

Therefore, as compared to the first alternative shown in FIGS. 2 and 3, this alternative illustrated in FIGS. 4-6 includes a reduced level of 8042 hardware level compatibility in exchange for greater software complexity. Both methods provide the desired 8042 compatibility for times when the complete serial bus device drivers are not available.

The foregoing disclosure and description of the invention are illustrative and explanatory thereof, and various changes in the size, shape, materials, components, circuit elements, wiring connections and contacts, as well as in the details of the illustrated circuitry and construction and method of operation may be made without departing from the spirit of the invention.

We claim:
1. A serial bus host controller for coupling a serial bus keyboard to a computer system via a standardized serial bus which transfers data in a packetized protocol, the serial bus host controller for sending and receiving serial bus packets, the serial bus host controller comprising:
    a keyboard controller emulator for generating and receiving data, status and commands pertaining to the serial bus keyboard, said keyboard controller emulator including:

5,802,318

| 13 | 14 |

a serial bus address register for storing the serial bus address of the serial bus keyboard;

a data buffer; and

a status register;

a detector for detecting when said data buffer and said status register are accessed; and

an interrupt generator for providing a system management interrupt to the computer system when said data buffer and said status register are accessed.

2. The serial bus host controller of claim 1, wherein said detector further detects if a packet is received from said serial bus keyboard, and wherein said interrupt generator provides a system management interrupt to the computer system if a packet is received from said serial bus keyboard.

3. The serial bus host controller of claim 2, wherein said interrupt causes the computer system to place the serial bus keyboard data into said data buffer and causes said status buffer to be updated if a packet is received from said serial bus keyboard.

4. The serial bus host controller of claim 1, further including a switch for enabling and disabling said keyboard controller emulator.

5. The serial bus host controller of claim 1 wherein said serial bus keyboard includes a serial bus mouse.

6. A computer system for coupling to a serial bus keyboard via a standardized serial bus which transfers data in a packetized protocol, the computer system comprising:

a serial bus keyboard; and

a serial bus host controller coupled to said serial bus keyboard for sending and receiving serial bus packets, comprising:

a keyboard controller emulator for generating and receiving data, status and commands pertaining to the serial bus keyboard, said keyboard controller emulator including:

a serial bus address register for storing the serial bus address of the serial bus keyboard;

a data buffer; and

a status register;

a detector for detecting when said data buffer and said status register are accessed; and

an interrupt generator for providing a system management interrupt to the computer system when said data buffer and said status register are accessed.

7. The computer system of claim 6, wherein said detector further detects if a packet is received from said serial bus keyboard, and wherein said interrupt generator provides a system management interrupt to the computer system if a packet is received from said serial bus keyboard.

8. The computer system of claim 7, wherein said interrupt causes the computer system to place the serial bus keyboard data into said data buffer and causes said status buffer to be updated if a packet is received from said serial bus keyboard.

9. The computer system of claim 6, further including a switch for enabling and disabling said keyboard controller emulator.

10. The computer system of claim 6 wherein said serial bus keyboard includes a serial bus mouse.

11. A serial bus host controller for coupling a serial bus keyboard to a computer system via a standardized serial bus which transfers data in a packetized protocol, the serial bus host controller for sending and receiving serial bus packets, the serial bus host controller comprising:

a keyboard controller emulator for generating and receiving data, status and commands pertaining to the serial bus keyboard, including:

a serial bus address register for storing the serial bus address of the serial bus keyboard;

a data input buffer;

a data output buffer, said keyboard controller providing an interrupt when said data output buffer is changed; and

a status register; and

a detector for detecting when the data buffers and said status register are accessed;

packet parsing logic for determining if a packet is received from the serial bus keyboard;

data output buffer writing logic for writing into said data output buffer a data value extracted from a packet received from said serial bus keyboard; and

data input buffer reading logic for reading from said data input buffer a data value written therein by the computer system for said serial bus keyboard and developing a packet for transmission to said serial bus keyboard,

wherein when said data value is written into said data output buffer a keyboard controller interrupt is generated.

12. The serial bus host controller of claim 11 wherein said serial bus keyboard includes a serial bus mouse.

13. The serial bus host controller of claim 11 wherein said interrupt is a system management interrupt.

14. The serial bus host controller of claim 11, further including a switch for enabling and disabling said keyboard controller emulator.

15. A computer system for coupling to a serial bus keyboard via a standardized serial bus which transfers data in a packetized protocol, the computer system comprising:

a serial bus keyboard; and

a serial bus host controller coupled to said serial bus keyboard for sending and receiving serial bus packets,, comprising:

a keyboard controller emulator for generating and receiving data, status and commands pertaining to the serial bus keyboard, including:

a serial bus address register for storing the serial bus address of the serial bus keyboard;

a data input buffer;

a data output buffer, said keyboard controller providing an interrupt when said data output buffer is changed; and

a status register; and

a detector for detecting when the data buffers and said status register are accessed;

packet parsing logic for determining if a packet is received from the serial bus keyboard;

data output buffer writing logic for writing into said data output buffer a data value extracted from a packet received from said serial bus keyboard; and

data input buffer reading logic for reading from said data input buffer a data value written therein by the computer system for said serial bus keyboard and developing a packet for transmission to said serial bus keyboard,

wherein when said data value is written into said data output buffer a keyboard controller interrupt is generated.

16. The computer system of claim 15 wherein said serial bus keyboard includes a serial bus mouse.

17. The computer system of claim 15 wherein said interrupt is a system management interrupt.

18. The computer system of claim 15, further including a switch for enabling and disabling said keyboard controller emulator.

5,802,318

15

19. A method of communicating with a serial bus keyboard over a standardized serial bus in a computer system having a serial bus host controller, said host controller including a keyboard controller emulator, the keyboard controller emulator including a queue and scheduler for communicating directly with the serial bus, the method comprising the steps of:

(a) powering on the computer system;

(b) enabling a keyboard controller queue and scheduler;

(c) said keyboard controller queue and scheduler polling the serial bus for a serial bus keyboard;

(d) determining an -address of said serial bus keyboard;

(e) storing said serial bus keyboard address in a register;

(f) said keyboard controller emulator processing packets, if any, with the serial bus keyboard until the host controller is initialized;

(g) loading a host controller device driver; and

(h) disabling said keyboard controller queue and scheduler after said host controller device driver is loaded.

20. The method of claim 19, wherein said keyboard controller emulator includes a data input buffer, the method further comprising the steps of:

(i) said keyboard controller queue and scheduler generating a packet for said serial bus keyboard if data is received into said data input buffer before said device driver is loaded; and

(j) said keyboard controller queue and scheduler transmitting said packet for said serial bus keyboard utilizing the stored address if data is received into said data input buffer before said device driver is loaded.

21. The method of claim 19, wherein said keyboard controller emulator includes a data output buffer, the method further comprising the steps of:

(k) placing keyboard data into said data output buffer if a packet is received from said serial bus keyboard before said device driver is loaded; and

(l) generating an interrupt to said computer system if data is placed into said data output buffer.

22. A method of communicating with a serial bus keyboard over a standardized serial bus in a computer system having a serial bus host controller and a basic input/output system (BIOS) for controlling device initialization, said host controller including a keyboard controller emulator, the method comprising the steps of:

(a) powering on the computer system;

(b) disabling the keyboard controller emulator;

(c) the BIOS polling the serial bus for a serial bus keyboard;

(d) the BIOS determining an address of said serial bus keyboard;

(e) the BIOS storing said serial bus keyboard address in a register;

(f) the BIOS enabling the keyboard controller emulator;

(g) the BIOS handling any communications between the computer system and the serial bus keyboard until a host controller device driver is loaded;

(h) loading a host controller device driver; and

(i) disabling the keyboard controller emulator.

23. The method of claim 22, wherein said keyboard controller emulator includes a data input buffer, the method further comprising the step of:

(j) the BIOS generating a packet for said serial bus keyboard if data is received into said data input buffer before said device driver is loaded.

16

24. The method of claim 22, wherein said keyboard controller emulator includes a data output buffer, the method further comprising the steps of:

(k) the BIOS placing keyboard data into said data output buffer if a packet is received from said serial bus keyboard before said device driver is loaded; and

(l) generating an interrupt to said computer system if data is placed into said data output buffer.

25. A method of communicating with a serial bus keyboard over a standardized serial bus in a computer system having a serial bus host controller, said host controller including a keyboard controller emulator, the method comprising the steps of:

(a) powering on the computer system;

(b) polling the serial bus for a serial bus keyboard;

(c) determining an address of said serial bus keyboard;

(d) storing said serial bus keyboard address in a register;

(e) loading a host controller keyboard device driver;

(f) generating a system management interrupt (SMI) if keyboard data is received by the host controller; and

(g) processing the keyboard data.

26. The method of claim 25, wherein step (f) further comprises the steps of:

(h) receiving a serial bus packet; and

(i) determining if said serial bus packet contains keyboard data.

27. The method of claim 25, wherein step (g) is performed in system management mode.

28. The method of claim 25, wherein the keyboard emulator includes a data output buffer and a status register, and wherein step (g) further comprises the steps of:

(j) writing the keyboard data into the keyboard output buffer if keyboard data is received by the host controller;

(k) setting the status register to reflect the data written to the keyboard output buffer; and

(l) providing a keyboard controller interrupt.

29. The method of claim 28, wherein the computer system further includes an SMI status register, the method further comprising the steps of:

(m) reading the SMI status register before step (j); and

(n) determining a source of the system management interrupt from said SMI status register.

30. The method of claim 28, wherein said keyboard controller interrupt is simulated with an INT instruction.

31. The method of claim 25, wherein the computer system further includes an SMI status register and wherein the keyboard emulator includes a data input buffer, the method further comprising the steps of:

(o) generating a system management interrupt (SMI) if data is written to the keyboard input buffer;

(p) reading the SMI status register;

(q) determining a source of a system management interrupt from said SMI status register;

(r) reading the keyboard input buffer if the source is the keyboard emulator; and

(s) forwarding the keyboard input buffer data to the host controller for transmission to the serial bus keyboard if the source is the keyboard emulator.

32. A method of communicating with a serial bus keyboard over a standardized serial bus in a computer system

5,802,318

**17**

having a serial bus host controller, the host controller including a keyboard controller emulator, the keyboard controller emulator having a data output buffer and a status register, the method comprising the steps of:

(a) initializing the host controller;

(b) generating a host controller interrupt if a packet is received by the host controller;

(c) determining a source of the packet;

**18**

(d) writing packet data into the data output buffer if the packet source is the serial bus keyboard;

(e) updating the status register if data is written into the data output buffer; and

(f) generating a keyboard controller interrupt.

33. The method of claim 32 wherein said keyboard controller interrupt is simulated with an INT instruction.

\* \* \* \* \*

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

**PATENT NO.** : 5,802,318

**DATED** : 9/1/98

**INVENTOR(S)** : DAVID E. MURRAY, DAVID R. WOOTEN, RANDALL L. HESS,
CHRISTOPHER C. WANNER, JEFF W. WOLFORD

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

IN CLAIM 15, LINE 34, PLEASE DELETE THE SECOND COMMA AFTER "PACKETS"

IN CLAIM 19, LINE 12, PLEASE DELETE THE DASH BEFORE "ADDRESS"

Signed and Sealed this

Eighth Day of December, 1998

*Attest:*

**BRUCE LEHMAN**

*Attesting Officer*                    *Commissioner of Patents and Trademarks*

B

EXHIBIT B

US005625532A

## United States Patent [19]

### Sellers

[11] **Patent Number:** **5,625,532**

[45] **Date of Patent:** **Apr. 29, 1997**

[54] **REDUCED HEIGHT KEYBOARD STRUCTURE FOR A NOTEBOOK COMPUTER**

[75] Inventor: **Charles A. Sellers**, Houston, Tex.

[73] Assignee: **Compaq Computer Corporation**, Houston, Tex.

[21] Appl. No.: **541,460**

[22] Filed: **Oct. 10, 1995**

[51] Int. Cl.$^6$ ..................... G06F 1/16; H01H 3/12; B41J 11/56; H05K 7/04

[52] U.S. Cl. ..................... 361/680; 200/344; 400/490; 400/682

[58] Field of Search ..................... 364/708.1; 345/168, 345/169; 400/472, 479, 488–492, 682, 691–693; 200/5 A, 342, 344, 345; 361/680, 683

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,329,084 | 7/1994 | Watanabe et al. | 200/344 |
| 5,399,822 | 3/1995 | Sato et al. | 200/345 X |
| 5,424,516 | 6/1995 | Emmons | 200/344 |
| 5,466,901 | 11/1995 | Mochizuki | 200/345 X |
| 5,512,719 | 4/1996 | Okada et al. | 200/345 X |

*Primary Examiner*—Michael W. Phillips
*Attorney, Agent, or Firm*—Konnecker & Smith

[57] **ABSTRACT**

A notebook computer is provided with a reduced height keyboard structure mounted on the top side of its base housing and including a horizontally oriented signal pad structure. Spaced apart separate key support and guide structures are individually supported on the top side of the signal pad structure beneath upwardly dished keys mounted thereon by scissored linkage mechanisms which permit the keys to be vertically moved through a stroke distance between upwardly extended and downwardly retracted positions. The keys are upwardly biased toward their extended positions by resilient key return dome members secured to the top side of the signal pad structure and extending upwardly through openings in the key support and guide structures. The keys and their associated key support and guide structures are relatively configured in a manner such that when a given key is downwardly moved to its retracted position its associated key support and guide structure is received in the upwardly dished interior of the key so that the bottom side edge periphery of the key is moved downwardly past the horizontal side edge periphery of the key support and guide structure and into close adjacency with the top side of the signal pad structure. This telescoping of the key support and guide structure and its associated key permits the vertical thickness of the keyboard to be reduced without reducing the key stroke distance.

**18 Claims, 3 Drawing Sheets**



US005625532A

## United States Patent [19]

### Sellers

[11]  **Patent Number:**      **5,625,532**

[45]  **Date of Patent:**      **Apr. 29, 1997**

[54]  **REDUCED HEIGHT KEYBOARD STRUCTURE FOR A NOTEBOOK COMPUTER**

[75]  Inventor: **Charles A. Sellers**, Houston, Tex.

[73]  Assignee: **Compaq Computer Corporation**, Houston, Tex.

[21]  Appl. No.: **541,460**

[22]  Filed: **Oct. 10, 1995**

[51]  Int. Cl.⁶ .......................... G06F 1/16; H01H 3/12; B41J 11/56; H05K 7/04

[52]  U.S. Cl. ......................... 361/680; 200/344; 400/490; 400/682

[58]  Field of Search ...................... 364/708.1; 345/168, 345/169; 400/472, 479, 488–492, 682, 691–693; 200/5 A, 342, 344, 345; 361/680, 683

[56]  **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 5,329,084 | 7/1994 | Watanabe et al. ................... | 200/344 |
| 5,399,822 | 3/1995 | Sato et al. .......................... | 200/345 X |
| 5,424,516 | 6/1995 | Emmons .............................. | 200/344 |
| 5,466,901 | 11/1995 | Mochizuki ......................... | 200/345 X |
| 5,512,719 | 4/1996 | Okada et al. ....................... | 200/345 X |

*Primary Examiner*—Michael W. Phillips
*Attorney, Agent, or Firm*—Konnecker & Smith

[57]  **ABSTRACT**

A notebook computer is provided with a reduced height keyboard structure mounted on the top side of its base housing and including a horizontally oriented signal pad structure. Spaced apart separate key support and guide structures are individually supported on the top side of the signal pad structure beneath upwardly dished keys mounted thereon by scissored linkage mechanisms which permit the keys to be vertically moved through a stroke distance between upwardly extended and downwardly retracted positions. The keys are upwardly biased toward their extended positions by resilient key return dome members secured to the top side of the signal pad structure and extending upwardly through openings in the key support and guide structures. The keys and their associated key support and guide structures are relatively configured in a manner such that when a given key is downwardly moved to its retracted position its associated key support and guide structure is received in the upwardly dished interior of the key so that the bottom side edge periphery of the key is moved downwardly past the horizontal side edge periphery of the key support and guide structure and into close adjacency with the top side of the signal pad structure. This telescoping of the key support and guide structure and its associated key permits the vertical thickness of the keyboard to be reduced without reducing the key stroke distance.

**18 Claims, 3 Drawing Sheets**





**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**

**U.S. Patent**     Apr. 29, 1997     Sheet 3 of 3     5,625,532



FIG.  6



FIG.  7

5,625,532

1

# REDUCED HEIGHT KEYBOARD STRUCTURE FOR A NOTEBOOK COMPUTER

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to computer apparatus, and more particularly relates to keyboard structures for portable computers such as notebook computers.

### 2. Description of Related Art

In recent years the notebook computer has made considerable gains in both popularity and technical sophistication. One factor contributing to the increasing popularity of the notebook computer is its ever decreasing size and weight, a factor arising from the ability to fabricate various components of the computer in smaller and smaller sizes while, in many cases, increasing the power and/or operating speed of such components.

One continuing challenge in the design of notebook computers, however, is the keyboard structure. This design challenge arises from two conflicting design goals—the desire to even further reduce the size of the keyboard structure, and the desirability of having the notebook computer emulate as closely as possible the size and typing "feel" of a desktop computer keyboard.

There are, of course, two dimensional factors which may be varied to reduce the size of a notebook computer keyboard structure—its horizontal dimensions (i.e., its length and width), and its vertical or thickness dimension. The horizontal dimensions of the keyboard are governed by the number, size, and relative spacing of the manually depressible key cap portions of the keyboard, and various reductions in these three dimensional factors may be utilized to reduce the overall length and/or width of the keyboard. However, as will be readily appreciated, a reduction in these three configurational aspects to gain a keyboard size reduction correspondingly lessens the similarity of the notebook computer keyboard in appearance, key arrangement and typing feel to its desktop counterpart.

Similar restraints are also presented when attempts are made to reduce the overall thickness of a notebook computer keyboard. One possibility which has been investigated and attempted is to simply reduce the keystroke distance in the notebook computer keyboard compared to its desktop counterpart. Using this design technique, the overall thickness of the notebook computer in its closed storage and transport orientation may be correspondingly reduced. However, this thickness reduction in the overall notebook computer, achieved by reducing the keyboard keystroke distance, creates what many users consider to be an undesirable typing "feel" difference compared to the longer keystroke distance typically found in a larger desktop computer keyboard.

As can be readily seen from the foregoing, it would be desirable to provide an improved notebook computer keyboard structure which permits a useful thickness reduction in the closed computer without a corresponding reduction in the operative keystroke distance of the keyboard structure. It is accordingly an object of the present invention to provide such an improved notebook computer keyboard structure.

## SUMMARY OF THE INVENTION

In carrying out principles of the present invention, in accordance with a preferred embodiment thereof, a portable computer, representatively a notebook computer, is provided with a specially designed keyboard structure. The vertical

2

thickness of the overall keyboard structure is advantageously reduced without the previous necessity of reducing its keystroke to achieve such thickness reduction. The computer includes a base housing portion having a top side, and a lid housing portion secured to the base housing portion for pivotal movement relative thereto between a closed position in which the lid housing portion extends across and covers the top side, and an open position in which the lid housing portion uncovers and exposes the top side of the base housing portion.

In a preferred embodiment thereof, the reduced height keyboard structure of the present invention includes a key pad structure having top and bottom sides, and a series of key cap members positioned above the key pad structure and mutually spaced apart from one another in a direction parallel to the top side of the key pad structure. Each of the key cap members has a bottom side edge periphery facing the top side of the key pad structure, and an upwardly dished interior portion bounded by the bottom side edge periphery.

A spaced apart series of key support and guide members are supported on the top side of the key pad structure in an aligned, underlying relationship with the key cap members. Each of the key support and guide members has a top side and further has a side edge periphery spaced inwardly of the bottom side edge periphery of its associated key cap member in a direction parallel to the top side of the key pad structure.

Linking means are provided for securing each of the key cap members to its underlying key support and guide member for movement relative thereto, through a key stroke distance, between an upwardly extended position in which the key cap member is spaced upwardly apart from the top side of the key pad structure, and a downwardly retracted position in which the underlying key support and guide member is upwardly received in the interior of the key cap member with the bottom side edge periphery of the key cap member being adjacent the top side of the key pad structure. Biasing means are additionally provided for resiliently biasing each of the key cap members toward its upwardly extended position.

Representatively, the linking means include a series of scissored linkage assemblies operatively interconnecting the vertically opposing pairs of key cap members and key support and guide members, and the biasing means include a spaced series of elastomeric key return dome members secured to the top side of the key pad structure, extending upwardly through central openings in the key support and guide members, and bearing upwardly against the scissored linkage assemblies.

The key support and guide members are representatively anchored to the top side of the key pad structure by means of depending leg portions of the key support and guide members that extend downwardly through holes in the key pad structure and are locked to flange structures formed in the bottom layer of the signal pad structure.

The use of the spaced series of key support and guide members that each extend upwardly into the dished interior of its associated key cap member when the key cap member is manually depressed permits the key cap members to positioned closer to the top side of the key pad structure, thereby reducing the overall vertical thickness of the keyboard apparatus without reducing the stroke distance of its keys.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a partially sectioned, simplified side elevational view of a notebook computer having a reduced height

5,625,532

1

# REDUCED HEIGHT KEYBOARD STRUCTURE FOR A NOTEBOOK COMPUTER

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to computer apparatus, and more particularly relates to keyboard structures for portable computers such as notebook computers.

### 2. Description of Related Art

In recent years the notebook computer has made considerable gains in both popularity and technical sophistication. One factor contributing to the increasing popularity of the notebook computer is its ever decreasing size and weight, a factor arising from the ability to fabricate various components of the computer in smaller and smaller sizes while, in many cases, increasing the power and/or operating speed of such components.

One continuing challenge in the design of notebook computers, however, is the keyboard structure. This design challenge arises from two conflicting design goals—the desire to even further reduce the size of the keyboard structure, and the desirability of having the notebook computer emulate as closely as possible the size and typing "feel" of a desktop computer keyboard.

There are, of course, two dimensional factors which may be varied to reduce the size of a notebook computer keyboard structure—its horizontal dimensions (i.e., its length and width), and its vertical or thickness dimension. The horizontal dimensions of the keyboard are governed by the number, size, and relative spacing of the manually depressible key cap portions of the keyboard, and various reductions in these three dimensional factors may be utilized to reduce the overall length and/or width of the keyboard. However, as will be readily appreciated, a reduction in these three configurational aspects to gain a keyboard size reduction correspondingly lessens the similarity of the notebook computer keyboard in appearance, key arrangement and typing feel to its desktop counterpart.

Similar restraints are also presented when attempts are made to reduce the overall thickness of a notebook computer keyboard. One possibility which has been investigated and attempted is to simply reduce the keystroke distance in the notebook computer keyboard compared to its desktop counterpart. Using this design technique, the overall thickness of the notebook computer in its closed storage and transport orientation may be correspondingly reduced. However, this thickness reduction in the overall notebook computer, achieved by reducing the keyboard keystroke distance, creates what many users consider to be an undesirable typing "feel" difference compared to the longer keystroke distance typically found in a larger desktop computer keyboard.

As can be readily seen from the foregoing, it would be desirable to provide an improved notebook computer keyboard structure which permits a useful thickness reduction in the closed computer without a corresponding reduction in the operative keystroke distance of the keyboard structure. It is accordingly an object of the present invention to provide such an improved notebook computer keyboard structure.

## SUMMARY OF THE INVENTION

In carrying out principles of the present invention, in accordance with a preferred embodiment thereof, a portable computer, representatively a notebook computer, is provided with a specially designed keyboard structure. The vertical

2

thickness of the overall keyboard structure is advantageously reduced without the previous necessity of reducing its keystroke to achieve such thickness reduction. The computer includes a base housing portion having a top side, and a lid housing portion secured to the base housing portion for pivotal movement relative thereto between a closed position in which the lid housing portion extends across and covers the top side, and an open position in which the lid housing portion uncovers and exposes the top side of the base housing portion.

In a preferred embodiment thereof, the reduced height keyboard structure of the present invention includes a key pad structure having top and bottom sides, and a series of key cap members positioned above the key pad structure and mutually spaced apart from one another in a direction parallel to the top side of the key pad structure. Each of the key cap members has a bottom side edge periphery facing the top side of the key pad structure, and an upwardly dished interior portion bounded by the bottom side edge periphery.

A spaced apart series of key support and guide members are supported on the top side of the key pad structure in an aligned, underlying relationship with the key cap members. Each of the key support and guide members has a top side and further has a side edge periphery spaced inwardly of the bottom side edge periphery of its associated key cap member in a direction parallel to the top side of the key pad structure.

Linking means are provided for securing each of the key cap members to its underlying key support and guide member for movement relative thereto, through a key stroke distance, between an upwardly extended position in which the key cap member is spaced upwardly apart from the top side of the key pad structure, and a downwardly retracted position in which the underlying key support and guide member is upwardly received in the interior of the key cap member with the bottom side edge periphery of the key cap member being adjacent the top side of the key pad structure. Biasing means are additionally provided for resiliently biasing each of the key cap members toward its upwardly extended position.

Representatively, the linking means include a series of scissored linkage assemblies operatively interconnecting the vertically opposing pairs of key cap members and key support and guide members, and the biasing means include a spaced series of elastomeric key return dome members secured to the top side of the key pad structure, extending upwardly through central openings in the key support and guide members, and bearing upwardly against the scissored linkage assemblies.

The key support and guide members are representatively anchored to the top side of the key pad structure by means of depending leg portions of the key support and guide members that extend downwardly through holes in the key pad structure and are locked to flange structures formed in the bottom layer of the signal pad structure.

The use of the spaced series of key support and guide members that each extend upwardly into the dished interior of its associated key cap member when the key cap member is manually depressed permits the key cap members to positioned closer to the top side of the key pad structure, thereby reducing the overall vertical thickness of the keyboard apparatus without reducing the stroke distance of its keys.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a partially sectioned, simplified side elevational view of a notebook computer having a reduced height

5,625,532

| 3 | 4 |

keyboard structure embodying principles of the present invention, the computer being in an opened orientation;

FIG. 2 is an enlarged scale cross-sectional detail view of the circled keyboard area "2" in FIG. 1 and illustrates one key in its upwardly extended position, and another key in its downwardly depressed position;

FIG. 3 is a highly schematic exploded side elevational view of a multilayered signal pad portion of the keyboard structure;

FIGS. 4 and 5 are enlarged scale bottom side perspective views of a key cap member respectively illustrating a scissored support portion thereof in its extended and retracted positions;

FIG. 6 is an enlarged scale simplified top side perspective view of a portion of the signal pad illustrating a representative pair of specially designed key support guide structures secured thereto and embodying principles of the present invention; and

FIG. 7 is an enlarged scale cross-sectional view taken through a portion of the signal pad along line 7–7 of FIG. 6.

DETAILED DESCRIPTION

Referring initially to FIG. 1, the present invention provides a portable computer, illustratively a notebook computer 10, having incorporated therein a specially designed reduced height keyboard structure 12 embodying principles of the present invention. Computer 10 includes a hollow rectangular base housing 14 having a top horizontal side wall 16 with an opening 18 therein; a bottom horizontal side wall 20; front and rear vertical end walls 22,24; and a pair of opposite vertical side walls 26,28.

A hollow rectangular lid housing 30, having a display screen 32 on its front or inner side, is pivotally secured along a hinge joint 334 to a top rear corner portion of the base housing 14. Lid housing 30 may be upwardly pivoted to place the computer 10 in an open use orientation (FIG. 1) in which the top side 16 of the base housing 14 and the top side of the keyboard structure 12 are exposed and the display screen 32 forwardly faces the user of the computer, or downwardly pivoted to place the computer 10 in a closed storage and transport orientation (not shown) in which the lid housing extends across and covers the top side of the base housing 14 and the top side of the keyboard structure 12.

The reduced height keyboard structure 12 extends across the opening 18 in the top side wall 16 of the base housing 14 and occupies only a relatively small upper portion of the interior 36 of the base housing 14. Referring now to FIGS. 1–3 and 6, the keyboard structure 12 basically comprises a series of manually depressible key cap members 40 disposed generally in the top side wall opening 18 and vertically movable relative to the base housing 14, as indicated by the arrows 42 in FIG. 1, through a keystroke distance D (see FIG. 2); and a horizontally oriented multilayer key pad structure 44 that is suitably anchored within the base housing 14 in a downwardly spaced relationship with the key cap members 40.

The multilayer signal pad structure 44 is transverse to the key stroke directions 42, is of a generally conventional construction, and is shown in simplified exploded form in FIG. 3. Signal pad structure 44 includes, from top to bottom, (1) a plastic dome sheet 46 having a spaced series of rubber key return domes 48 projecting upwardly from its top side 46a; (2) a plastic top circuit sheet 50 having a spaced series of circular, electrically conductive pads 52 disposed on its bottom side, aligned with the domes 48, and connected to

surface trace circuitry (not shown) formed on the sheet 50; (3) a plastic spacer sheet 54 having a spaced series of circular openings 56 formed therein and underlying the pads 52; (4) a plastic bottom circuit sheet 58 having a spaced series of circular, electrically conductive pads 60 disposed on its top side, aligned with the sheet openings 56, and connected to surface trace circuitry (not shown) formed on the sheet 58; and (5) a metal backing sheet 62. The five sheet members 46, 50, 54, 58, 62 are suitably held in their indicated stacked orientation to combinatively define the overall signal pad structure 44.

Turning now to FIGS. 4 and 5, each of the key cap members 40 has a hollow, rectangular, upwardly dished molded plastic body with a top side wall 74 with a downwardly and forwardly sloping front edge portion 76, and an open bottom side 78 bounded by a rectangular, downwardly facing side wall edge periphery 78a of the key cap member. A scissored linkage assembly 80 is secured to the bottom of each of the key cap members 40 and includes a first pair of scissor arms 82 and a second pair of scissor arms 84, with longitudinally intermediate portions of the arms 82 being pivotally connected to longitudinally intermediate portions of the arms 84 as indicated.

First ends of the arms 82 are joined by a cylindrical rod 86 pivotally anchored in tabs 88 projecting downwardly from the top key cap top side wall 74, while the opposite ends of the arms 82 have outwardly projecting cylindrical pins 90 formed thereon. First ends of the arms 84 have outwardly projecting cylindrical pins 94, while the opposite ends of the arms 84 have outwardly projecting cylindrical pins 98 slidingly received in slots 100 formed on the underside of the key cap member 40.

Longitudinally intermediate portions of the scissor arms 84 are interconnected by a joining plate structure 102 having, on its underside, a bottom surface 104, and a forwardly facing surface 106 extending at an angle to the surface 104. Each scissored linkage assembly 80 is movable relative to its associated key cap member 40 between an upwardly extended position shown in FIG. 4, and a downwardly retracted position shown in FIG. 5.

In a manner subsequently described in detail herein, lower side portions of the scissored linkage assemblies 80 are anchored to the top side of the multilayer signal pad structure 44 in a manner placing the key cap members 40 above and in horizontal alignment with the resilient key return domes 48. With the key cap members 40 in their upwardly extended positions, their associated scissored linkage assemblies 80 are similarly in their upwardly extended positions shown in FIG. 4, with the surfaces 104 of the linkages assemblies 80 overlying and downwardly engaging the upper ends of the resilient key return domes 48.

When any of the key cap members 40 is manually depressed (i.e., from its position on the left in FIG. 2 to its position on the right in FIG. 2), against the resilient resistance of its associated return dome 48, the dome is downwardly deformed to cause an internal projection 108 therein to be downwardly pressed against a portion of the dome sheet 46 underlying the projection 108. This, in turn, causes the contact pad pair 52,60 underlying the projection 108 to be brought into engagement with one another and cause their associated circuitry to output an electrical signal indicative of the striking of their associated key cap member. When the key cap member is released from its manually depressed orientation, it is automatically returned upwardly to its upwardly extended position (shown on the left in FIG. 2) by the resilient force of its underlying key return dome 48 which functions as a return spring means.

5,625,532

3

keyboard structure embodying principles of the present invention, the computer being in an opened orientation;

FIG. 2 is an enlarged scale cross-sectional detail view of the circled keyboard area "2" in FIG. 1 and illustrates one key in its upwardly extended position, and another key in its downwardly depressed position;

FIG. 3 is a highly schematic exploded side elevational view of a multilayered signal pad portion of the keyboard structure;

FIGS. 4 and 5 are enlarged scale bottom side perspective views of a key cap member respectively illustrating a scissored support portion thereof in its extended and retracted positions;

FIG. 6 is an enlarged scale simplified top side perspective view of a portion of the signal pad illustrating a representative pair of specially designed key support guide structures secured thereto and embodying principles of the present invention; and

FIG. 7 is an enlarged scale cross-sectional view taken through a portion of the signal pad along line 7—7 of FIG. 6.

DETAILED DESCRIPTION

Referring initially to FIG. 1, the present invention provides a portable computer, illustratively a notebook computer 10, having incorporated therein a specially designed reduced height keyboard structure 12 embodying principles of the present invention. Computer 10 includes a hollow rectangular base housing 14 having a top horizontal side wall 16 with an opening 18 therein; a bottom horizontal side wall 20; front and rear vertical end walls 22,24; and a pair of opposite vertical side walls 26,28.

A hollow rectangular lid housing 30, having a display screen 32 on its front or inner side, is pivotally secured along a hinge joint 334 to a top rear corner portion of the base housing 14. Lid housing 30 may be upwardly pivoted to place the computer 10 in an open use orientation (FIG. 1) in which the top side 16 of the base housing 14 and the top side of the keyboard structure 12 are exposed and the display screen 32 forwardly faces the user of the computer, or downwardly pivoted to place the computer 10 in a closed storage and transport orientation (not shown) in which the lid housing extends across and covers the top side of the base housing 14 and the top side of the keyboard structure 12.

The reduced height keyboard structure 12 extends across the opening 18 in the top side wall 16 of the base housing 14 and occupies only a relatively small upper portion of the interior 36 of the base housing 14. Referring now to FIGS. 1–3 and 6, the keyboard structure 12 basically comprises a series of manually depressible key cap members 40 disposed generally in the top side wall opening 18 and vertically movable relative to the base housing 14, as indicated by the arrows 42 in FIG. 1, through a keystroke distance D (see FIG. 2); and a horizontally oriented multilayer key pad structure 44 that is suitably anchored within the base housing 14 in a downwardly spaced relationship with the key cap members 40.

The multilayer signal pad structure 44 is transverse to the key stroke directions 42, is of a generally conventional construction, and is shown in simplified exploded form in FIG. 3. Signal pad structure 44 includes, from top to bottom, (1) a plastic dome sheet 46 having a spaced series of rubber key return domes 48 projecting upwardly from its top side 46a; (2) a plastic top circuit sheet 50 having a spaced series of circular, electrically conductive pads 52 disposed on its bottom side, aligned with the domes 48, and connected to

4

surface trace circuitry (not shown) formed on the sheet 50; (3) a plastic spacer sheet 54 having a spaced series of circular openings 56 formed therein and underlying the pads 52; (4) a plastic bottom circuit sheet 58 having a spaced series of circular, electrically conductive pads 60 disposed on its top side, aligned with the sheet openings 56, and connected to surface trace circuitry (not shown) formed on the sheet 58; and (5) a metal backing sheet 62. The five sheet members 46, 50, 54, 58, 62 are suitably held in their indicated stacked orientation to combinatively define the overall signal pad structure 44.

Turning now to FIGS. 4 and 5, each of the key cap members 40 has a hollow, rectangular, upwardly dished molded plastic body with a top side wall 74 with a downwardly and forwardly sloping front edge portion 76, and an open bottom side 78 bounded by a rectangular, downwardly facing side wall edge periphery 78a of the key cap member. A scissored linkage assembly 80 is secured to the bottom of each of the key cap members 40 and includes a first pair of scissor arms 82 and a second pair of scissor arms 84, with longitudinally intermediate portions of the arms 82 being pivotally connected to longitudinally intermediate portions of the arms 84 as indicated.

First ends of the arms 82 are joined by a cylindrical rod 86 pivotally anchored in tabs 88 projecting downwardly from the top key cap member wall 74, while the opposite ends of the arms 82 have outwardly projecting cylindrical pins 90 formed thereon. First ends of the arms 84 have outwardly projecting cylindrical pins 94, while the opposite ends of the arms 84 have outwardly projecting cylindrical pins 98 slidingly received in slots 100 formed on the underside of the key cap member 40.

Longitudinally intermediate portions of the scissor arms 84 are interconnected by a joining plate structure 102 having, on its underside, a bottom surface 104, and a forwardly facing surface 106 extending at an angle to the surface 104. Each scissored linkage assembly 80 is movable relative to its associated key cap member 40 between an upwardly extended position shown in FIG. 4, and a downwardly retracted position shown in FIG. 5.

In a manner subsequently described in detail herein, lower side portions of the scissored linkage assemblies 80 are anchored to the top side of the multilayer signal pad structure 44 in a manner placing the key cap members 40 above and in horizontal alignment with the resilient key return domes 48. With the key cap members 40 in their upwardly extended positions, their associated scissored linkage assemblies 80 are similarly in their upwardly extended positions shown in FIG. 4, with the surfaces 104 of the linkages assemblies 80 overlying and downwardly engaging the upper ends of the resilient key return domes 48.

When any of the key cap members 40 is manually depressed (i.e., from its position on the left in FIG. 2 to its position on the right in FIG. 2), against the resilient resistance of its associated return dome 48, the dome is downwardly deformed to cause an internal projection 108 therein to be downwardly pressed against a portion of the dome sheet 46 underlying the projection 108. This, in turn, causes the contact pad pair 52,60 underlying the projection 108 to be brought into engagement with one another and cause their associated circuitry to output an electrical signal indicative of the striking of their associated key cap member. When the key cap member is released from its manually depressed orientation, it is automatically returned upwardly to its upwardly extended position (shown on the left in FIG. 2) by the resilient force of its underlying key return dome 48 which functions as a return spring means.

5,625,532

5

While the key cap members 40 have been representatively illustrated as being supported on the top side of the signal pad structure using scissored linkage assemblies, other means of supporting the key cap members 40 for vertical movement could be utilized if desired. Moreover, spring return means other than the rubber key return domes 48 could be utilized if desired.

With reference now to FIGS. 2, 6 and 7, to advantageously reduce the overall height of the keyboard structure 12, the bottom sides of the scissored linkages 80 are operatively secured to a horizontally spaced series of specially designed separate key support and guide structures 110 which are separately anchored in a horizontally spaced array on the top side 46a of the multilayer signal pad structure 44 in underlying alignment with the key caps 40.

Each of the key support and guide structures 110 has a rectangular body portion with a horizontal side edge periphery 112, and a central circular opening 114 through which one of the key return domes 48 upwardly projects. The bottom sides of the scissored linkages 80 are operatively secured to their associated key support and guide structures 110 by means of slots 92 formed on the top sides of the structures 110 and pivotally receiving the linkage pins 90, and tabs 96 formed on the top sides of the structures 110 and slidingly receiving the linkage pins 94.

The horizontally spaced series of key support and guide structures 110, which are preferably plastic moldings, are individually anchored to the top side 46a of the dome sheet 46 by means of depending legs 116 formed on the corners of each of the structures 110 and extending downwardly through circular holes 118 that transversely pass through the signal pad structure 44 from the top side 46a of the dome sheet 46 to the top side of the metal backing sheet 62. Lower end portions 116a of the legs 116 (see FIG. 7) are transversely enlarged and snap into upwardly projecting tab pairs 120,122 on the metal backing sheet 62 to anchor the key support and guide structures 110 in place on the top side of the signal pad structure 44.

Turning now to FIG. 2, according to an important feature of the present invention the horizontal side edge periphery 112 of each of the key support and guide structures 110 is spaced horizontally inwardly of the lower side edge periphery 78a of its associated key cap member 40. Additionally, each key support and guide structure 110 is sized to be upwardly received within the upwardly dished interior of its associated key cap member 40 when the key cap member 40 is downwardly moved from its extended position (shown on the left in FIG. 2) through its key stroke distance D to its retracted position (shown on the right in FIG. 2).

This configurational relationship between each key support and guide structure 110 and its associated key cap member 40 permits the lower side edge periphery 78a to be moved downwardly past the top side of the structure 110 into close adjacency with the top side 46a of the dome sheet 46 when the key cap member 40 is downwardly moved through its key stroke distance D. In a conventionally constructed portable computer keyboard assembly, the key support and guide structures 110 would typically be integral portions of a plastic sheet structure positioned atop the dome sheet 46 and commonly referred to as a monoblock structure having generally the same vertical thickness T (normally in the 1–2 millimeter range) as the illustrated individual key support and guide structures 110.

As can be readily seen, using this conventional construction the overall height of the keyboard assembly 12 would be substantially equal to the sum of the vertical thickness of

6

the signal pad structure 44, the vertical thickness T, and the key stroke distance D. However, due to the ability in the present invention to move the bottom side edge peripheries 78a of the key caps 40 downwardly past the top sides of the key support and guide structures 110, and into close adjacency with the top side 46a of the dome sheet 46, the top sides of the key cap members 40 may be vertically positioned a distance T closer to the top side 46a of the dome sheet 46, thereby advantageously reducing the overall vertical thickness of the keyboard assembly 12 by the same distance T while maintaining the same keystroke distance D.

This height savings of one or more millimeters across the entire horizontal extent of the keyboard may be advantageously used to accommodate more computer circuitry or, alternatively, to permit the reduction by a distance T of the vertical thickness of the computer base housing.

The foregoing detailed description is to be clearly understood as being given by way of illustration and example only, the spirit and scope of the present invention being limited solely by the appended claims.

What is claimed is:

1. Computer keyboard apparatus comprising:

a key pad structure having top and bottom sides;

a series of key cap members positioned above said top side of said key pad structure and mutually spaced apart from one another in a direction parallel to said top side, each of said key cap members having a bottom side edge periphery facing said top side of said key pad structure, and an upwardly dished interior portion bounded by said bottom side edge periphery;

a spaced apart series of individual key support and guide members supported on said top side of said key pad structure in an aligned, underlying relationship with said series of key cap members, each of said key support and guide members having a base wall with a top side and further having a side edge periphery spaced inwardly of the bottom side edge periphery of its associated key cap member in a direction parallel to said top side of said key pad structure, said side edge peripheries of said individual key support and guide members being spaced apart along, circumscribed by, and extending downwardly to top side areas of said key pad structure positioned lower than said top sides of said base walls of said individual key support and guide members;

linking means for securing each of said key cap members to its underlying key support and guide member for movement relative thereto, through a key stroke distance, between an upwardly extended position in which the key cap member is spaced upwardly apart from said top side of said key pad structure, and a downwardly retracted position in which the underlying key support and guide member is upwardly received in the interior of the key cap member with the bottom side edge periphery of the key cap member being adjacent its underlying top side area of said key pad structure and disposed lower than the top side of the base wall of the underlying key support and guide member; and

biasing means for resiliently biasing each of said key cap members toward said upwardly extended position thereof.

2. The computer keyboard apparatus of claim 1 wherein:

said key pad structure is a multilayer key pad structure having top and bottom layers, and

said biasing means include a spaced series of resilient key return members aligned with and underlying said key cap members, and projecting upwardly from said top layer.

5,625,532

| 5 | 6 |

While the key cap members 40 have been representatively illustrated as being supported on the top side of the signal pad structure using scissored linkage assemblies, other means of supporting the key cap members 40 for vertical movement could be utilized if desired. Moreover, spring return means other than the rubber key return domes 48 could be utilized if desired.

With reference now to FIGS. 2, 6 and 7, to advantageously reduce the overall height of the keyboard structure 12, the bottom sides of the scissored linkages 80 are operatively secured to a horizontally spaced series of specially designed separate key support and guide structures 110 which are separately anchored in a horizontally spaced array on the top side 46a of the multilayer signal pad structure 44 in underlying alignment with the key caps 40.

Each of the key support and guide structures 110 has a rectangular body portion with a horizontal side edge periphery 112, and a central circular opening 114 through which one of the key return domes 48 upwardly projects. The bottom sides of the scissored linkages 80 are operatively secured to their associated key support and guide structures 110 by means of slots 92 formed on the top sides of the structures 110 and pivotally receiving the linkage pins 90, and tabs 96 formed on the top sides of the structures 110 and slidingly receiving the linkage pins 94.

The horizontally spaced series of key support and guide structures 110, which are preferably plastic moldings, are individually anchored to the top side 46a of the dome sheet 46 by means of depending legs 116 formed on the corners of each of the structures 110 and extending downwardly through circular holes 118 that transversely pass through the signal pad structure 44 from the top side 46a of the dome sheet 46 to the top side of the metal backing sheet 62. Lower end portions 116a of the legs 116 (see FIG. 7) are transversely enlarged and snap into upwardly projecting tab pairs 120,122 on the metal backing sheet 62 to anchor the key support and guide structures 110 in place on the top side of the signal pad structure 44.

Turning now to FIG. 2, according to an important feature of the present invention the horizontal side edge periphery 112 of each of the key support and guide structures 110 is spaced horizontally inwardly of the lower side edge periphery 78a of its associated key cap member 40. Additionally, each key support and guide structure 110 is sized to be upwardly received within the upwardly dished interior of its associated key cap member 40 when the key cap member 40 is downwardly moved from its extended position (shown on the left in FIG. 2) through its key stroke distance D to its retracted position (shown on the right in FIG. 2).

This configurational relationship between each key support and guide structure 110 and its associated key cap member 40 permits the lower side edge periphery 78a to be moved downwardly past the top side of the structure 110 into close adjacency with the top side 46a of the dome sheet 46 when the key cap member 40 is downwardly moved through its key stroke distance D. In a conventionally constructed portable computer keyboard assembly, the key support and guide structures 110 would typically be integral portions of a plastic sheet structure positioned atop the dome sheet 46 and commonly referred to as a monoblock structure having generally the same vertical thickness T (normally in the 1–2 millimeter range) as the illustrated individual key support and guide structures 110.

As can be readily seen, using this conventional construction the overall height of the keyboard assembly 12 would be substantially equal to the sum of the vertical thickness of

the signal pad structure 44, the vertical thickness T, and the key stroke distance D. However, due to the ability in the present invention to move the bottom side edge peripheries 78a of the key caps 40 downwardly past the top sides of the key support and guide structures 110, and into close adjacency with the top side 46a of the dome sheet 46, the top sides of the key cap members 40 may be vertically positioned a distance T closer to the top side 46a of the dome sheet 46, thereby advantageously reducing the overall vertical thickness of the keyboard assembly 12 by the same distance T while maintaining the same keystroke distance D.

This height savings of one or more millimeters across the entire horizontal extent of the keyboard may be advantageously used to accommodate more computer circuitry or, alternatively, to permit the reduction by a distance T of the vertical thickness of the computer base housing.

The foregoing detailed description is to be clearly understood as being given by way of illustration and example only, the spirit and scope of the present invention being limited solely by the appended claims.

What is claimed is:

1. Computer keyboard apparatus comprising:

a key pad structure having top and bottom sides;

a series of key cap members positioned above said top side of said key pad structure and mutually spaced apart from one another in a direction parallel to said top side, each of said key cap members having a bottom side edge periphery facing said top side of said key pad structure, and an upwardly dished interior portion bounded by said bottom side edge periphery;

a spaced apart series of individual key support and guide members supported on said top side of said key pad structure in an aligned, underlying relationship with said series of key cap members, each of said key support and guide members having a base wall with a top side and further having a side edge periphery spaced inwardly of the bottom side edge periphery of its associated key cap member in a direction parallel to said top side of said key pad structure, said side edge peripheries of said individual key support and guide members being spaced apart along, circumscribed by, and extending downwardly to top side areas of said key pad structure positioned lower than said top sides of said base walls of said individual key support and guide members;

linking means for securing each of said key cap members to its underlying key support and guide member for movement relative thereto, through a key stroke distance, between an upwardly extended position in which the key cap member is spaced upwardly apart from said top side of said key pad structure, and a downwardly retracted position in which the underlying key support and guide member is upwardly received in the interior of the key cap member with the bottom side edge periphery of the key cap member being adjacent its underlying top side area of said key pad structure and disposed lower than the top side of the base wall of the underlying key support and guide member; and

biasing means for resiliently biasing each of said key cap members toward said upwardly extended position thereof.

2. The computer keyboard apparatus of claim 1 wherein:

said key pad structure is a multilayer key pad structure having top and bottom layers, and

said biasing means include a spaced series of resilient key return members aligned with and underlying said key cap members, and projecting upwardly from said top layer.

5,625,532

7

3. The computer keyboard apparatus of claim 2 wherein:

said key support and guide members have central openings therein, and

said resilient key return members are elastomeric dome members projecting upwardly through said central openings.

4. The computer keyboard apparatus of claim 1 wherein:

said linking means include scissored linkage assemblies operatively interconnected between said key cap members and said key support and guide members.

5. The computer keyboard apparatus of claim 1 wherein:

said key support and guide members are supported on said key pad structure by cooperatively engaged locking means on said key support and guide members and said key pad structure.

6. Computer keyboard apparatus comprising:

a key pad structure having top and bottom sides;

a series of key cap members positioned above said top side said key pad structure and mutually spaced apart from one another in a direction parallel to said top side, each of said key cap members having a bottom side edge periphery facing said top side of said key pad structure, and an upwardly dished interior portion bounded by said bottom side edge periphery;

a spaced apart series of key support and guide members supported on said top side of said key pad structure in an aligned, underlying relationship with said series of key cap members, each of said key support and guide members having a top side and further having a side edge periphery spaced inwardly of the bottom side edge periphery of its associated key cap member in a direction parallel to said top side of said key pad structure;

linking means for securing each of said key cap members to its underlying key support and guide member for movement relative thereto, through a key stroke distance, between an upwardly extended position in which the key cap member is spaced upwardly apart from said top side of said key pad structure, and a downwardly retracted position in which the underlying key support and guide member is upwardly received in the interior of the key cap member with the bottom side edge periphery of the key cap member being adjacent said top side of said key pad structure; and

biasing means for resiliently biasing each of said key cap members toward said upwardly extended position thereof,

said key support and guide members being supported on said key pad structure by cooperatively engaged locking means on said key support and guide members and said key pad structure,

said key pad structure being a multilayer structure having a top layer and a bottom layer, and a spaced series of holes extending downwardly through said top layer to said bottom layer, and

said cooperatively engaged locking means including a spaced plurality of post members depending from said key support and guide members, extending downwardly through said holes, and being lockingly received in portions of said bottom layer.

7. The computer keyboard apparatus of claim 6 wherein:

said bottom layer is a metal base plate member having upturned flange portions, and

said post members have enlarged lower end portions snap-fitted into pairs of said upturned flange portions.

8

8. Computer keyboard apparatus comprising:

a multilayer key pad structure having top and bottom layers;

a series of key cap members positioned above said top layer of said key pad structure and mutually spaced apart from one another in a direction parallel to said top layer, each of said key cap members having a bottom side edge periphery facing said top side of said key pad structure, and an upwardly dished interior portion bounded by said bottom side edge periphery;

a spaced apart series of individual key support and guide members supported on said top side of said key pad structure in an aligned, underlying relationship with said series of key cap members, each of said key support and guide members having a base wall with a top side, a side edge periphery spaced inwardly of the bottom side edge periphery of its associated key cap member in a direction parallel to said top layer of said key pad structure, and a central opening extending therethrough transversely to said top layer, said side edge peripheries of said individual key support and guide members being spaced apart along, circumscribed by, and extending downwardly to top side areas of said key pad structure positioned lower than said top sides of said base walls of said individual key support and guide members;

a series of scissored linkage assemblies securing each of said key cap members to its underlying key support and guide member for movement relative thereto, through a key stroke distance, between an upwardly extended position in which the key cap member is spaced upwardly apart from said top layer of said key pad structure, and a downwardly retracted position in which the underlying key support and guide member is upwardly received in the interior of the key cap member with the bottom side edge periphery of the key cap member being adjacent its underlying top side area of said key pad structure and positioned lower than the top side of the base wall of the underlying key support and guide member; and

a spaced series of resilient key return members secured to said top layer of said key pad structure, extending upwardly through said central openings in said key support and guide members, and upwardly engaging said scissored linkage assemblies in a manner resiliently biasing said key cap members toward said upwardly extended positions thereof.

9. Computer keyboard apparatus comprising:

a multilayer key pad structure having top and bottom layers;

a series of key cap members positioned above said top layer of said key pad structure and mutually spaced apart from one another in a direction parallel to said top layer, each of said key cap members having a bottom side edge periphery facing said top side of said key pad structure, and an upwardly dished interior portion bounded by said bottom side edge periphery;

a spaced apart series of key support and guide members supported on said top side of said key pad structure in an aligned, underlying relationship with said series of key cap members, each of said key support and guide members having a top side, a side edge periphery spaced inwardly of the bottom side edge periphery of its associated key cap member in a direction parallel to said top layer of said key pad structure, and a central opening extending therethrough transversely to said top layer;

5,625,532

7

3. The computer keyboard apparatus of claim 2 wherein:

said key support and guide members have central openings therein, and

said resilient key return members are elastomeric dome members projecting upwardly through said central openings.

4. The computer keyboard apparatus of claim 1 wherein:

said linking means include scissored linkage assemblies operatively interconnected between said key cap members and said key support and guide members.

5. The computer keyboard apparatus of claim 1 wherein:

said key support and guide members are supported on said key pad structure by cooperatively engaged locking means on said key support and guide members and said key pad structure.

6. Computer keyboard apparatus comprising:

a key pad structure having top and bottom sides;

a series of key cap members positioned above said top side said key pad structure and mutually spaced apart from one another in a direction parallel to said top side, each of said key cap members having a bottom side edge periphery facing said top side of said key pad structure, and an upwardly dished interior portion bounded by said bottom side edge periphery;

a spaced apart series of key support and guide members supported on said top side of said key pad structure in an aligned, underlying relationship with said series of key cap members, each of said key support and guide members having a top side and further having a side edge periphery spaced inwardly of the bottom side edge periphery of its associated key cap member in a direction parallel to said top side of said key pad structure;

linking means for securing each of said key cap members to its underlying key support and guide member for movement relative thereto, through a key stroke distance, between an upwardly extended position in which the key cap member is spaced upwardly apart from said top side of said key pad structure, and a downwardly retracted position in which the underlying key support and guide member is upwardly received in the interior of the key cap member with the bottom side edge periphery of the key cap member being adjacent said top side of said key pad structure; and

biasing means for resiliently biasing each of said key cap members toward said upwardly extended position thereof,

said key support and guide members being supported on said key pad structure by cooperatively engaged locking means on said key support and guide members and said key pad structure,

said key pad structure being a multilayer structure having a top layer and a bottom layer, and a spaced series of holes extending downwardly through said top layer to said bottom layer, and

said cooperatively engaged locking means including a spaced plurality of post members depending from said key support and guide members, extending downwardly through said holes, and being lockingly received in portions of said bottom layer.

7. The computer keyboard apparatus of claim 6 wherein:

said bottom layer is a metal base plate member having upturned flange portions, and

said post members have enlarged lower end portions snap-fitted into pairs of said upturned flange portions.

8

8. Computer keyboard apparatus comprising:

a multilayer key pad structure having top and bottom layers;

a series of key cap members positioned above said top layer of said key pad structure and mutually spaced apart from one another in a direction parallel to said top layer, each of said key cap members having a bottom side edge periphery facing said top side of said key pad structure, and an upwardly dished interior portion bounded by said bottom side edge periphery;

a spaced apart series of individual key support and guide members supported on said top side of said key pad structure in an aligned, underlying relationship with said series of key cap members, each of said key support and guide members having a base wall with a top side, a side edge periphery spaced inwardly of the bottom side edge periphery of its associated key cap member in a direction parallel to said top layer of said key pad structure, and a central opening extending therethrough transversely to said top layer, said side edge peripheries of said individual key support and guide members being spaced apart along, circumscribed by, and extending downwardly to top side areas of said key pad structure positioned lower than said top sides of said base walls of said individual key support and guide members;

a series of scissored linkage assemblies securing each of said key cap members to its underlying key support and guide member for movement relative thereto, through a key stroke distance, between an upwardly extended position in which the key cap member is spaced upwardly apart from said top layer of said key pad structure, and a downwardly retracted position in which the underlying key support and guide member is upwardly received in the interior of the key cap member with the bottom side edge periphery of the key cap member being adjacent its underlying top side area of said key pad structure and positioned lower than the top side of the base wall of the underlying key support and guide member; and

a spaced series of resilient key return members secured to said top layer of said key pad structure, extending upwardly through said central openings in said key support and guide members, and upwardly engaging said scissored linkage assemblies in a manner resiliently biasing said key cap members toward said upwardly extended positions thereof.

9. Computer keyboard apparatus comprising:

a multilayer key pad structure having top and bottom layers;

a series of key cap members positioned above said top layer of said key pad structure and mutually spaced apart from one another in a direction parallel to said top layer, each of said key cap members having a bottom side edge periphery facing said top side of said key pad structure, and an upwardly dished interior portion bounded by said bottom side edge periphery;

a spaced apart series of key support and guide members supported on said top side of said key pad structure in an aligned, underlying relationship with said series of key cap members, each of said key support and guide members having a top side, a side edge periphery spaced inwardly of the bottom side edge periphery of its associated key cap member in a direction parallel to said top layer of said key pad structure, and a central opening extending therethrough transversely to said top layer;

5,625,532

9

a series of scissored linkage assemblies securing each of said key cap members to its underlying key support and guide member for movement relative thereto, through a key stroke distance, between an upwardly extended position in which the key cap member is spaced upwardly apart from said top layer of said key pad structure, and a downwardly retracted position in which the underlying key support and guide member is upwardly received in the interior of the key cap member with the bottom side edge periphery of the key cap member being adjacent said top side of said key pad structure; and

a spaced series of resilient key return members secured to said top layer of said key pad structure, extending upwardly through said central openings in said key support and guide members, and upwardly engaging said scissored linkage assemblies in a manner resiliently biasing said key cap members toward said upwardly extended positions thereof,

said key pad structure having a spaced series of holes disposed therein and extending downwardly through said top layer to said bottom layer, and

said key support and guide members being supported on said key pad structure by cooperatively engaged locking means on said key support and guide members and said key pad structure, said cooperatively engaged locking means including a spaced plurality of post members depending from said key support and guide members, extending downwardly through said holes, and being lockingly received in portions of said bottom layer.

10. The computer keyboard apparatus of claim 9 wherein:

said bottom layer is a metal base plate member having upturned flange portions, and

said post members have enlarged lower end portions snap-fitted into pairs of said upturned flange portions.

11. A portable computer comprising:

a base housing having a top side;

a lid housing portion secured to said base housing portion for pivotal movement relative thereto between a closed position in which said lid housing portion extends across and covers said top side, and an open position in which said lid housing portion uncovers and exposes said top side; and

reduced height keyboard apparatus disposed along said top side and including:

a key pad structure having top and bottom sides;

a series of key cap members positioned above said top side of said key pad structure and mutually spaced apart from one another in a direction parallel to said top side, each of said key cap members having a bottom side edge periphery facing said top side of said key pad structure, and an upwardly dished interior portion bounded by said bottom side edge periphery;

a spaced apart series of individual key support and guide members supported on said top side of said key pad structure in an aligned, underlying relationship with said series of key cap members, each of said key support and guide members having a base wall with a top side and further having a side edge periphery spaced inwardly of the bottom side edge periphery of its associated key cap member in a direction parallel to said top side of said key pad structure, said side edge peripheries of said individual key support and guide members being spaced apart along, circumscribed by, and extending downwardly to top side areas of said key

10

pad structure positioned lower than said top sides of said base walls of said individual key support and guide members;

linking means for securing each of said key cap members to its underlying key support and guide member for movement relative thereto, through a key stroke distance, between an upwardly extended position in which the key cap member is spaced upwardly apart from said top side of said key pad structure, and a downwardly retracted position in which the underlying key support and guide member is upwardly received in the interior of the key cap member with the bottom side edge periphery of the key cap member being adjacent its underlying top side area of said key pad structure and disposed lower than the top side of the base wall of the underlying key support and guide member; and

biasing means for resiliently biasing each of said key cap members toward said upwardly extended position thereof.

12. The portable computer of claim 11 wherein said portable computer is a notebook computer.

13. The portable computer of claim 11 wherein:

said key pad structure is a multilayer key pad structure having top and bottom layers, and

said biasing means include a spaced series of resilient key return members aligned with and underlying said key cap members, and projecting upwardly from said top layer.

14. The portable computer of claim 13 wherein:

said key support and guide members have central openings therein, and

said resilient key return members are elastomeric dome members projecting upwardly through said central openings.

15. The portable computer of claim 11 wherein:

said linking means include scissored linkage assemblies operatively interconnected between said key cap members and said key support and guide members.

16. The portable computer of claim 11 wherein:

said key support and guide members are supported on said key pad structure by cooperatively engaged locking means on said key support and guide members and said key pad structure.

17. A portable computer comprising:

a base housing having a top side;

a lid housing portion secured to said base housing portion for pivotal movement relative thereto between a closed position in which said lid housing portion extends across and covers said top side, and an open position in which said lid housing portion uncovers and exposes said top side; and

reduced height keyboard apparatus disposed along said top side and including:

a key pad structure having top and bottom sides;

a series of key cap members positioned above said top side of said key pad structure and mutually spaced apart from one another in a direction parallel to said top side, each of said key cap members having a bottom side edge periphery facing said top side of said key pad structure, and an upwardly dished interior portion bounded by said bottom side edge periphery;

a spaced apart series of key support and guide members supported on said top side or said keypad structure in an aligned, underlying relationship with said series of key cap members, each of said key support and guide

5,625,532

9     10

a series of scissored linkage assemblies securing each of said key cap members to its underlying key support and guide member for movement relative thereto, through a key stroke distance, between an upwardly extended position in which the key cap member is spaced upwardly apart from said top layer of said key pad structure, and a downwardly retracted position in which the underlying key support and guide member is upwardly received in the interior of the key cap member with the bottom side edge periphery of the key cap member being adjacent said top side of said key pad structure; and

a spaced series of resilient key return members secured to said top layer of said key pad structure, extending upwardly through said central openings in said key support and guide members, and upwardly engaging said scissored linkage assemblies in a manner resiliently biasing said key cap members toward said upwardly extended positions thereof.

said key pad structure having a spaced series of holes disposed therein and extending downwardly through said top layer to said bottom layer, and

said key support and guide members being supported on said key pad structure by cooperatively engaged locking means on said key support and guide members and said key pad structure, said cooperatively engaged locking means including a spaced plurality of post members depending from said key support and guide members, extending downwardly through said holes, and being lockingly received in portions of said bottom layer.

10. The computer keyboard apparatus of claim 9 wherein:

said bottom layer is a metal base plate member having upturned flange portions, and

said post members have enlarged lower end portions snap-fitted into pairs of said upturned flange portions.

11. A portable computer comprising:

a base housing having a top side;

a lid housing portion secured to said base housing portion for pivotal movement relative thereto between a closed position in which said lid housing portion extends across and covers said top side, and an open position in which said lid housing portion uncovers and exposes said top side; and

reduced height keyboard apparatus disposed along said top side and including:

a key pad structure having top and bottom sides;

a series of key cap members positioned above said top side of said key pad structure and mutually spaced apart from one another in a direction parallel to said top side, each of said key cap members having a bottom side edge periphery facing said top side of said key pad structure, and an upwardly dished interior portion bounded by said bottom side edge periphery;

a spaced apart series of individual key support and guide members supported on said top side of said key pad structure in an aligned, underlying relationship with said series of key cap members, each of said key support and guide members having a base wall with a top side and further having a side edge periphery spaced inwardly of the bottom side edge periphery of its associated key cap member in a direction parallel to said top side of said key pad structure, said side edge peripheries of said individual key support and guide members being spaced apart along, circumscribed by, and extending downwardly to top side areas of said key

pad structure positioned lower than said top sides of said base walls of said individual key support and guide members;

linking means for securing each of said key cap members to its underlying key support and guide member for movement relative thereto, through a key stroke distance, between an upwardly extended position in which the key cap member is spaced upwardly apart from said top side of said key pad structure, and a downwardly retracted position in which the underlying key support and guide member is upwardly received in the interior of the key cap member with the bottom side edge periphery of the key cap member being adjacent its underlying top side area of said key pad structure and disposed lower than the top side of the base wall of the underlying key support and guide member; and

biasing means for resiliently biasing each of said key cap members toward said upwardly extended position thereof.

12. The portable computer of claim 11 wherein said portable computer is a notebook computer.

13. The portable computer of claim 11 wherein:

said key pad structure is a multilayer key pad structure having top and bottom layers, and

said biasing means include a spaced series of resilient key return members aligned with and underlying said key cap members, and projecting upwardly from said top layer.

14. The portable computer of claim 13 wherein:

said key support and guide members have central openings therein, and

said resilient key return members are elastomeric dome members projecting upwardly through said central openings.

15. The portable computer of claim 11 wherein:

said linking means include scissored linkage assemblies operatively interconnected between said key cap members and said key support and guide members.

16. The portable computer of claim 11 wherein:

said key support and guide members are supported on said key pad structure by cooperatively engaged locking means on said key support and guide members and said key pad structure.

17. A portable computer comprising:

a base housing having a top side;

a lid housing portion secured to said base housing portion for pivotal movement relative thereto between a closed position in which said lid housing portion extends across and covers said top side, and an open position in which said lid housing portion uncovers and exposes said top side; and

reduced height keyboard apparatus disposed along said top side and including:

a key pad structure having top and bottom sides;

a series of key cap members positioned above said top side of said key pad structure and mutually spaced apart from one another in a direction parallel to said top side, each of said key cap members having a bottom side edge periphery facing said top side of said key pad structure, and an upwardly dished interior portion bounded by said bottom side edge periphery;

a spaced apart series of key support and guide members supported on said top side or said keypad structure in an aligned, underlying relationship with said series of key cap members, each of said key support and guide

5,625,532

11

members having a top side and further having a side edge periphery spaced inwardly of the bottom side edge periphery of its associated keycap member in a direction parallel to said top side of said key pad structure; linking means for securing each of said key cap members to its underlying key support and guide member for movement relative thereto, through a key stroke distance, between an upwardly extended position in which the key cap member is spaced upwardly apart from said top side of said key pad structure, and a downwardly retracted position in which the underlying key support and guide member is upwardly received in the interior of the key cap member with the bottom side edge periphery of the key cap member being adjacent said top side of said key pad structure; and

biasing means for resiliently biasing each of said key cap members toward said upwardly extended position thereof,

said key support and guide members being supported on said key pad structure by cooperatively engaged

12

locking means on said key support and guide members and said key pad structure,

said key pad structure being a multilayer structure having a top layer and a bottom layer, and a spaced series of holes extending downwardly through said top layer to said bottom layer, and

said cooperatively engaged locking means including a spaced plurality of post members depending from said key support and guide members, extending downwardly through said holes, and being lockingly received in portions of said bottom layer.

18. The portable computer of claim 17 wherein:

said bottom layer is a metal base plate member having upturned flange portions, and

said post members have enlarged lower end portions snap-fitted into pairs of said upturned flange portions.

* * * * *

5,625,532

| 11 | 12 |
|---|---|

members having a top side and further having a side edge periphery spaced inwardly of the bottom side edge periphery of its associated keycap member in a direction parallel to said top side of said key pad structure;

linking means for securing each of said key cap members to its underlying key support and guide member for movement relative thereto, through a key stroke distance, between an upwardly extended position in which the key cap member is spaced upwardly apart from said top side of said key pad structure, and a downwardly retracted position in which the underlying key support and guide member is upwardly received in the interior of the key cap member with the bottom side edge periphery of the key cap member being adjacent said top side of said key pad structure; and

biasing means for resiliently biasing each of said key cap members toward said upwardly extended position thereof.

said key support and guide members being supported on said key pad structure by cooperatively engaged locking means on said key support and guide members and said key pad structure,

said key pad structure being a multilayer structure having a top layer and a bottom layer, and a spaced series of holes extending downwardly through said top layer to said bottom layer, and

said cooperatively engaged locking means including a spaced plurality of post members depending from said key support and guide members, extending downwardly through said holes, and being lockingly received in portions of said bottom layer.

18. The portable computer of claim 17 wherein:

said bottom layer is a metal base plate member having upturned flange portions, and

said post members have enlarged lower end portions snap-fitted into pairs of said upturned flange portions.

*   *   *   *   *

C

EXHIBIT C

US005586304A

# United States Patent [19]

## Stupek, Jr. et al.

[11] **Patent Number:** 5,586,304

[45] **Date of Patent:** Dec. 17, 1996

[54] AUTOMATIC COMPUTER UPGRADING

[75] Inventors: **Richard A. Stupek, Jr.**, Houston; **David S. Shaffer**; **Curtis R. Jones**, both of Cypress; **Steve Davis**; **William D. Justice, Jr.**, both of Houston, all of Tex.

[73] Assignee: **Compaq Computer Corporation**, Houston, Tex.

[21] Appl. No.: **303,173**

[22] Filed: **Sep. 8, 1994**

[51] Int. Cl.$^6$ .................................................. G06F 7/02

[52] U.S. Cl. ................................. 395/712; 395/617

[58] Field of Search ................................ 395/500, 600, 395/700, 575; 340/825.22

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,155,837 | 10/1992 | Liu et al. | 395/500 |
| 5,155,847 | 10/1992 | Kironac et al. | 395/600 |
| 5,210,854 | 5/1993 | Beaverton et al. | 395/500 |
| 5,367,686 | 11/1994 | Fisher et al. | 395/700 |
| 5,418,524 | 5/1995 | Fennell | 340/825.22 |
| 5,421,006 | 5/1995 | Jablon et al. | 395/575 |
| 5,423,023 | 6/1995 | Batch et al. | 395/500 |
| 5,450,589 | 9/1995 | Maebayashi et al. | 395/700 |
| 5,485,601 | 1/1996 | Ching | 395/500 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO-A- 9102313 | 2/1991 | WIPO . |

### OTHER PUBLICATIONS

"NetWare in Practice: The Glue for Heterogenous Systems Development", by Robert Campbell, IEE Colloq. No. 190: Industrial LANs for Management, 1992.

"NetWare Dynamic Data Exchange", by D. Carstoiu et al.,IEEE, Mediterranean Electrotechnical Conference, Jun./ 1994, pp. 284–287.

"Novell NetWare Multimedia Communication System using Microsoft Windows", by E. Chung et al., IEEE System Theory, 1995 Southeastern Symposium, pp. 397–401.

Manual entitled "Novell®, Netware Management Systems™: Managing Netware Servers", Mar. 18, 1993, Section 2–6.

Manual entitled "NetWare Management", The Frye Utilities for Networks, p. 45 (1994).

Article entitled "Network–Management Utilities," PC Week, Oct. 4, 1993, pp. N/39–N/44.

European Search Report dated Jan. 29, 1996.

Salvatore Salamone, "Electronic Software Distribution: Diamond in the Rough", Data Communications, vol. 22 No. 4, Mar. 1993, New York, US.

IBM Technical Disclosure Bulletin vol. 35, No. 5, Oct. 1992, "Packaging and Required Type Updates".

*Primary Examiner*—Kevin J. Teska
*Assistant Examiner*—Russell W. Frejd
*Attorney, Agent, or Firm*—Fish & Richardson PC

[57] **ABSTRACT**

A method for use in upgrading a resource of a computer from an existing version of the resource to a later version of the resource. The method includes the steps of (a) digitally storing upgrade information which identifies the later version and describes features of the later version relative to one or more earlier versions of the resource, (b) digitally storing in the computer information identifying the existing version, by computer, automatically determining which of the earlier versions is the existing version, and (c) based on the results of the comparing step, automatically determining, or displaying to a user at least some of the upgrade information to aid the user in determining, whether to perform an upgrade. The upgrade information may be stored on a portable medium along with copies of the resources and the upgrade information may include instructions, in accordance with a predefined common syntax, for installing each of the resources.

**97 Claims, 15 Drawing Sheets**





FIG.1



# FIG. 2



FIG. 3



MIB 5

DRIVER TABLE 32

| DRIVER NAME READ/WRITE | VERSION | DATE | LOCATION |
|---|---|---|---|
| | 2.1 READ ONLY | 02/04/94 2:01AM READ ONLY | G:\WINTNT READ/WRITE |

JOB STATUS TABLE 34

| JOB NAME | SEND STATUS | EXECUTION TIME | EXECUTION STATUS |
|---|---|---|---|
| | PENDING SENDING COMPLETE ERROR | 01/01/95 12:00PM IMMEDIATE | PENDING RUNNING COMPLETE ERROR |

FIG. 4

PACKAGES.DB 25

| 25a | PACKAGE NUMBER | NUMBER | UNIQUE NUMBER FOR DATABASE |
|---|---|---|---|
| 25b | RECORD COUNTER | NUMBER | COUNT OF RECORDS FOR THIS PACKAGE |
| 25c | VERSION | ALPHANUMERIC(50) | VERSION STRING (e.g. 1.21) |
| 25d | DATE | DATE | DATE OF EXECUTABLE |
| 25e | PACKAGE NAME | ALPHANUMERIC(50) | NAME OF PACKAGE |
| 25f | PACKAGE PATH | ALPHANUMERIC(255) | PATH ON CD THAT CONTAINS THIS PACKAGE |
| 25g | PACKAGE SCRIPT | ALPHANUMERIC(255) | SCRIPT REQUIRED TO INSTALL THIS PACKAGE |
| 25h | CHILD DEPENDENCIES | NUMBER | OTHER PACKAGE LINK |
| 25i | PARENT DEPENDENCIES | NUMBER | OTHER PACKAGE LINK |
| 25j | SIBLING DEPENDENCIES | NUMBER | OTHER PACKAGE LINK |
| | SELECTABLE FOR UPGRADE | NUMBER | CAN THE USER SELECT THIS PACKAGE FOR UPGRADING |
| | VIEWABLE | NUMBER | IS THIS PACKAGE VIEWABLE BY THE USER |

**FIG. 5A**

**DESCRIP.DB** 27

| | | |
|---|---|---|
| 27a | PACKAGE NUMBER | NUMBER | CORRESPONDS TO NUMBER IN PACKAGE db |
| 27b | COUNT | NUMBER | COUNT OF RECORDS FOR THIS PACKAGE |
| 27c | VERSION | ALPHANUMERIC(50) | VERSION STRING (e.g. 1.21) |
| 27d | DATE | DATE FIELD | DATE OF EXECUTABLE |
| 27e | DESCRIPTION | ALPHANUMERIC(255) | DESCRIPTION OF CHANGE BETWEEN THIS VERSION AND PREVIOUS VERSION |
| 27f | TYPE | NUMBER | TYPE OF CHANGE (e.g., BUG FIX) |
| 27g | IMPORTANCE | NUMBER | HIGH, MEDIUM, LOW |

# FIG. 5B

HOWTO.DB ⌐ 29

| | | |
|---|---|---|
| 29a ⌐ PACKAGE NUMBER | NUMBER | CORRESPONDS TO NUMBER IN PACKAGE db |
| 29b ⌐ MIB ITEM COUNT | NUMBER | RECORD NUMBER FOR THIS PACKAGE |
| 29c ⌐ INTERNAL NUMBER | NUMBER | UNIQUE NUMBER FOR MIB ITEM AND COMPARISON SERVICE |
| 29d ⌐ MIBNAME(S) | ALPHANUMERIC | NAMES(S) OF MIB ITEMS REQUIRED BY THE COMPARISON SERVICE |
| 29e ⌐ COMPARISON SERVICE | ALPHANUMERIC(255) | NAME OF SERVICE THAT WILL DO THE COMPARISON |
| 29f ⌐ STRING DATA TO COMPARE | ALPHANUMERIC(255) | OPTIONAL DATA PASSED TO COMPARISON SERVICE |
| 29g ⌐ NUMERIC DATA TO COMPARE | NUMBER | OPTIONAL DATA PASSED TO COMPARISON SERVICE |
| 29h ⌐ COMPARISON TYPE | NUMBER | TYPE OF COMPARISON: 1 –CHECK TO SEE IF THIS PACKAGE IS INSTALLABLE ON THIS SERVER. 2 –CHECK TO SEE IF THIS IS AN UPGRADE FROM THE CURRENT VERSION |
| 29i ⌐ COMPARISON GROUP | NUMBER | GROUPING INFORMATION |

# FIG. 5C



FIG. 5D



FIG. 6



FIG. 7A

FROM FIG. 7A



DESCRIPTION QUERY OBJECT RETRIEVES PACKAGE
DESCRIPTION INFO FROM PACKAGE DATABASE ～234

INDIVIDUAL UPGRADE DESCRIPTIONS SENT TO
DESCRIPTION OBJECTS ～236

DESCRIPTIONS RELATING TO PACKAGE COLLECTED
IN PACKAGE OBJECT ～238

PACKAGE DATA SENT TO APPROPRIATE MIB OBJECT ～240

MIB AND UPGRADE DATA SENT TO APPROPRIATE
COMPARISON SERVICE ～244

MIB DATA AND UPGRADE DATA COMPARED ～246

COMPARISON RESULT SENT TO MIB CHECK OBJECT ～248

MIB CHECK OBJECT STORES COMPARISON RESULTS ～250

FIG. 7B



FIG. 8

U.S. Patent    Dec. 17, 1996    Sheet 13 of 15    5,586,304



FIG. 9



65

**Drive Array Driver**

Fixed in Version: 2.40-11/5/1993                2 of 8

Modified the Netware 3.12 Interrupt Service Procedure to resolve a condition that could cause the stack to overflow and the server to ABEND.

**Details**

The Netware 3.12 Interrupt Service Procedure was modified to prevent it from nesting too many times. The modifications resolve a condition that could cause the stack to overflow and the server to ABEND.

Close      Previous      Next      Help

FIG.10



FIG. 11

5,586,304

| 1 | 2 |

# AUTOMATIC COMPUTER UPGRADING

## BACKGROUND

This invention relates to automatic computer upgrading.

The user of a computer system (e.g., a stand-alone PC or a network) is usually concerned with maintaining maximum utility and efficiency of system resources while at the same time minimizing the cost, in time, money and frustration, of maintaining the system. System resources, e.g., system firmware, software applications, operating systems (OS), OS drivers and system partition utilities, are frequently upgraded by the manufacturer. Therefore, to effectively balance system utility with the costs of the system, the user frequently would have to perform a detailed analysis of the available upgrades and the effect those upgrades would have on the user's system.

During such an analysis, the user would have to compare the version number of each system resource to that of its upgrade to determine whether or not an upgrade is available. When an upgrade is available, the user would have to understand the differences between the system version of the resource and the corresponding upgrade, as well as how these differences would affect (i.e., improve or diminish) the capabilities of the computer system.

Even when the user is able to determine with accuracy the benefits of an upgrade to the system, the user is almost never able to determine how an upgrade will impact a resource that is not upgraded. It is not uncommon for an upgrade to reduce the ability of a resource to properly function with another resource. In addition, upgrades often exist solely to repair hidden bugs which may not have surfaced on the user's system, a situation in which the user almost always ignores the upgrade until the bug is encountered, usually resulting in lost information.

Many resource manufacturers address some of these problems by making certain aspects of the upgrade determination easier for the user. The NetWare Management System by Novell inspects network loadable modules (NLMs) on a network server to determine the current version of the NLM, its most recent revision level, and the revision date. Thus, NMS not only tells the user which resources are currently on the system, but also provides information that allows the user to easily determine whether or not upgrades are available. Likewise, the Frye Utilities NetWare Management program provides the titles and version numbers of NLMs on the server. Manufacturers also usually provide descriptions of the changes made from one version of a resource to the next. Nevertheless, despite the availability of this type of information, the user, in general, either never upgrades or upgrades whether it is needed or not.

## SUMMARY

In general, in one aspect, the invention features a method for use in upgrading a resource of a computer from an existing version of the resource to a later version of the resource. The method includes the steps of (a) digitally storing upgrade information which identifies the later version and describes features of the later version relative to one or more earlier versions of the resource, (b) digitally storing in the computer information identifying the existing version, by computer, automatically determining which of the earlier versions is the existing version, and (c) based on the results of the comparing step, automatically determining, or displaying to a user at least some of the upgrade information to aid the user in determining, whether to perform an upgrade.

Implementations of the invention include the following features. The upgrade information may be stored on a portable medium, the later version of the resource may also be stored on the portable medium, and the upgrade information may identify the location of the resource on the portable medium. The portable medium may be a CD-ROM, and may contain stored later versions of multiple resources, and upgrade information with respect to each of the resources.

The upgrade information may be stored in the form of a database, and may include instructions for installation of the resource. The installation instructions may be expressed in accordance with a predefined common syntax. The resource may include a complete standalone software package, or less than all of a complete standalone software package.

The upgrade may be automatically performed on a network server, or on a network client. In the latter case the upgrade may be performed via the network, or by automatically storing the later versions and installation instructions on a portable storage medium for manual installation on the client.

The upgrade information may include information concerning reasons for the later version, and an indication of the type of change from a prior version to the later version (e.g., feature enhancement, performance enhancement, or bug fix). The upgrade information also may include an indication of the importance of the change from the prior version to the later version, and information identifying other resources that must be upgraded before the resource may be upgraded.

In general, in another aspect, the invention features supplying later versions of resources for upgrading existing versions, by storing copies of the resources and upgrade information which identifies the later versions, describes features of the later versions relative to one or more earlier versions of the resource, and provides instructions, in accordance with a predefined common syntax, for installing each of the resources. The copies of the resources and the upgrade information may be stored on a portable storage medium or within an on-line service.

Among the advantages of the invention are the following. The invention automatically determines the availability of upgrades to resources on a computer system. The invention may also determine the importance of each of the upgrades. In addition, information regarding dependencies between upgrades is provided. As a result, the user can, with little effort, make an educated determination of which resources should and should not be upgraded at a particular time. Resources to be upgraded may be selected automatically, and the upgrades may be made automatically in a network environment or manually using automatically generated upgrade diskettes.

Other advantages and features will become apparent from the following description and from the claims.

## DESCRIPTION

FIG. 1 is a functional block diagram of a network server and a server manager, including an automatic upgrade device.

FIG. 2 is a functional block diagram of a server and a server manager during an automatic upgrade.

FIG. 3 is a flow diagram for automatically updating resources on a network server.

FIG. 4 is a diagram of components of a management information base.

3

FIGS. 5A–5C are templates for records in an upgrade database.

FIG. 5D is a functional block diagram of components of an upgrade database.

FIG. 6 is a functional block diagram of an upgrade advisor.

FIGS. 7A–7B and 8 are flow diagrams for upgrade advising.

FIGS. 9 and 10 are screen shots of a graphical user interface for an upgrade advisor.

FIG. 11 is a functional block diagram of components of a client of the network server.

Referring to FIG. 1, a network server 1 provides network resources 3 to a network of client computers (not shown). Network resources include firmware, software applications, operating systems (OS), OS drivers and hardware drivers. A management information base (MIB) 5 within the server 1 maintains basic descriptive information about each of the resources 3 available on the server 1. Included in the MIB 5 are the name and version number of each piece of software, its location in the server, and the date and time of its release. The information in the MIB 5 ensures that the server 1 always has a current record of the resources 3 it provides to the network.

Upgrades 7 to the network resources 3 are provided to a server manager 2 by a distribution medium (not shown), such as a CD-ROM. The upgrades 7 may also be provided by an on-line service (not shown), such as a bulletin board service administered by a manufacturer of network resources. The basic units of the upgrades 7 are upgrade objects 8, each of which corresponds to an individually upgradable network resource 3. The upgrade objects are grouped into upgrade packages 6 which correspond to resource 3 groupings on the server. A package 6 may contain any number of upgrade objects 8 (i.e., may upgrade any number of individual network resources 3), including only a single object 8.

In addition to the resource upgrades 7, the CD-ROM contains an upgrade database 9, which stores information about each of the upgrade packages 6 (e.g., name and location of the package on the CD-ROM, description of the upgrades, and instructions for installation of the package to the server), and the individual upgrade objects 8 within each package 6. If the upgrades 7 are provided by an on-line service, the upgrade database 9 will also be provided by the service.

The server manager 2 oversees the network resources 3 stored on the server 1. An upgrade device 10 in the server manager 2 is responsible for automatically analyzing and executing the resource upgrades 7 available to the server 1. When the upgrades 7 become available to the network (e.g., by inserting the CD-ROM into the server manager drive, or by logging into the on-line service), an upgrade advisor 11 in the upgrade device 10 automatically analyzes each network resource 3 currently on the server 1 to determine the availability and necessity of the corresponding upgrade 7. When the analysis is complete, the upgrade advisor 11 presents a report and/or graphical display to the user. This output is in the form of upgrade recommendations, each supported by an explanation of the reasons for the upgrade. The results may also be used to create upgrade diskettes.

To determine which upgrades 7 should be installed to the server, the upgrade advisor 11 retrieves information about the MIB 5 from a server database 13 located in the server manager. The server database 13 tells the upgrade advisor 11

4

the location of each piece of information contained in the MIB. The upgrade advisor 11 supplies the location information to a data retriever 15, which uses it to retrieve from the MIB 5 data (MIB data) about the network resources 3. The upgrade advisor 11 then retrieves upgrade information from the upgrade database 9 and performs two types of comparisons: a) whether or not a particular upgrade package corresponds to a resource on the server, and b) whether or not the version number of the upgrade package matches the version number of the corresponding network resource (i.e., whether or not the upgrade package represents a true upgrade for the existing network resource). If the upgrade applies to a resource on the server and if the upgraded and current versions of the network resource do not match, the upgrade advisor 11 uses additional information from the upgrade database 9 to analyze the level of severity of the upgrade, i.e., to determine the importance of the upgrade to the efficient operation of the server. The upgrade advisor is described in more detail below.

Referring also to FIGS. 2 through 4, the upgrade database may also contain information about a resource (e.g., a driver) which is not recognized by the server manager. In this situation, the upgrade advisor places information about the resource (e.g., name, version number) into a driver table 32 in the MIB 5. An agent 21 of the server manager located in the server uses this information to search for the resource (i.e., to see if the resource has been installed on the network). If so, the server manager creates entries for the resource in the server database.

When the upgrade advisor 11 and/or the user have selected 100 the network resources 3 that need to be upgraded, an upgrade installer 17 oversees the automatic installation of the packages to the server. At the outset, the appropriate upgrade packages 7 are retrieved 102 from the distribution medium (or the on-line service) and supplied 106 to a server upgrader 22 located in the upgrade installer 17. Installation instructions 20 are retrieved 104 from the database 9 and are supplied 106 to the server upgrader 22. The instructions are coded in a unique package scripting language (PSL), which can be read and executed at the time of installation. Rules of syntax for a preferred PSL are listed in the table below.

---

A Package Script Language (PSL) is defined that should make it easier for package owners to develop installation scripts for their products.
Commands

The installer will look for a .PSL file and begin executing it. PSL commands are:
MKDIR [/err] \<directory\>
COPY [/u][/err] \<source\> \<destination\>
DELETE [/err] \<source\>
RUN__[os] [/err] \<executable\> [...parameter list...]
Where,
/n - add the opposite of this command (or copy \<destination\> \<source\>) to the UNDO.PSL file (see below)
/err - on error, stop script processing and report a package failed status (run undo.psl and report failed in job status table).)
\<source\> - source file to copy - can be any number of specifications:
    d:\\directory\\\<filename\>
    \\server\share\\directory\\\<filename\>
    SYSPART:[\directory\]\<filename\>
\<destination\> - destination for file - see specs for \<o\>
os - defined as NT (WinNT), 02 (OS/2), SC

5,586,304

| 5 | 6 |

-continued

(SCO UNIX), UW (UnixWare), and NW (NetWare).
For COPY, any file attributes will be
preserved but ignored (i.e., copying over a
ReadOnly doesn't cause an error).

Section Headings

Each PSL is broken into sections designated by a
section heading. There are four special section
heading names that the script processor will look
to execute. The headings are executed in this
order: Main, EISA ID, OS, and User Defined.
[Main] - section is run on all machines
[EISA:eisaID] - section is executed if board with
ID specified is installed. EISA ID is specified:
CPQXXXX where X can be an alphanumeric character
or "?" to match any alphanumeric in that position.
[WinNT | NetWare | UNIX | OS/2] - section should
be run on machine if specified OS is running.
[<user defined>] - a user defined section. It
must be immediately followed by:
DISCOVER_[os] = <executable> - executable should
return 1 for execute remainder of section, or 0
for skip section. OS is defined as NT (WinNT), O2
(OS/2), SC (SCO UNIX), UW (UnixWare), and NW
(NetWare).
[UNDO_BEG] - this section defines the <undo> .PSL
file. The presence of this section causes the
interpreter to create an <undo> .PSL file based on
the naming. The [undo] section contains:
    filename=<undo>.psl - or the name of the undo
        file to be created,
    <any other text> - this text is added to the
        undo file untouched.
[UNDO_BEG] - the end of the undo section.

In the server upgrader 22, several upgrade packages 7 and
the corresponding installation instructions 20 are grouped
108 into a "job" 18. Within each job 18, the installation
instructions for every package are included in a control file
18a. The control file also includes a pre-appointed time at 35
which the installation of the packages in the job should be
carried out.

When the job 18 is ready to be installed to the target
server, the server upgrader 22 connects 109 with the server
through a login service 24 and then sends 110 the job 18, 40
including the control file 18a, to a staging area 19. The
staging area 19 may be in the target server, in the server
manager, or anywhere else in the network capable of han-
dling the deposit and retrieval of upgrade files. Within the
staging area 19, each package is placed into a corresponding 45
package directory 71, and the control file is stored sepa-
rately. The server manager then notifies 112 the agent 21 that
a job has been sent to the staging area 19. When the
pre-appointed time arrives 114, the agent 21 executes 116
the instructions in the control file, thereby installing the 50
packages from the package directories 71 to the target
network resources 3. The agent then deletes 117 the control
file from the staging area 19.

Before the packages are installed to the targets, the agent
21 may store 115 the older revision levels of the resources 55
on a local hard disk 23. As a result, the user always has
access to previous versions of the resources. Maintaining old
versions of upgraded resources allows the user to downgrade
the resource, if needed, in the future.

After the installation is complete, job status data 73 is 60
generated 118 and temporarily stored 120 in a results
directory 75 in the staging area 19. The agent 21 retrieves the
job status data 73 from the results directory 75 and places
122 it into a job status table 34 in the MIB 5. A results
manager 26 in the upgrade installer monitors the MIB 5 for 65
the job status data 73 and retrieves 124 the data as soon as
it appears. The results manager 26 then sends 125 the data

to a history manager 28, which tracks the history of upgrades
on the server. The history manager 28 is responsible for
providing 126 the history information to the user (or to
storage). The server upgrader 22 then cleans 128 the staging
area of any extraneous information. Because a single copy
of a package may be used to upgrade a resource on multiple
servers (using multiple control files), the packages are left
130 in the staging area 19 by the server upgrader.

Referring to FIGS. 5A through 5C, the upgrade database
actually consists of three databases: a "Package" database
25, a "Description" database 27, and a "How_To" database
29. The Package database 25 contains the information which
associates upgrade objects with each package, as well as the
information needed to retrieve a package from the distribu-
tion medium (CD-ROM) and properly install the package to
the server. For each upgrade package, the database maintains
a unique package number 25a and a count 25b of the number
of database records (i.e., upgrade objects) associated with
the package. In addition, the version number 25c and the
upgrade date 25d of the package are maintained. The Pack-
age database also maintains the name 25e of the package and
the location 25f of the package on the CD-ROM (i.e., CD
drive and directory name). To enable automatic installation
of the package, the database contains the upgrade script 25g
(the installation instructions for the package). The database
also contains information regarding the dependencies
between the package and other upgrade objects or packages:
child dependencies 25h are the upgrade objects associated
with a package; sibling dependencies 25j are the packages
upon which a package depends; and parent dependencies 25i
are the packages or upgrade objects which together consti-
tute a larger package. Finally, the database indicates whether
or not the package can be selected by the user for upgrade
and whether or not the package can be displayed to the user
through a user interface.

While each upgrade distribution medium will commonly
contain all upgrade packages upon which a particular
upgrade depends, it is also likely that upgrades to a package
will depend upon upgraded packages not stored on the
distribution medium. For example, the printing capabilities
of an upgraded word processor created by one vendor may
depend upon an upgrade to a printer driver produced by
another vendor. While it is unlikely that the word processor
upgrade and the driver upgrade will be distributed on the
same CD, the user should still be informed of the depen-
dency. Therefore, the dependency information in the Pack-
age database 25 describes not only the dependencies
between packages on the CD, but also all dependencies
between an upgrade package and any upgrade not available
on the CD. Even though the unavailable upgrades cannot be
automatically installed with the available upgrades, the user
is nonetheless aware of their necessity.

The Description database 27 stores information that
describes each upgrade found in a package. Included in this
information are the package number 27a and record count
27b, as well as the version number 27c and date 27d of the
upgrade. A description 27e of the change between the
updated version and the previous version of the upgrade
object is also provided. Because a server may contain any
previous version of a resource, the database must maintain
a description of the changes between each version. The
description 27e includes reasons why the upgrade is neces-
sary, drawing information from development release notes,
test reports and field service reports. The type 27f of upgrade
made to the object (e.g., feature enhancements, performance
enhancements or bug fixes) and the importance 27g of the
upgrade (e.g., high, medium or low) are also indicated in the
Description database.

5,586,304

7

The How_To database 29 supplies information which allows the upgrade advisor to compare the upgrade information to the MIB data (MIB items) from the server. As in the Package and Description databases, the package number 29a is maintained. Within the How_To database, each record represents an individual piece of MIB information corresponding to the particular package. Each record is identified by a record number 29b. A unique internal number 29c is assigned to allow the upgrade device to identify the MIB item and comparison service specified in the record. The database also maintains the name 29d of the MIB item maintained in the record, as well as the name 29e of the comparison service which will use the MIB item to perform the comparison.

The items to be compared may be string data 29f (e.g., the name of the package) or numeric data 29g, and the comparison service is selected accordingly. The comparison service is also selected according to the type 29h of comparison, i.e., a) whether the package applies to the server, or b) whether the upgraded version differs from the current version. The comparison group number 29i allows the upgrade advisor to group comparison results with related results.

Referring also to FIG. 5D, the first package 26a in the Package database 25 is linked to description records 28a, 28b, 28c in the Description database 27. In this case, the description records corresponding to the package 26a provide detail on earlier versions of the package, thus enabling the upgrade advisor to analyze the changes between each version. The package 26a is also linked to the comparison records 30a, 30b, 30c in the How [13] To database 29, each of which describes the MIB data required to compare the current version of the package to the upgrade. The second package 26b and subsequent packages in the Package database are likewise linked to the corresponding records in the Description and How_To databases.

Referring to FIGS. 6 through 10, when the user initiates 200 the upgrade advisor, a list box object 33 is created 202, and a Windows list box 51 is displayed to the user. The list box object 33 creates 204 a server view object 35 for each server in the network. When a server is selected 206 by the user, the corresponding server view object 35 places 208 the server name 53 into the list box 51. The server view object 35 then creates 210 package view objects 49 to handle package information during the comparison process.

A package query object 43 retrieves 211 package data from the Package database and uses the data to create a package object 45 for each package. The package object is responsible for collecting information about the corresponding package, including a description of the package, pointers to the MIB check objects 37 that apply to the package, and pointers to parent, child, and sibling packages. A MIB query object 38 retrieves MIB location information for each MIB item from the server database 13 and then uses the information to retrieve 212 MIB data and comparison service information from the server. Comparison service information identifies the appropriate service to handle the comparison of each piece of MIB data. The MIB query object then creates 213 MIB check objects 37 responsible for handling the comparisons between MIB data and upgrade data. A description query object 39 uses information from the Description database to create 214 a description object 41 for each upgrade object contained in a package.

When all of the objects are created, a MIB manager object 31 determines 215 which MIB items should be retrieved from the selected server. A request for the MIB data is sent

8

216 to the data retriever (15 in FIG. 1), which gathers 218 the requested information from the MIB in the selected server and forwards 220 the data to the list box object 33. As the MIB items are received by the upgrade advisor, the list box object 33 identifies 222 the server which sent the data and forwards 224 the data to the appropriate server view object 35, where the MIB items are queued 226. When all items have been received from the server, the server view object 35 sends 228 the MIB data to the MIB manager object 31. The MIB manager object then identifies 230 the appropriate MIB check object 37 to process each piece of MIB data and distributes 232 the data accordingly.

As the MIB data makes its way from the server to the MIB check object, the corresponding upgrade description information is retrieved 234 from the Description database by the description query object 39. Each upgrade description is then forwarded 236 to the corresponding description object 41. From the description objects 41, each package object 45 collects 238 the upgrade descriptions pertaining to the package. The package object 45 then sends 240 each piece of upgrade data to the appropriate MIB check object 37 for comparison to corresponding MIB data.

Once the MIB check objects 37 have received the appropriate MIB data and upgrade data, the data is sent 244 to the appropriate comparison service 47, according to the comparison information retrieved from the MIB. After the data is compared 246, the comparison service 47 returns 248 a comparison result to the MIB check object, where the result is stored 250.

In order to display or report upgrade advice to the user, the server view object 35 requests 300 package status information from the package view object 49. The package view object 49 in turn requests 302 the status information from the package object 45. Using pointers, the package object 45 determines 304 which MIB check objects 37 contain the comparison results for the corresponding package. The package object then retrieves 306 the results and combines 308 them to determine package status (i.e., whether or not the package applies to the server, and whether the package needs to be upgraded on the server). Once the status of the package is determined, the package status information is passed 310 to the package view object 49. If the status information indicates that the package applies 312 to the server, the package view object adds 314 the package 55 to the server 53 in the list box 51. The status information is then passed 316 to the server view object 35, where it is displayed 318 to the user in the list box 51.

The importance of an upgrade 57 (high, medium, low) is displayed to the user through color coded vidual objects 58 (e.g., red, yellow, green). The reasons 59 for the upgrade (i.e, upgrade description) are also displayed in the list box 51. When requested by the user (e.g., with a "Details" button 60), additional details about the upgrade are displayed 320 in a detail window 65. In addition to displaying the output of the upgrade advisor, a report may be generated 322 by the upgrade advisor. The upgrade advisor may also store 324 the status results.

Referring to FIG. 11, the upgrade advisor and installer may also be used to analyze the availability of upgrades and generate upgrade jobs for individual clients 80 connected to the server. In this situation, the client, like the server, contains a MIB 81 which maintains information about the resources 83 currently installed on the client. When the user invokes the upgrade advisor, the MIB data is retrieved from the MIB 81 and the comparisons are carried out as described above.

5,586,304

9                10

The client resources 83 may then be upgraded in two ways: automatically through the upgrade installer, or manually with upgrade diskettes 85 automatically created by the upgrade device. If automatic update is chosen, the upgrade installer builds the selected upgrade packages and installation instructions into a job (as discussed above), which is transferred into a staging area. An agent 87 in the client 80 is then notified that a job has been placed in the staging area, and the agent installs the packages in the job according to the installation instructions. Alternatively, the client may be programmed to search the staging area at specific times (e.g., start-up) for jobs it needs to install.

If manual update is chosen, the packages selected for upgrade are stored to a diskette 85, along with the corresponding installation instructions. When all of the packages have been placed onto the diskette, the user places the diskette into a disk drive (not shown) on the client, and the agent automatically installs the packages according to the installation instructions.

As an example of the operation of the upgrade advisor and upgrade installer, assume that the distribution medium contains an upgrade package called Novell Programs. Within the Novell Programs package is an upgrade object corresponding to each of the NetWare drivers installed to the target server. When the distribution medium is inserted into the drive, the upgrade advisor reads information about the Novell Programs package from the Package database. The upgrade advisor then retrieves from the Description database description information for the upgrade objects in the package. The records corresponding to each upgrade object are then read from the How_To database and compared to the description information.

As shown in the chart below, the first record for the Novell Programs package contains information about the operating system running on the server. The first entry in the record is the name ("cpqHoName") of the MIB data for the records. This entry causes the upgrade advisor to retrieve the name of the operating system that the server is running. The second entry informs the upgrade advisor that a "stringcompare" comparison service will be used to compare the upgrade and MIB data. The third and fourth entries pass the corresponding description information to the comparison service. For record number 1, the MIB data is compared to the string "NetWare". Since string data is to be compared, the "numeric data" entry is ignored. The last entry for the record informs the upgrade advisor that the type of comparison to be performed is a determination of whether or not the NetWare OS applies to the server, i.e., if the OS runs on the server.

The second record contains the information necessary to determine whether or not the netware "NPFC" software is available on the server. If so, the information in the third record enables a comparison of the version number of the upgrade with the version number on the server.

package is an upgrade which can be installed to the server and, second, to advise the user of the importance of the upgrade. Assuming that an upgrade to the Novell Programs package is both available and desired, the user selects the package as one to be upgraded. The upgrade installer is then invoked.

The upgrade installer retrieves the Novell Program's package from the distribution medium and the corresponding installation instructions from the How_To database. The package and instructions are then incorporated into a job, which includes a command to run the job at midnight. The job, including the Novell Programs package and the control file, is copied into the staging area and the agent on the target server is notified of its presence. When the agent looks at the job, it sees the command to run the job at midnight and waits until that time arrives. At midnight, the agent calls an install application to automatically install the Novell Programs package. When the installation is complete, the agent stores results information, including the name of the job and the time at which it was executed, into the job status table of the MIB. The upgrade installer then retrieves this information and provides it to the user.

Other embodiments of the invention are within the scope of the following claims.

What is claimed is:

1. A method for use in changing a resource of a computer from a first version of the resource to a second version of the resource, comprising:

    digitally storing replacement information that identifies the second version and describes features of the second version relative to one or more other versions of the resource,

    digitally storing information identifying the first version,

    by computer, automatically determining which of the other versions is the first version, and

    based on the results of the determining step, automatically determining the importance of replacing the first version with the second version.

2. The method of claim 1 wherein the replacement information is stored on a portable medium, the second version of the resource is also stored on the portable medium, and the replacement information identifies the location of the second version of the resource on the portable medium.

3. The method of claim 2 wherein the portable medium comprises a CD-ROM.

4. The method of claim 2 wherein the portable medium contains stored versions of multiple resources, and replacement information with respect to each of the resources.

5. The method of claim 1 wherein the replacement information is retrievable from an on-line service.

6. The method of claim 1 wherein the replacement information is stored in the form of a database.

7. The method of claim 1 wherein the replacement information further comprises instructions for installation of second version of the resource.

| Record # | mib data | comparison service | string data | numeric data | type |
|----------|----------|--------------------|-------------|--------------|------|
| 1 | cpqHoName | stringcompare | Netware | N/A | applies |
| 2 | cpqSWVerName | stringcompare | NPFC | N/A | applies |
| 3 | cpqSWVerVersion | versioncheck | | | version |

When the upgrade advisor receives all of the comparison results from the comparison services, the results are used, first, to determine whether or not the Novell Programs

8. The method of claim 7 wherein the installation instructions are expressed in accordance with a predefined common syntax.

5,586,304

11

9. The method of claim 1 wherein the resource comprises a complete standalone software package.

10. The method of claim 1 wherein the resource comprises less than all of a complete standalone software package.

11. The method of claim 1 further comprising automatically changing the resource on a network server.

12. The method of claim 11 wherein automatically changing the resource on the network server comprises

storing on a storage medium the first version of the resource, and

replacing on the server the first version of the resource with the second version.

13. The method of claim 1 further comprising automatically changing the resource on a network client.

14. The method of claim 13 wherein the change is performed via a network.

15. The method of claim 13 wherein automatically changing the resource on the network client comprises

storing on a storage medium the first version of the resource, and

replacing on the client the first version of the resource with the second version.

16. The method of claim 13 wherein the change is performed by automatically storing the second version and installation instructions on a portable storage medium for manual installation on the client.

17. The method of claim 1 wherein the replacement information includes information concerning at least one reason for the second version.

18. The method of claim 1 wherein the replacement information includes an indication of the type of change from a another version to the second version.

19. The method of claim 18 wherein the type of change may include feature enhancement, performance enhancement, or bug fix.

20. The method of claim 1 wherein the replacement information includes an indication of the importance of the change from the prior version to the second version.

21. The method of claim 1 wherein the replacement information includes information identifying other resources that must be changed before the resource may be changed.

22. A method of supplying at least one replacement version of at least one computer resource comprising:

storing, on a portable medium, at least one copy of the replacement version of each resource,

storing on the portable medium replacement information that identifies the replacement version,

storing information that describes features of the replacement version relative to one or more other versions of the resource, and

storing on the portable medium information that provides instructions, in accordance with a predefined common syntax, for automatically installing the replacement version of each resource.

23. The method of claim 22 further comprising storing information concerning at least one reason for the replacement version.

24. The method of claim 22 further comprising storing information that provides an indication of a type of change from a prior version to the replacement version.

25. The method of claim 22 further comprising storing information identifying other resources that must be changed before the replacement version of the resource may be installed.

26. The method of claim 22 wherein the storage medium is a portable storage medium.

12

27. The method of claim 22 wherein the storage medium resides in an on-line service.

28. A portable storage medium for use in supplying at least one replacement version of at least one resource on a computer comprising:

at least one stored copy of the replacement version of each resource,

stored information that identifies the replacement version,

stored information that describes features of the replacement version relative to one or more other versions of the resource, and

stored information that provides instructions, in accordance with a predefined common syntax, for automatically installing the replacement version of the resource.

29. The storage medium of claim 28 further comprising stored information concerning at least one reason for the replacement version.

30. The storage medium of claim 28 further comprising stored information that provides an indication of a type of change from another version to the replacement version.

31. The storage medium of claim 28 further comprising stored information identifying other resources that must be changed before the replacement version of the resource may be installed.

32. The storage medium of claim 28 wherein the storage medium is a portable storage medium.

33. The storage medium of claim 28 wherein said storage medium resides in an on-line service.

34. A software program, stored on a storage medium, for use in changing a resource of a computer from a first version to a second version comprising:

means for retrieving digitally stored replacement information that identifies the second version and describes features of the second version relative to one or more other versions of the resource,

means for retrieving digitally stored information identifying the first version,

means for automatically determining which of the other versions is the first version, and

means for using the replacement information to automatically determine the importance of replacing the first version of the resource with the second version.

35. An apparatus for use in determining whether to change a stored first version of a computer resource to a second version of the resource, comprising:

an information gatherer that retrieves stored information identifying the second version and the first version and describing features of the second version relative to one or more other versions,

a comparison service that compares the information about the first version to the information about the second version, and

an advisor that uses output from the comparison service to automatically determine the importance of replacing the first version of the resource with the second version.

36. The apparatus of claim 35 wherein the information about the first and second versions includes version numbers.

37. The apparatus of claim 35 wherein the information about the first and second versions includes a description of differences between the versions.

38. The apparatus of claim 35 wherein the second version is stored on a portable storage medium.

39. The apparatus of claim 38 wherein the information about the second version also is stored on the portable storage medium.

5,586,304

13

40. The apparatus of claim 35 wherein the information about the second version is retrievable from an on-line service.

41. The apparatus of claim 35 wherein the information about the second version includes instructions for changing the resource.

42. The apparatus of claim 35 wherein the computer resource comprises a software package.

43. The apparatus of claim 35 wherein the resource comprises a hardware driver.

44. The apparatus of claim 35 further comprising a device that automatically changes the resource.

45. The apparatus of claim 44 wherein the device changes the resource on a network server.

46. The apparatus of claim 44 wherein the device changes the resource on a network client.

47. The apparatus of claim 44 wherein the device changes the resource on a stand-alone computer.

48. The apparatus of claim 35 further comprising a device that automatically generates a kit on a portable storage medium, the kit comprising a copy of the second version of the computer resource and installation instructions for the second version.

49. An apparatus for automatically changing at least one computer resource from a first version to a second version comprising:

a device that retrieves from a storage medium the second version and instructions for installing the second version,

a staging area that receives and stores the second version and the installation instructions, and

a manager that retrieves the second version and the installation instructions from the staging area and installs the second version of the computer resource.

50. The apparatus of claim 49 wherein the second version is placed into a package of resources to be changed before it is stored in the staging area.

51. The apparatus of claim 50 wherein all members of the package are stored in the staging area at substantially the same time.

52. The apparatus of claim 50 wherein installation instructions for each member of the package are placed into a group of instructions.

53. The apparatus of claim 52 wherein the package of resources to be changed and the group of instructions are stored in the staging area as a job to be performed by the manager at an appointed time.

54. The apparatus of claim 49 wherein the staging area stores the second version of the resource and the installation instructions in separate areas.

55. The apparatus of claim 54 wherein the separate areas simultaneously may contain second versions of and installation instructions for more than one resource to be changed.

56. The apparatus of claim 49 further comprising a storage medium that maintains a copy of another version of a changed resource.

57. The apparatus of claim 49 further comprising a database containing information identifying the first version of the resource.

58. The apparatus of claim 57 wherein the information in the database identifies at least one of the following: the location of the first version, the version number of the first version, and differences between the first version and other versions.

59. The apparatus of claim 49 wherein the apparatus changes the resource on a network server.

60. The apparatus of claim 49 wherein the apparatus changes the resource in a network client.

14

61. The apparatus of claim 60 wherein the apparatus changes the resource through a network server.

62. A method for use in changing a resource of a computer from a first version of the resource to a second version of the resource, comprising:

digitally storing replacement information that identifies the second version and describes features of the second version relative to one or more other versions of the resource,

digitally storing information identifying the first version, by computer, automatically determining which of the other versions is the first version, and

based on the results of the determining step, providing a display that aids the user in determining whether to replace the first version of the resource with the second version.

63. The method of claim 62 wherein the replacement information is stored on a portable medium, the second version of the resource is also stored on the portable medium, and the replacement information identifies the location of the second version of the resource on the portable medium.

64. The method of claim 63 wherein the portable medium comprises a CD-ROM.

65. The method of claim 63 wherein the portable medium contains stored versions of multiple resources, and replacement information with respect to each of the resources.

66. The method of claim 62 wherein the replacement information is retrievable from an on-line service.

67. The method of claim 62 wherein the replacement information is stored in the form of a database.

68. The method of claim 62 wherein the replacement information further comprises instructions for installation of the second version of the resource.

69. The method of claim 68 wherein the installation instructions are expressed in accordance with a predefined common syntax.

70. The method of claim 62 wherein the resource comprises a complete standalone software package.

71. The method of claim 62 wherein the resource comprises less than all of a complete standalone software package.

72. The method of claim 62 further comprising automatically changing the resource on a network server.

73. The method of claim 72 wherein automatically changing the resource on the network server comprises:

storing on a storage medium the first version of the resource, and

replacing on the server the first version of the resource with the second version.

74. The method of claim 62 further comprising automatically changing the resource on a network client.

75. The method of claim 74 wherein the change is performed via a network.

76. The method of claim 74 wherein automatically changing the resource on the network client comprises:

storing on a storage medium the first version of the resource, and

replacing on the client the first version of the resource with the second version.

77. The method of claim 74 wherein the change is performed by automatically storing the second version and installation instructions on a portable storage medium for manual installation on the client.

78. The method of claim 62 wherein the replacement information includes information concerning at least one reason for the second version.

5,586,304

15

**79.** The method of claim 62 wherein the replacement information includes an indication of the type of change from another version to the second version.

**80.** The method of claim 79 wherein the type of change may include feature enhancement, performance enhancement, or bug fix.

**81.** The method of claim 62 wherein the replacement information includes an indication of the importance of the change from another version to the second version.

**82.** The method of claim 62 wherein the replacement information includes information identifying other resources that must be changed before the resource may be changed.

**83.** A software program, stored on a storage medium, for use in changing a resource of a computer from a first version to a second version comprising:

means for retrieving digitally stored replacement information that identifies the second version and describes features of the second version relative to one or more other versions of the resource,

means for retrieving digitally stored information identifying the first version,

means for automatically determining which of the other versions is the first version, and

means for using the replacement information to provide a display that aids the user in determining whether to replace the first version of the resource with the second version.

**84.** An apparatus for use in determining whether to change a stored first version of a computer resource to a second version of the resource, comprising:

an information gatherer that retrieves stored information identifying the second version and the first version and describing features of the second version relative to one or more other versions,

a comparison service that compares the information about the first version to the information about the second version, and

16

an advisor that provides a display to help the user determine whether to replace the first version with the second version.

**85.** The apparatus of claim 84 wherein the information about the first and second versions includes version numbers.

**86.** The apparatus of claim 84 wherein the information about the first and second versions includes a description of differences between the versions.

**87.** The apparatus of claim 84 wherein the second version is stored on a portable storage medium.

**88.** The apparatus of claim 87 wherein the information about the second version also is stored on the portable storage medium.

**89.** The apparatus of claim 84 wherein the information about the second version is retrievable from an on-line service.

**90.** The apparatus of claim 84 wherein the information about the second version includes instructions for changing the resource.

**91.** The apparatus of claim 84 wherein the computer resource comprises a software package.

**92.** The apparatus of claim 84 wherein the resource comprises a hardware driver.

**93.** The apparatus of claim 84 further comprising a device that automatically changes the resource.

**94.** The apparatus of claim 93 wherein the device changes the resource on a network server.

**95.** The apparatus of claim 93 wherein the device changes the resource on a network client.

**96.** The apparatus of claim 93 wherein the device changes the resource on a stand-alone computer.

**97.** The apparatus of claim 84 further comprising a device that automatically generates a kit on a portable storage medium, the kit comprising a copy of the second version of the computer resource and installation instructions for the second version.

\* \* \* \* \*

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,586,304

DATED : December 17, 1996

INVENTOR(S) : Stupek, Jr. et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 11 line 38, after "from", replace "the prior" with -- another--.

Col. 11, line 32, " a another" should read -- another --.

Signed and Sealed this

Seventeenth Day of June, 1997

Attest:

*Bruce Lehman*

**BRUCE LEHMAN**

*Attesting Officer*

*Commissioner of Patents and Trademarks*

**EXHIBIT D**

US005381530A

# United States Patent [19]

## Thayer et al.

[11] Patent Number: 5,381,530

[45] Date of Patent: Jan. 10, 1995

[54] PROGRAMMABLE LOGIC SYSTEM FOR FILTERING COMMANDS TO A MICROPROCESSOR

[75] Inventors: John S. Thayer; Montgomery C. McGraw, both of Spring, Tex.

[73] Assignee: Compaq Computer Corporation, Houston, Tex.

[21] Appl. No.: 84,632

[22] Filed: Jun. 30, 1993

### Related U.S. Application Data

[63] Continuation of Ser. No. 88,093, Aug. 21, 1987, Pat. No. 5,226,122.

[51] Int. Cl.⁶ ............................................... G06F 1/24
[52] U.S. Cl. .............................. 395/275; 364/926.9; 364/926.93; 364/947.5; 364/DIG. 2; 395/800
[58] Field of Search ............... 395/275, 800; 371/16.3

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,970,989 | 7/1976 | Ophir | 371/49.1 |
| 4,037,212 | 7/1977 | Nomiya | 364/200 |
| 4,050,098 | 9/1977 | Seipp | 364/900 |
| 4,367,524 | 1/1983 | Budde | 364/200 |
| 4,402,043 | 8/1983 | Guttag | 364/200 |
| 4,434,461 | 2/1984 | Puhl | 364/200 |
| 4,438,492 | 3/1984 | Harmon | 395/375 |
| 4,459,662 | 7/1984 | Skelton et al. | 364/200 |
| 4,488,230 | 12/1984 | Harrison | 364/200 |
| 4,493,034 | 1/1985 | Angelle et al. | 364/200 |
| 4,519,033 | 5/1985 | Vaughn et al. | 364/900 |
| 4,556,938 | 12/1985 | Parker | 364/200 |
| 4,562,538 | 12/1985 | Berenbaum | 395/575 |
| 4,598,356 | 7/1986 | Dean | 364/200 |
| 4,613,936 | 9/1986 | Andresen | 364/200 |
| 4,617,479 | 10/1986 | Hartmann et al. | 364/900 |
| 4,695,945 | 9/1987 | Irwin | 395/275 |
| 4,710,869 | 12/1987 | Enokitono | 364/200 |
| 4,736,290 | 4/1988 | McCallion | 364/200 |
| 4,745,574 | 5/1988 | Aaron | 364/200 |
| 4,747,040 | 5/1988 | Blanset et al. | 364/200 |
| 4,749,991 | 6/1988 | Davis | 364/709.01 |
| 4,779,187 | 10/1986 | Letwin | 364/200 |
| 4,787,032 | 11/1988 | Culley | 364/200 |
| 4,812,975 | 3/1989 | Adachi | 364/200 |
| 4,849,875 | 7/1989 | Fairman | 364/200 |
| 4,860,252 | 8/1989 | Sykora | 364/900 |
| 4,868,822 | 9/1989 | Scott | 364/200 |
| 4,875,186 | 10/1989 | Blume | 364/900 |
| 4,926,322 | 5/1990 | Stimac | 364/200 |
| 4,928,237 | 5/1990 | Bealkowski | 364/200 |
| 5,018,062 | 5/1991 | Culler | 364/200 |

*Primary Examiner*—Eric Coleman
*Attorney, Agent, or Firm*—Vinson & Elkins

[57] **ABSTRACT**

A system utilizes one or more programmable logic arrays or gate arrays for regulating the commands available to a microprocessor, and intercepting certain of those commands according to predetermined criteria. The system selects and processes designated commands relating to the FORCE-A20 signal and CPU-RESET signal for a keyboard controller functionally attached to an INTEL 80286 or 80386 microprocessor. The system includes one or more programmable logic arrays or gate arrays for allowing all input commands to pass directly through to the keyboard controller except the command sequence relating to the FORCE-A20 signal or the CPU-RESET signal.

**29 Claims, 13 Drawing Sheets**



**U.S. Patent**　　　Jan. 10, 1995　　　Sheet 1 of 13　　　5,381,530











FIG. 3B



FIG. 5

## FIG. 6

```
START
DO
   DO
        wait
   UNTIL (write to command input port or data input port is detected)
   ENDDO
   IF (write was to data port)  THEN
        call routine to send the data in the data input port to keyboard
   ELSE
        Parse_command:
        IF (data in command port equals 01h)  THEN
             DO
                  wait
             UNTIL  (write to command input port or data input port is
                       detected)
             ENDDO
             IF  (write was to data input port)  THEN
                  copy contents of data input port to output port P2
             ELSE
                  GOTO Parse_command:
             ENDIF
        ELSE IF (value in command input port equals FXh
                    [X = Don't care bits]}  THEN
             save contents of output port P2 in variable Oldoutreg
             logically AND the contents of output register P2 with the value
                  in the input command port, and copy the result to the output
                  register P2
             wait 5 microseconds
             copy the value of Oldoutreg to output port P2
        ELSE
             process other commands not related to FORCE-A20 or CPU-  RESET
        ENDIF
   ENDIF
REPEAT (forever)
   ENDDO
```

```
CLK /RST/ CS A2/WC D5 D0 D1 D2 D3 D4 GND
/OC D7 /FF_FE_D1 A20 /Q3 /Q2 /Q1 /Q0 /HLFCLK /WC8042 D6 VCC

Q0 := /RST * WC * CS        ;Q0 FOLLOWS WC, CLEARED ON RESET

Q1 := Q1 * Q3                        ;SET TO ZERO IF STATE 0110
    + Q1 */Q2
    + Q1 * Q0
    + /Q3 * /Q2 * /Q1 * /Q0     ;SET TO ONE IF STATE 0000
    + RST                         ;SET TO ONE ON RESET

Q2 :=   ;SET IF STATE 0011 and A2 and <D1>
        /RST * /Q3 * /Q2 * Q1 * Q0 *A2*D7*D6*/D5*D4*/D3*/D2*/D1*D0
             ;KEEP SET IF STATE = 0110 OR 0111
      + /RST * /Q3 * Q2 * Q1
             ;KEEP SET IF STATE = 0100 OR 1100
      + /RST *      Q2 * /Q1 * /Q0
             ;KEEP SET IF STATE = 1101
      + /RST * Q3 * Q2 * /Q1 * Q0
             ;CLEAR IF STATE 0101 AND NOT (A2 AND <D1>)
                 (STAY ONLY IF ANOTHER ;D1 WRITE TO 64H)

Q3 :=    ;SET IF STATE 0011 AND NOT (A2 AND <D1>)
                  ;SET IF STATE 0011 AND (NOT A2)
        /RST * /Q3 * /Q2 * Q1 * Q0 * /A2
                  ;SET IF STATE 0011 AND NOT <D1>
      + /RST * /Q3 * /Q2 * Q1 * Q0 * /FF_FE_D1
      + /RST * /Q3 * /Q2 * Q1 * Q0 * D7*D6*D5*D4*D3*D2*D1*D0
      + /RST * /Q3 * /Q2 * Q1 * Q0 * D7*D6*D5*D4*D3*D2*D1*/D0
             ;SET IF STATE 1011
      + /RST * Q3 * /Q2 * Q1 * Q0
             ;SET IF STATE 0101 AND A2 and <D1>
      + /RST * /Q3 * Q2 * /Q1 * Q0*A2*D7*D6*/D5*D4*/D3*/D2*/D1*D0
             ;SET IF STATE 1101
      + /RST * Q3 * Q2 * /Q1 * Q0

/A20 :=   ;INVERSE OF A20 FUNCTION
          ;CLEAR IF STATE 0101 AND 60 WRITE AND D1 IS LOW
          /RST * /Q3 * Q2 * /Q1 * Q0 * A2 * /D1
          ;OTHERWISE FEED BACK
      + /RST * Q3 * /A20
      + /RST * /Q2 * /A20
      + /RST * Q1 * /A20
      + /RST * /Q0 * /A20
      + /RST * A2 * /A20
```

TO FIG. 7B

*FIG. 7A*

## FIG. 7B

FROM FIG. 7A

```
HLFCLK  :=  ;HALF CLOCK SPEED OUTPUT FOR RESET PAL TIMER
            /HLFCLK

FF_FE_D1 = D7*D6* D5*D4* D3* D2* D1*D0

    + D7*D6*/D5*D4*/D3*/D2*/D1*D0
    + D7*D6* D5*D4* D3* D2* D1*/D0

WC8042 = ;NO D1 WRITE YET:
                    ;DON'T FILTER IF WRITE IS TO 60H
            Q0 * CS * WC * Q1 * /A2
                    ;DON'T FILTER IF WRITE IS TO 64H AND NOT <D1>,<FE> OR <FF>
            + Q0 * CS * WC * Q1 * /FF_FE_D1
                    ;DON'T FILTER IF WRITE IS TO 64H AND IS <FE>
            + Q0 * CS * WC * Q1 * /D0
            ;AFTER D1 WRITE
                    ;DON'T FILTER IF WRITE IS TO 64 H AND NOT <D1>,<FE> OR <FF>
            + Q0 * CS * WC * /Q1 * A2 * /FF_FE_D1
                    ;DON'T FILTER IF WRITE IS TO 64 H AND IS <FE>
            + Q0 * CS * WC * /Q1 * A2 * /D0
```

## FIG. 8A

```
/OC CLK R/ST CS WC  A2 D7 D6 D5  D4 D3 D2 D1  D0
Q3 Q2 Q1  Q0  FF_FE_D1  A20  WC8043  HLFCLK

;                                    F   W H
;                                    F   C L
;                                    0   8 F
;   C R                              R A 0 C
;O  L S C W A D D D D D D D          Q Q Q Q D 2 4 L
;C  K T S C 2 7 6 5 4 3 2 1 0        3 2 1 0 1 0 2 K
;----------------------------------------------------
 L  X X X X X H H H H H H H          X X X X H X X X ;TEST FF_OR_D1
 L  X X X X X H H L H L L L H        X X X X H X X X
 L  X X X X X L L H H L L L H        X X X X L X X X
;
 L  C H X X X X X X X X X X          L L H L X H L X ;RESET
;
 L  C L H L X X X X X X X X          L L H L X H L X ;64 WRITE NOT (D1 OR FF)
 L  C L H H H L L L L L L L          L L H H L H H X
 L  C L H H H L L L L L L L          H L H H L H H X
 L  C L H L H L L L L L L L          H L H H L H H X
 L  C L H L H L L L L L L L          H L H L L H L X
 L  C L X L X X X X X X X X          L L H L X H L X
;
 L  C L H L X X X X X X X X          L L H L X H L X ;64 WRITE FF
 L  C L H H H H H H H H H H          L L H H H H L X
 L  C L H H H H H H H H H H          H L H H H H L X
 L  C L H H H H H H H H H H          H L H H H H L X
 L  C L H L H H H H H H H H          H L H L H H L X
 L  C L X L X X X X X X X X          L L H L X H L X
;
 L  C L H L X X X X X X X X          L L H L X H L X    ;60 WRITE
 L  C L H H L X X X X X X X X        L L H H X H H X
 L  C L H H L X X X X X X X X        H L H H X H H X
 L  C L H H L X X X X X X X X        H L H H X H H X
 L  C L H L L X X X X X X X X        H L H L X H L X
 L  C L X L X X X X X X X X          L L H L X H L X
;
 L  C H X X X X X X X X X X          L L H L X H L X    ;RESET
;
 L  C L H L X X X X X X X X          L L H L X H L X    ;CLEAR A20
 L  C L H H H H H L H L L L H        L L H H H H L X       ;64 WRITE D1
 L  C L H H H H H L H L L L H        L H H H H H L X
;
 L  C L H H H H H L H L L L H        L H H H H H L X
 L  C L H L H H H L H L L L H        L H H L H H L X
 L  C L X L X X X X X X X X          L H L L X H L X
;
```

TO FIG. 8B

## FIG. 8B

FROM FIG. 8A

```
L C L H L X X X X X X X X   L H L L X H L X ;60 WRITE TO CLEAR
L C L H H X X X X X X L X   L H L H X H L X    ;LATCH
L C L H H X X X X X X L X   L L L H X L L X
L C L H H X X X X X X L X   L L L H X L L X
L C L H L H X X X X X L X   L L L L X L L X
L C L X L X X X X X X X X   L L H L X L L X

;
L X L H L X X X X X X X X   L L H L X L L X ;SET A20
L C L H H H H H L H L L L H  L L H H H L L X    ;64 WRITE D1
L C L H H H H H L H L L L H  L H H H H L L X
L C L H H H H H L H L L L H  L H H H H L L X
L C L H L H H H L H L L L H  L H H L H L L X
L C L X L X X X X X X X X   L H L L X L L X

L C L H L X X X X X X X X   L H L L X L L X ;64 WRITE D1 AGAIN
L C L H H H H H L H L L L H  L H L H H L L X
L C L H H H H H L H L L L H  H H L H H L L X
L C L H H H H H L H L L L H  H H L H H L L X
L C L H L H H H L H L L L H  H H L L H L L X
L C L X L X X X X X X X X   L H L L X L L X

;
L C L H L X X X X X X X X   L H L L X L L X ;60 WRITE TO SET
L C L H H X X X X X X H X   L H L H X L L X ;LATCH
L C L H H X X X X X X H X   L L L H X H L X
L C L H H X X X X X X H X   L L L H X H L X
L C L H L H X X X X X H X   L L L L X H L X
L C L X L X X X X X X X X   L L H L X H L X

;
L C H X X X X X X X X X X   L L H L X H L X ;RESET

;
L C L H L X X X X X X X X   L L H L X H L X ;D1 THEN FF, EAT BOTH
L C L H H H H H L H L L L H  L L H H H L X    ;64 WRITE D1
L C L H H H H H L H L L L H  L H H H H L X
L C L H H H H H L H L L L H  L H H H H L X
L C L X L X X X X X X X X   L H L L X H L X

;
L C L H L X X X X X X X X   L H L L X H L X ;64 WRITE FF
L C L H H H H H H H H H H   L H L H H H L X
L C L H H H H H H H H H H   L L L H H H L X
L C L H H H H H H H H H H   L L L H H H L X
L C L H L H H H H H H H H   L L L L H H L X
L C L X L X X X X X X X X   L L H L X H L X
;
```

TO FIG. 8C

**U.S. Patent**  Jan. 10, 1995  Sheet 10 of 13  **5,381,530**

*FIG. 8C*

FROM FIG. 8B

```
L C L H L X X X X X X X X   L L H L X H L X    ;D1 THEN 64 WRITE,
L C L H H H H H L H L L L H   L L H H H H L X    EAT ONLY D1
L C L H H H H H L H L L L H   L H H H H H L X        ;64 WRITE D1
L C L H H H H H L H L L L H   L H H H H H L X
L C L H L H H H L H L L L H   L H H L H H L X
L C L X L X X X X X X X X X   L H L L X H L X
;
L C L H L X X X X X X X X X   L H L L X H L X    ;64 WRITE 00
L C L H H H L L L L L L L L   L H L H L H H X
L C L H H H L L L L L L L L   L L L H L H H X
L C L H H H L L L L L L L L   L L L H L H H X
L C L H L H L L L L L L L L   L L L L L H L X
L C L X L X X X X X X X X X   L L H L X H L X
```

## FIG. 9

```
        CLK /RST A2 XDO/ WC8042I /FF_FE_D1 I5 I6 HLFCLK GND
        /OC /WC80420 /C4/ C3 /C2/ C1 /C0 /C5 /CPURES VCC

           ;DON'T MASK NON FF,FE,D1 DATA
WC80420 = WC8042I * /C0 * /C1 * /C1 * /C3 * /C4 * /FF_FE_D1
           ;DON'T MASK FF,D1 DATA
         + WC8042I * /C0 * /C1 * /C2 * /C3 * /C4 * /C5 * XDO
           ;DON'T MASK PORT 60H WRITES
         + WC8042I * /C0 * /C1 * /C2 * /C3 * /C4 * /C5 * /A2

CPURES = C4 * C5 ;ASSERT CPU RESET SIGNAL ONLY DURING LAST QUARTER OF COUNT
                 ;DELAY 15 MICROSECONDS TO START OF 5 MICROSECOND PULSE

           ;START IF FE TO 64
C0  := /RST * WC8042I * FF_FE_D1 * /XDO * A2 * /C0*/C1*/C2*/C3*/C4*/C5
      + /RST * HLFCLK * /C0 * C1              ;TOGGLE WHEN RESET ACTIVE
      + /RST * HLFCLK * /C0 * C2
      + /RST * HLFCLK * /C0 * C3
      + /RST * HLFCLK * /C0 * C4
      + /RST * HLFCLK * /C0 * C5
      + /RST */HLFCLK * C0

C1  := /RST * /C1 * C0 * HLFCLK              ;FORM HIGHER COUNTER BITS
      + /RST * C1 * /C0
      + /RST * C1 * /HLFCLK

C2  := /RST * /C2 * C1 * C0 * HLFCLK
      + /RST * C2 * /C1
      + /RST * C2 * /C0
      + /RST * C2 * /HLFCLK

C3  := /RST * /C3 * C2 * C1 * C0 * HLFCLK
      + /RST * /C3 * C2
          + /RST * C3 * /C1
      + /RST * C3 * /C0
      + /RST * C3 * /HLFCLK

C4  := /RST *./C3 * C3 * C2 * C1 * C0 * HLFCLK
      + /RST * C4 * /C3
      + /RST * C4 * /C2
      + /RST * C4 * /C1
      + /RST * C4 * /C0
      + /RST * C4 * /HLFCLK

C5  := /RST * /C5 * C4 * C3 * C2 * C1 * C0 * HLFCLK
      + /RST * C5 * /C4
      + /RST * C5 * /C3
      + /RST * C5 * /C2
      + /RST * C5 * /C1
      + /RST * C5 * /C0
      + /RST * C5 * /HLFCLK
```

## FIG. 10A

```
/OC CLK RST WC8042I A2 XDO FF_FE_D1 HLFCLK
C5 C4 C3 C2 C1 C0 WC80420 CPURES

;      W                        W
;      C        F H             C C
;      8        F L             8 P
;      0        F F             0 U
;/ C R 4    X X C L             4 R
:O L S 2 A D D L    C C C C C C 2 E
;C K T I 2 0 1 K    5 4 3 2 1 0 0 S
-----------------------------------------------

 L C H X X X X    L L L L L L X L         ;RESET
;
 L C L L X X X    L L L L L L L L    ;NO SELECT
 L C L H L X X X    L L L L L L H L    ;PORT 60-- PASS THRU
 L C L H X H X X    L L L L L L H L    ;FF OR D1-- PASS THRU
 L C L H X X L X    L L L L L L H L    ;NOT FF, FE, OR D1-- PASS THRU
;
 L C L H H L H H    L L L L L H L L    ;FE WRITE TO PORT 64-- START
;                                          RESET SEQUENCE
 L C L X X X X L    L L L L L H L L    ;START COUNTING
 L C L X X X X H    L L L L H L L L
 L C L X X X X L    L L L L H L L L
 L C L X X X X H    L L L L H H L L
 L C L X X X X L    L L L L H H L L
 L C L X X X X H    L L L H L L L L
 L C L X X X X L    L L L H L L L L
 L C L X X X X H    L L L H L H L L
 L C L X X X X L    L L L H L H L L
 L C L X X X X H    L L L H H L L L
 L C L X X X X L    L L L H H L L L
 L C L X X X X H    L L L H H H L L
 L C L X X X X L    L L L H H H L L
 L C L X X X X H    L L H L L L L L
 L C L X X X X L    L L H L L L L L
 L C L X X X X H    L L H L L H L L
 L C L X X X X L    L L H L L H L L
 L C L X X X X H    L L H L H L L L
 L C L X X X X L    L L H L H L L L
 L C L X X X X H    L L H L H H L L
 L C L X X X X L    L L H L H H L L
 L C L X X X X H    L L H H L L L L
 L C L X X X X L    L L H H L L L L
 L C L X X X X H    L L H H L H L L
 L C L X X X X L    L L H H L H L L
 L C L X X X X H    L L H H H L L L
```

TO FIG. 10B

**U.S. Patent**          Jan. 10, 1995          Sheet 13 of 13          **5,381,530**

# FIG. 10B

### FROM FIG. 10A

```
L C L X X X X L    L L H H H L L L
L C L X X X X H    L L H H H H L L
L C L X X X X L    L L H H H H L L
L C L X X X X H    L H L L L L L L
L C L X X X X L    L H L L L L L L
;
;   L C L L X X X H    L L L L L L L L  ;RETURN TO NORMAL
;
;        W                    W
;        C          F         C  C
;        8          F         8  P
;        0          F         0  U
; / C R 4       X E           4  R
```

5,381,530

**1**

## PROGRAMMABLE LOGIC SYSTEM FOR FILTERING COMMANDS TO A MICROPROCESSOR

The present application is a continuation of copending application Ser. No. 07/088,093, filed Aug. 21, 1987, now U.S. Pat. No. 5,226,122, issued Jul. 6, 1993.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to regulating the operations of a microprocessor by the use of one or more programmable logic arrays or gate arrays for filtering of certain commands to the microprocessor. More particularly, it relates to the use of programmable logic arrays or gate arrays for monitoring commands to a keyboard controller in a personal computer based on either the INTEL 80286 or 80386 microprocessor, and intercepting certain of those commands relating to the FORCE-A20 and CPU-RESET signals.

2. Description of the Related Art

In many popular personal computers based on the INTEL 80286 or 80386 microprocessor, there is a need for utilizing both real-address mode ("real mode") and protected mode. Real mode is used for initialization when first powered up, and mimicking of older 16-bit microprocessors, such as the INTEL 8086 family of microprocessors. In real mode, the 80286 or 80386 microprocessor uses segment and offset registers in the same way as the 8086 family to access the same one megabyte of memory. In real mode, the 16-bit instruction set, the segmented programming model, addressing mechanism, and one megabyte physical memory limitations are identical to those provided by the 80186 Thus the 80286 and 80386 microprocessors are compatible with the addressing scheme of the 8086 family.

In protected mode, the 80286 or 80386 microprocessor adds a series of features that allow it to safely and reliably expand the number of programs the computer can be working on at one time. This is accomplished through four main facilities: protection, extended memory, virtual memory, and multi-tasking. Protection allows the operating system to erect barriers to prevent a program from interfering with the operation of other programs or of the operating system itself. Extended memory greatly increases the amount of working memory beyond the 640 KB actually available to the software. Virtual memory allows the computer to go further beyond the installed physical memory limitations by shifting data to and from remote memory, such as hard disk. Finally, with multi-tasking supported by the hardware, the 80286 or 80386 can swiftly and reliably switch among several programs that are running at the same time.

A basic difference between protected mode and real mode is that the protected mode segment register is no longer a real (i.e., physical) address. Instead, in protected mode, the 80286 or 80386 uses the upper (most significant) 14 bits of the segment register to look up a 24-bit base address (with the 80286 ) or a 32-bit base address (with the 80386 ) stored in a descriptor table in memory.

Additionally, with protected mode, segment registers define the way that memory is organized between tasks. Each task has its own descriptor table describing the segments for that task. Since physical addresses are stored in the descriptor table rather than in the segment

**2**

registers, the operating system can move memory around without application programs being affected.

Protected mode is so named because segments belonging to one task are protected from being corrupted by another task. Tasks are organized in privilege levels, and certain machine-code instructions are prohibited to lower privilege levels. In a well-designed protected mode operating system, a single program can neither crash the whole system nor get itself into an unrecoverable state.

Many personal computers based on the 80286 or 80386 microprocessors implement the "FORCE-A20" function. This function is necessary to maintain compatibility with software designed for systems based on the 8086 family of microprocessors.

The compatibility issue arises from the different memory address sizes available on the 8086, 80286, and 80386 chips. The 8086 had a one megabyte address range, with twenty address lines (A0–A19) driven by the microprocessor. The total range was 2 raised to the 20th power, or U.S. Pat. No. 1,048,576 possible addresses (one megabyte). In contrast, the 80286 has 24 address lines, giving 16 megabytes of address range (2 raised to the 24th power); the 80386 has 32 address lines, giving 4096 megabytes of address range (2 raised to the 32nd power).

The 8086 microprocessor uses a segmented memory addressing scheme. The effect of this scheme is to allow a software program to access only a 64 KB "window" out of the one megabyte total range. To access memory outside this window, the window's location must change, and this operation takes time.

To access memory near the top of the one megabyte address space as well as memory near the bottom of the 8086's one megabyte address space, without moving the window, some software takes advantage of "memory wrap-around". This feature on the 8086 may be used when the base of the 64 KB window is less than 64 KB from the top of the one megabyte address range, so the top of the window would extend beyond the highest possible address location. When the window is in such a position, these impossibly high addresses are simply "wrapped around" to low addresses, much in the same way that an odometer goes from 99,999 to 00,000 miles. Thus, software could access very high as well as very low addresses in the same window.

Since the 80286 and 80386 microprocessors have more than one megabyte of address range, these microprocessors do not wrap around memory addresses at one megabyte. Instead, accesses to the part of the window above one megabyte are put out as actual addresses greater than one megabyte.

The difference between the old 8086 "wrapped around" low addresses and the new 80286/80386 high addresses is that the new 80286/80386 microprocessors have extra address lines beyond A19 (much like having extra digits on an odometer, so it doesn't wrap around after 99,999 miles). The first of these address lines on the 80286 or 80386 is A20, and it is set high for all addresses in the range from one megabyte to two megabytes (in the absence of the FORCE-A20 command). The A20 line is set low for addresses below one megabyte.

In real mode, the 80286 and 80386 microprocessors behave as much as possible like the 8086 microprocessors. Thus, in real mode the 80286 and 80386 cannot access memory above one megabyte. Because the 80286 or 80386 have more than one megabyte address range, the wrap-around feature of the 8086 family of micro-

5,381,530

3

processors does not work on the 80286 or 80386 (in real mode) unless the A20 line is low. When the A20 line is low, the 80286 or 80386 can simulate the wrap-around feature.

To allow software with wrap-around windows to operate on the 80286 or 80386 microprocessors, the prior art has employed various techniques to intercept the A20 line from the microprocessor and force it low. Forcing the A20 line low makes addresses put out by the microprocessor in the range of between one and two megabytes result in an address one megabyte lower. The signal that causes the A20 line to stay low is called "FORCE-A20".

When the 80286 or 80386 microprocessor returns from real mode back to protected mode, the FORCE-A20 signal must be turned off, so that the software has the ability to use the full address range (beyond one megabyte) available to the microprocessor. The FORCE-A20 signal does not actually cause the microprocessor to switch between protected and real mode. The actual switching of modes is accomplished either by executing special instructions in the microprocessor or by resetting the microprocessor. Setting the FORCE-A20 signal is simply something that must be done by the software program to insure the wrap-around feature will not prevent proper functioning of the program.

In the prior art, the FORCE-A20 signal was controlled by an extra output pin on the 8042 keyboard controller. This prior art solution was chosen because the extra output pin was not otherwise needed, and because at the time nobody foresaw any need to switch between real and protected mode more than occasionally. The problem, however, of putting the FORCE-A20 signal under the control of the 8042 keyboard controller was that access to the signal was possible only by sending a command to the 8042, which then executed a routine to alter the state of the output pin. This process typically takes approximately 200 microseconds. The delay was found to be undesirable in many applications.

Many of the protected mode software programs utilizing the 80286 or 80386 microprocessors must disable the FORCE-A20 signal before switching to protected mode, and then enable it after returning to real mode. The prior art has controlled the FORCE-A20 signal by sending commands to the 8042 keyboard controller. Some of the newer software has needed to switch between protected and real mode very frequently, so that the delay for switching (approximately 200 microseconds) caused by the 8042 keyboard controller became a significant part of the program's execution time.

The present invention solves the delay problem resulting from utilizing the 8042 to control the FORCE-A20 signal, so that all existing software that calls on the 8042 to change the FORCE-A20 signal is not obsolete and the delay caused by the 8042 is reduced substantially.

The prior art has attempted to solve this delay problem by installing an additional, separate hardware port for the FORCE-A20 signals. This attempted solution, however, is incompatible with much of the existing software which utilizes the existing port on the 8042. Therefore, a need exists for implementing the FORCE-A20 command without delay by the 8042 keyboard controller, in a system compatible with existing software.

Many personal computers based on the 80286 or 80386 microprocessors also implement the "RESET-

4

CPU" function. The RESET-CPU command activates the RESET-CPU signal, which addresses the 80286 or 80386 microprocessor reset input. When the signal is activated, it causes the microprocessor to stop whatever it is doing and start its initialization sequence.

One use for the RESET-CPU command is to switch from protected mode to real mode in a system based on the 80286. When the 80286 microprocessor is reset, it defaults to real mode. The RESET-CPU command, however, is not generally used by application software because it may cause the system to reboot. The system does provide that control can be returned to a program already residing in memory even after the CPU has been reset. Thus, if a protected mode program wishes to switch to real mode on an 80286 microprocessor, the program must reset the CPU, then regain control after the reset occurs.

It should be noted that the 80386 microprocessor, unlike the 80286, provides a specific instruction to switch from protected to real mode. However, software developed for the 80286 does not utilize this 80386 specific instruction.

If a software program switches from protected to real mode frequently, then it must reset the CPU frequently. The RESET function is a strobe or pulse typically controlled by the 8042 keyboard controller. In the prior art, the command to change the CPU-RESET signal has utilized yet another extra pin on the 8042, just as the FORCE-A20 signal utilized an extra pin. In the prior art, the 8042 RESET-CPU command holds that signal active for a short period of time: i.e., about five microseconds. The RESET-CPU signal resets the CPU, and then allows it to restart. However, since the 8042 hardware controls this function, the software program must wait for the relatively slow 8042 to respond during every RESET. Because the signal utilizes an extra pin on the 8042, there is typically a delay of approximately 200 microseconds for the 8042 to respond to the command: i.e., from the time that the CPU-RESET strobe command is sent to the 8042 until the time the 8042 starts the strobe. This additional 200 microsecond delay was found to be undesirable in many applications.

Attempted solutions to this delay problem include installing an additional, separate hardware port for the CPU-RESET signal, but this attempted solution is incompatible with much of the existing software. Another alternative method is to cause a CPU-RESET from software without using the 8042. This alternative is called a "triple fault". The triple fault is done by intentionally causing an execution error while in protected mode. When this happens, the CPU will automatically begin executing an error handling routine. If there is also an error in the first routine, the CPU goes to a second error handling routine. If there is an error in the second error handling routine, the CPU resets itself. Although this triple fault sequence is faster than the 8042 hardware reset, this approach has not been utilized by existing software applications. Therefore, the need exists for implementing the CPU-RESET signal, compatible with existing software and without delay inherent in the 8042 keyboard controller.

## SUMMARY OF THE INVENTION

The present invention resides in a programmable system for filtering commands to a microprocessor, including at least one gate array or programmable logic array for allowing all input commands to pass directly through to the microprocessor except a designated se-

5,381,530

<table>
<tr><td>5</td><td>6</td></tr>
</table>

quence of input commands. The present invention is particularly well suited to select and process commands relating to switching between real and protected mode in a personal computer based on the INTEL 80286 or INTEL 80386 microprocessor. Such personal computers include those manufactured by IBM and COMPAQ.

In a preferred embodiment, the present invention resides in the use of one or more programmable logic arrays or gate arrays to monitor the commands to the INTEL 8042 keyboard controller and intercept certain of those commands relating to the FORCE-A20 and CPU-RESET signals. One or more programmable logic arrays or gate arrays allow all commands to pass directly through to the 8042 except the specific sequence of commands relating to the signals necessary for FORCE-A20 and CPU-RESET. The signals, which previously came from the 8042 relating to the FORCE-A20 and CPU-RESET signals, according to the present invention, are controlled by the programmable logic arrays or gate arrays as a hardware patch around the 8042. The result of the programmable logic array or gate array implementation is that programmable hardware is used to reduce the time delay for implementing the FORCE-A20 and CPU-RESET signals.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a Block Diagram of the Programmable Logic Array System for Filtering Commands to a Microprocessor according to the present invention,

FIG. 2 is a state diagram executed by the FORCE-A20 programmable array logic device 10 of FIG. 1;

FIG. 3A is a timing diagram showing events vs. time for a FORCE-A20 command sequence in the circuit of FIG. 1;

FIG. 3B is a timing diagram showing events vs. time for a CPU-RESET command sequence in the circuit of FIG. 1;

FIG. 4 is a state diagram executed by the CPU-RESET programmable array logic device 10 of FIG. 1;

FIG. 5 is an electrical diagram in block form of the circuit of FIG. 1;

FIG. 6 is a program listing of pseudocode for the logic sequence performed by the 8042 controller 30 of FIG. 1 without the PALs 10 and 20 of the invention;

FIGS. 7A and 7B are a listing of the logic specification for the PAL 10 of FIGS. 1 or 5;

FIGS. 8A, 8B, 8C are a listing of the function table for the PAL of FIGS. 1 or 5;

FIG. 9 is a listing of the logic specification for the PAL of FIGS. 1 or 5; and

FIGS. 10A and 10B are a listing of the function table for the PAL 20 of FIGS. 1 or 5.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to FIG. 1, a preferred embodiment of the present invention comprises the use of at least one programmable logic array or gate array 10 or 20 to monitor the commands 11 to the 8042 keyboard controller 30 and intercept certain of those commands relating to the FORCE-A20 and CPU-RESET signals. Each programmable logic array 10 or 20 is an array of AND/OR gates and registers that can be interconnected in a combinational logic design. A gate array is simply a large number of gates placed on the chip in fixed locations that can be interconnected during the final stages of semiconductor manufacture. Essentially, a programmable logic array or gate array is a programmable, function-

specific hardware component. Throughout the disclosure, the terms programmable logic array, gate array and "PAL" will be used interchangeably. The term "PAL" as used in this disclosure is a registered trademark of Monolithic Memories, Inc., 2175 Mission College Blvd., Santa Clara, Calif. 95054, referring to certain species of programmable logic arrays.

The PAL or gate array 10 or 20 described in this invention controls the FORCE-A20 and CPU-RESET signals in personal computers based on the INTEL 80286 and 80386 microprocessors. According to the prior art, these signals are controlled 30 by the 8042 keyboard controller. The PAL implementation enhances performance for software applications that do frequent switching between real mode and protected mode.

The A20 address line allows or disallows one megabyte wraparound memory, a feature necessary for implementing certain software designed for the 8086 family of microprocessors. The FORCE-A20 signal 12 is used to force the A20 address line low. Forcing the A20 address line low is one of the several steps necessary to successfully switch the 80286 or 80386 microprocessor from protected to real mode. Through the use of an AND gate or similar logic, the A20 output is held low if the FORCE-A20 line 12 goes low. When FORCE-A20 drives the A20 line low, the wrap-around feature is simulated. If the FORCE-A20 line 12 is high, the A20 line is unaffected, that is, the A20 line remains low or high.

In the prior art, the FORCE-A20 line 12 was instructed via the 8042 controller device output port. There was a two-step command, described in more detail below, which was designed to set all eight bits on the 8042 output port. The FORCE-A20 line 12 is just one bit of those eight bits. As there was no need to set the other seven bits, the two-step command became associated solely with setting the A20 line.

The FORCE-A20 and CPU-RESET PAL or gate array devices 10 and 20 takes over the function of controlling the FORCE-A20 and CPU-RESET signals that were previously controlled by the 8042 keyboard controller 30. The PAL monitors all the commands 11 to the 8042 keyboard controller. If the PAL sees a command to change either the CPU-RESET 22 or the FORCE-A20 line 12, then the PAL does not allow the 8042 controller device 30 to see that command, but updates the signals 22 and 12 itself. The signals are sent to a designated port on the 80386 microprocessor 15.

As shown in FIG. 1, a preferred embodiment of the present invention comprises two PALs, which will be referred to as the FORCE-A20 PAL 10 and the CPU-RESET PAL 20. It should be understood, however, that the present invention may comprise a single programmable logic array, gate array or PAL performing the functions of both the FORCE-A20 and CPU-RESET PAL. It also will be understood that the particular logic sequence for the present invention (i.e., passing a signal first through the FORCE-A20 PAL 10, then through the CPU-RESET PAL 20) may be varied without departing from the present invention.

To filter the commands to the 8042 keyboard controller 30, the Write Command ("WC") input 11 to the 8042 is intercepted by the PAL or gate array 10 or 20. An output of the PAL, WC 8042, is sent by the 8042 device 30 to the 80386 microprocessor 15. The WC 8042 output 41 is active when the WC line is active, but goes inactive when a FORCE-A20 or CPU-RESET com-

5,381,530

7

mand is detected in input 11. If a FORCE-A20 or a CPU-RESET command is detected in input 11, the WC 8042 line 41 is held inactive. In such a case, the PAL 10 or 20 sends the FORCE-A20 signal 12 or CPU-RESET signal 22 to the 80286 or 80386 microprocessor 15.

The FORCE-A20 and CPU-RESET lines 12 and 22 are connected so that they are driven from the PALs instead of from the 8042. The 8042 controller device 30 write command 11 goes first through the FORCE-A20 PAL 10, and then through the CPU-RESET PAL 20. The command can be blocked by either PAL.

The FORCE-A20 line 12 is set and reset by a two-byte command sequence. The first byte, which indicates that the FORCE-A20 12 line is to be changed, is a write of the command word "D1" to port 64h of the micro-processor 15. This write command indicates that a write to port 60h of the microprocessor 15 is to follow. The second byte, which indicates the state that the FORCE-A20 line 12 will go to, is the actual data to be sent to the output port. The data is written to port 60h. Bit 1 of the second byte is the new FORCE-A20 line 12 status. Both commands are masked out of the 8042 controller device 30 by the FORCE-A20 PAL 10. The FORCE-A20 PAL will always mask a write of D1h to port 64h from the 8042 controller device 30.

Referring to FIG. 2, the FORCE-A20 PAL 10 has two basic states: the "RESET" state 50 and the "AFT-ER-D1" state 51. The FORCE-A20 PAL 10 normally is in the "RESET" state. After every write of D1h to port 64h, the FORCE-A20 PAL 10 goes into the "AFTER-D1" state. In this state, the FORCE-A20 PAL will mask any data write command to port 60. If a write command to port 60h occurs, the FORCE-A20 is set to the value of bit one of the input data. When the PAL is in the "RESET" state, any write command to the 8042 except a D1h write command to port 64h will leave the FORCE-A20 PAL in the "RESET" state. When the PAL is in the "AFTER-D1" state, the next state of the FORCE-A20 line 12 (if it is a write to port 60) is determined by bit 1 of the input data.

Thus the FORCE-A20 PAL 10 lets all the commands through to the 8042 controller device 30 until the sequence of commands to toggle the FORCE-A20 line 12 comes through. The line FORCE-A20 command sequence is switched out of the 8042 controller device 30 and the PAL 10 takes over the operation and toggles the command line 12. The FORCE-A20 PAL 10 drives the FORCE-A20 line 12 directly.

Referring to FIG. 5, there are four input .commands to the FORCE-A20 PAL 10 in addition to the 8 data lines 60. The first command, "RST", goes active during a system reset and it resets the PALs 10 and 20. "WC", as mentioned previously, is the write command line 62 to the 8042 controller device that is intercepted by the FORCE-A20 PAL 10. "CS" is a chip select signal that selects the 8042 controller device 30 on the I/O bus. The PALs 10 and 20 do not respond to a write on the bus unless the "CS" command is present. "A2" on line 64 is the address line used by the PALs 10 and 20 to determine whether a write command on line 62 is to port 60h or to port 64h.

The present invention utilizes at least one flip-flop to indicate whether the FORCE-A20 is in the RESET or AFTER-D1 state. In a preferred embodiment, the FORCE-A20 PAL 10 includes four flip-flops: Q0, Q1, Q2, and Q3. One of the state flip-flops, Q0, is always set to the value of WC * CS, and as a result, Q0 gives a synchronous version of the write command signal. The

8

FORCE-A20 PAL 10 switches between the "RESET" state and the "AFTER D1" state 51 only between write cycles and not during them. The information about whether the FORCE-A20 PAL 10 is in the "RESET" state 50 or the "AFTER D1" state 51 is stored in the Q1 flip-flop. The information about which state the FORCE-A20 PAL 10 will go to after the current write cycle is stored in the Q2 and Q3 flip-flops, and this information is transferred to the Q1 flip-flop after the write cycle is completed.

The CPU-RESET PAL 20 monitors the WC 8042I line 21 from the FORCE-A20 PAL 10. The WC 8042 I signal transfers information from the FORCE-A20 PAL 10 to the CPU-RESET PAL 20; it is the 8042 write command signal after the FORCE-A20 commands have been filtered out, but before the CPU-RESET commands have been filtered out. If the WC 8042 I line 21 is active after the FORCE-A20 commands are filtered out, the CPU-RESET PAL 20 outputs the WC 8042 0 signal 31 unless there is an "FE" write to port 64h of the microprocessor (in which case the 8042 controller device 30 does not see the command). The FE write to port 64h triggers the CPU-RESET signal delay logic.

Of course, if the WC 8042 I line 21 to the CPU-RESET PAL 20 is inactive, the current command will be a FORCE-A20 related signal (FF or D1). The CPU-RESET PAL 20 can determine if an FE write to port 64h is happening by looking at the FF-FE-D1 signal and the DO signal. The FF-FE-D1 signal on line 65 transfers information from the FORCE-A20 PAL to the CPU-RESET PAL 20. This signal tells the CPU-RESET PAL 20 that the FORCE-A20 PAL has decoded the current 8042 controller device 30 data to be either OFFh, OFEh, or OD1h.

It has been found that the CPU-RESET signal executes properly if there is some delay from the strobe command until the activation of the CPU-RESET signal. In a preferred embodiment, a delay of approximately 14 microseconds is built into the CPU-RESET PAL 20, along with an active strobe period of approximately 5 microseconds.

To achieve these delays, the CPU-RESET PAL 20 registers are set up as a 6 bit counter. The counter counts the pulses provided by the FORCE-A20 PAL 10 to the CPU-RESET PAL 20. The CPU-RESET PAL output 22 is activated when the two high order bits of the counter are both active, during the last quarter of the count cycle. Thus, where the pulses are 3.58 MHZ, there is a 13.41 microsecond delay until the strobe starts, and the strobe is active for 4.47 microseconds. This total of 17.88 microseconds corresponds to $2^6/3.58$ MHZ. After the counter reaches its maximum value,, it returns to the reset state. FIG. 2 is a PAL state diagram and FIG. 3A is a PAL timing diagram for the FORCE-A20 PAL 10 and the CPU-RESET PAL 20 likewise operates according to the state diagram of FIG. 4 and the timing diagram of FIG. 3B; as well FIG. 5 is as a schematic for the FORCE-A20/CPU-RESET test board. FIG. 7A and 7B are the PAL design specification for the FORCE-A20 PAL 10 and CPU-RESET PAL likewise FIG. 9 is the PAL design specification for the. FIG. 6 is a pseudocode for the 8042 which details the logic sequence for the FORCE-A20 and CPU-RESET functions.

Although a preferred embodiment of the present invention is intended for use with a personal computer based on the INTEL 80286 or 80386 microprocessor 15,

5,381,530

**9**

with an INTEL 8042 keyboard controller 30, it will be realized that the present invention is not intended to be so limited. Instead, the present invention is intended to cover a system for allowing all input commands to pass directly through to the control device (such as the 8042 5 keyboard controller 30) except a designated sequence of input commands (such as the commands relating to the FORCE-A20 and CPU-RESET signals 12 and 22). Thus, although variations in the embodiment of the present invention may not each realize all of the advan- 10 tages of the invention, certain features may become more important than others in various applications. The invention, accordingly, should be understood to be limited only by the scope of the appended claims.

What is claimed is: 15

1. A method for filtering input commands directed to a controller operating using a series of software commands responsive to input commands, said controller accessed by a microprocessor, said input commands intended to direct said controller to produce system 20 control signals in response to said input commands from said microprocessor, comprising the steps of:

monitoring signal lines coupled to output terminals of said microprocessor, said signal lines communicating input commands from the microprocessor; 25

processing a selected input command using a logic device; and

producing an output signal from said logic device corresponding to said selected input command, as said system control signal, and in replacement of 30 said system control signal directed to be produced by said controller, after a shorter delay from the time said monitoring step detects said selected input command than the delay if said controller operated using a series of software commands re- 35 sponsive to said selected input command.

2. The method of claim 1, further comprising:

blocking a write command signal from being applied to said controller for said selected input command.

3. The method of claim 2, wherein said logic device 40 has an input coupled to receive said write command signal, and has an output for presenting said write command signal to said controller; and

wherein said blocking step is performed by said logic device not presenting said write command signal to 45 said controller responsive to receiving said selected input command.

4. The method of claim 1, wherein said logic device is a separate integrated circuit from said controller.

5. The method of claim 1, wherein said system con- 50 trol signal corresponds to an address bit masking signal.

6. The method of claim 1, wherein said system control signal corresponds to a microprocessor reset signal.

7. The method of claim 1, wherein said controller is of the 8042 type. 55

8. A method of controlling a computer system, said computer system comprising a microprocessor having real and protected mode operation capabilities and a controller for operating in a programmed manner according to input commands produced by the micro- 60 processor, said microprocessor coupled to signal lines for communicating the input commands to the controller, said method comprising the steps of:

detecting a FORCE-A20 input command on the signal lines, said FORCE-A20 input command in- 65 tended to direct the controller to produce a FORCE-A20 system control signal for use in masking address bit A20; and

**10**

responsive to said detecting step, producing the FORCE-A20 system control signal with circuitry coupled to the signal lines;

wherein the propagation delay of the circuitry in producing the FORCE-A20 system control signal responsive to said detecting step is shorter than the delay of the controller operating in the programmed manner to the FORCE-A20 input command.

9. The method of claim 8, further comprising:

blocking a write command signal from being applied to the controller responsive to said detecting step, so that said controller is rendered inoperable to produce the FORCE-A20 system control signal responsive to said FORCE-A20 input command.

10. The method of claim 9, wherein said circuitry has an input for receiving the write command signal, and has an output coupled to said controller for communicating the write command signal thereto; and

wherein said blocking step is performed by said circuitry.

11. The method of claim 8, wherein said circuitry is in a separate integrated circuit from that of said controller.

12. The method of claim 8, further comprising:

detecting a CPU-RESET input command on the signal lines, said CPU-RESET input command intended to direct the controller to produce a CPU-RESET system control signal for application to the microprocessor; and

responsive to said step of detecting the CPU-RESET input command, producing the CPU-RESET system control signal with the circuitry.

13. The method of claim 8, wherein the controller comprises a keyboard controller of the 8042 type.

14. A data processing system, comprising:

a microprocessor of a type having the capability of operating in real mode and in protected mode, said microprocessor coupled to an address bus including an A20 address line, said microprocessor having the functional capability of forcing the A20 address line to a logic level responsive to a FORCE-A20 signal;

a controller having inputs for receiving a set of input commands produced by said microprocessor intended to cause said controller to direct system operation in a programmed manner in response to said input commands, said set of input commands comprising a FORCE-A20 input command that is intended to generate the FORCE-A20 signal; and

circuitry, having inputs coupled to said microprocessor to receive input commands therefrom, for generating the FORCE-A20 signal responsive to receiving a FORCE-A20 input command from said microprocessor and in replacement of said controller generating the FORCE-A20 signal;

wherein said generating circuitry generates the FORCE-A20 signal responsive to the FORCE-A20 input command in a shorter time than the delay of said controller operating in the programmed manner responsive to the FORCE-A20 input command.

15. The system of claim 14, wherein said generating circuitry is located in a separate integrated circuit from that of said controller.

16. The system of claim 14, wherein said generating circuitry is also for blocking a write command signal from being applied to said controller for said FORCE-A20 input command.

5,381,530

11

17. The system of claim 16, wherein said generating circuitry has an input for receiving a write command signal, and has an output coupled to said controller for presenting the write command signal thereto.

18. The system of claim 14, wherein said microprocessor also has an input for receiving a CPU-RESET signal;

wherein said set of input commands further comprises a CPU-RESET input command that is intended to generate the CPU-RESET signal; and

wherein said generating circuitry is also for generating the CPU-RESET signal responsive to receiving the CPU-RESET input command from said microprocessor and in replacement of said controller generating the CPU-RESET signal.

19. The system of claim 18, wherein said generating circuitry comprises a programmable logic array.

20. The system of claim 18, wherein said generating circuitry comprises:

a first programmable logic array for generating the FORCE-A20 signal responsive to receiving a FORCE-A20 input command from said microprocessor; and

a second programmable logic array for generating the CPU-RESET signal responsive to receiving a CPU-RESET input command from said microprocessor.

21. A method of controlling a computer system, said computer system comprising a microprocessor and a controller for operating in a programmed manner according to input commands produced by the microprocessor, said microprocessor coupled to signal lines for communicating the input commands to the controller, said method comprising the steps of:

detecting a microprocessor reset input command on the signal lines, said microprocessor reset input command intended to direct the controller to produce a microprocessor reset system control signal for application to the microprocessor; and

responsive to said detecting step, producing the microprocessor reset system control signal with circuitry coupled to the signal lines and to the microprocessor;

wherein the propagation delay of the circuitry in producing the microprocessor reset system control signal responsive to said detecting step is shorter than the delay of the controller operating in the programmed manner to the microprocessor reset input command.

22. The method of claim 21, further comprising:

blocking a write command signal from being applied to the controller responsive to said detecting step,

12

so that said controller is rendered inoperable to produce the microprocessor reset system control signal responsive to said microprocessor reset input command.

23. The method of claim 22, wherein said circuitry has an input for receiving the write command signal, and has an output coupled to said controller for communicating the write command signal thereto; and

wherein said blocking step is performed by said circuitry.

24. The method of claim 21, wherein said circuitry is in a separate integrated circuit from that of said controller.

25. The method of claim 21, wherein the controller comprises a keyboard controller of the 8042 type.

26. A data processing system, comprising:

a microprocessor having an input for receiving a microprocessor reset signal;

a controller having inputs for receiving a set of controller input commands produced by said microprocessor intended to cause said controller to direct system operation in a programmed manner in response to said controller input commands, said set of input commands comprising a microprocessor reset input command that is intended to generate the microprocessor reset signal;

circuitry, having inputs coupled to said microprocessor to receive input commands therefrom, for generating the microprocessor reset signal responsive to receiving a microprocessor reset input command from said microprocessor and in replacement of said controller generating the microprocessor reset signal;

wherein said generating circuitry generates the microprocessor reset signal responsive to the microprocessor reset input command in a shorter time than the delay of said controller operating in the programmed manner responsive to the microprocessor reset input command.

27. The system of claim 26, wherein said generating circuitry is located in a separate integrated circuit from that of said controller.

28. The system of claim 26, wherein said generating circuitry is also for blocking a write command signal from being applied to said controller for said microprocessor reset input command.

29. The system of claim 28, wherein said generating circuitry has an input for receiving a write command signal, and has an output coupled to said controller for presenting the write command signal thereto.

* * * * *

55

60

65

AO 120 (3/85)

| TO:<br><br>**Commissioner of Patents and Trademarks**<br>**Washington, D.C. 20231** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT** |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised
that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>04CV1676 L (NLS) | DATE FILED<br>August 18, 2004 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br>Gateway, Inc. | | DEFENDANT<br>Hewlett-Packard Development Company, L.P. |

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | 5,802,318 | September 1, 1998 | Compaq Computer Corporation |
| 2 | 5,625,532 | April 29, 1997 | Compaq Computer Corporation |
| 3 | 5,586,304 | December 17, 1996 | Compaq Computer Corporation |
| 4 | 5,381,530 | January 10, 1995 | Compaq Computer Corporation |
| 5 | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT NO. | DATE OF PATENT | PATENTEE |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| | | |
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

JS 44 (Rev.3/99)

# CIVIL COVER SHEET VIA FAX

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

GATEWAY, INC.

**DEFENDANTS** '04 CV 1676 L (NLS)

HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.

04 AUG 18 PM 12: 46

CLERK U.S. DISTRICT C...

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____

(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
BY: THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
JONATHAN BAKER
DEWEY BALLANTINE LLP
1950 UNIVERSITY AVENUE, SUITE 500
EAST PALO ALTO, CA 94303
TEL: (650) 845-7000

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 Federal Question (U.S. Government Not a Party)
- ☐ 3 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane / ☐362 Personal Injury— Med. Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault, Libel & Slander / ☐365 Personal Injury— Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers' Liability / ☐368 Asbestos Personal Injury Product Liability | ☐640 R.R. & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | ☐650 Airline Regs. | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐345 Marine Product Liability / **PERSONAL PROPERTY** | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle / ☐370 Other Fraud | ☐690 Other | | ☐850 Securities/Commodities/ Exchange |
| ☐160 Stockholders' Suits | ☐355 Motor Vehicle Product Liability / ☐371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐360 Other Personal Injury / ☐380 Other Personal Property Damage | ☐710 Fair Labor Standards Act | ☐861 HIA (1395ff) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | / ☐385 Property Damage Product Liability | ☐720 Labor/Mgmt. Relations | ☐862 Black Lung (923) | ☐892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐730 Labor/Mgmt. Reporting & Disclosure Act | ☐863 DIWC/DIWW (405(g)) | ☐893 Environmental Matters |
| ☐210 Land Condemnation | ☐441 Voting / ☐510 Motions to Vacate Sentence | | ☐864 SSID Title XVI | ☐894 Energy Allocation Act |
| ☐220 Foreclosure | ☐442 Employment / **HABEAS CORPUS:** | ☐740 Railway Labor Act | ☐865 RSI (405(g)) | ☐895 Freedom of Information Act |
| ☐230 Rent Lease & Ejectment | ☐443 Housing/ Accommodations / ☐530 General | | **FEDERAL TAX SUITS** | ☐900 Appeal of Fee Determination |
| ☐240 Torts to Land | ☐444 Welfare / ☐535 Death Penalty | ☐790 Other Labor Litigation | ☐870 Taxes (U.S. Plaintiff or Defendant) | ☐950 Constitutionality of State Statutes |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights / ☐540 Mandamus & Other | ☐791 Empl. Ret. Inc. Security Act | ☐871 IRS—Third Party 26 USC 7609 | ☐890 Other Statutory Actions |
| ☐290 All Other Real Property | / ☐550 Civil Rights | | | |
| | / ☐555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

35 / 271 et

**ACTION FOR PATENT INFRINGEMENT UNDER 35 U.S.C.**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.C.R.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE
Hewlett Packard Development Company, L.P. v. Gateway, Inc.

JUDGE Rudi M. Brewster

DOCKET NUMBER: 04cv00613-B (WMC)

DATE
8/18/04

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 106341    AMOUNT 150—    APPLYING IFP MS    JUDGE _____    MAG. JUDGE _____